UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SEALED**

CASE NO.: 24-20008-CR-WILLIAMS/GOODMAN

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

    Defendant.
_____/

FILED BY _____ D.C.
FEB 07 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES' MOTION TO UNSEAL

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the instant case be unsealed as a result of the Defendant's arrest. The undersigned conferred with Brian Leedy, Esq., the Defendant's Counsel, who advised that he has no objection to the relief sought herein.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
Lacee Elizabeth Monk
Assistant United States Attorney
FL Bar No. 0100322
99 N.E. 4th Street, Fifth Floor
Miami, FL 33132
Telephone (305) 961-9427
Lacee.Monk@usdoj.gov