Per Local Rule 5.4(d), the matter(s) shall remain sealed.
\_\_\_\_ years; \_\_\_\_ (specific date);
\_\_\_\_ permanently; \_\_\_\_ (other).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>24-20008-CR-WILLIAMS/GOODMAN</u>

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

   Defendant.
_____/

\_\_ SEALED
\_\_ NOT SEALED

## [PROPOSED] ORDER ON UNITED STATES' MOTION TO UNSEAL

**THIS CAUSE** came before the Court upon the United States' Motion to Unseal. Having considered the motion, and being otherwise fully advised in this premises, it is hereby **ORDERED** and **ADJUDGED** that the motion is **GRANTED**, and the case is unsealed.

**DONE** and **ORDERED** in chambers this \_\_\_\_ day of February 2024, in Miami, Florida.

            _____
            HONORABLE KATHLEEN M. WILLIAMS
            UNITED STATES DISTRICT JUDGE

*Copies to counsel of record*