Per Local Rule 5.4(d), the matter(s) shall remain sealed.
\_\_\_ years; \_\_\_ (specific date);
\_\_\_ permanently; \_X\_ (other).

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20008-CR-WILLIAMS/GOODMAN

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

    Defendant.
_____/

X SEALED
\_ NOT SEALED

## ORDER ON UNITED STATES' MOTION TO UNSEAL

**THIS CAUSE** came before the Court upon the United States' Motion to Unseal. Having considered the motion, and being otherwise fully advised in this premises, it is hereby **ORDERED** and **ADJUDGED** that the motion is **GRANTED**, and the case is unsealed.

**DONE** and **ORDERED** in chambers this 8th day of February 2024, in Miami, Florida.

HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

*Copies to counsel of record*