**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: <u>24-20008-CR-WILLIAMS</u>**

**UNITED STATES OF AMERICA**

vs.

**MICHAEL KARL GEILENFELD,**

      **Defendant.**

_____/

**<u>NOTICE OF FILING TRANSCRIPTS OF DETENTION HEARING</u>**

     The United States of America, by and through the undersigned Assistant United States Attorney, gives notice of the filing of the attached hearing transcripts of the Detention Hearing in the above-referenced matter.

                                              Respectfully submitted,

                                              MARKENZY LAPOINTE
                                              UNITED STATES ATTORNEY

                              By:   <u>**Lacee Elizabeth Monk**</u>
                                              Lacee Elizabeth Monk
                                              Assistant United States Attorney
                                              FL Bar No. 0100322
                                              99 N.E. 4th Street, Fifth Floor
                                              Miami, FL 33132
                                              Telephone (305) 961-9427
                                              Lacee.Monk@usdoj.gov