```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2
     Case No. 24-MJ-00012-MEH
 3   _____

 4   AUDIO TRANSCRIPTION OF PROCEEDINGS
     January 22, 2024
 5   _____

 6   UNITED STATES OF AMERICA,

 7   Plaintiff,

 8   v.

 9   MICHAEL KARL GEILENFELD,

10   Defendant.
     _____
11

12            Proceedings had on January 22, 2024, at the

13   United States District Court, Denver, Colorado, held

14   pursuant to the Federal Rules, commencing at the hour of

15   3:38 p.m., before Magistrate Judge Michael E. Hegarty.

16

17

18

19

20

21

22

23

24

25
```

```
 1                   A P P E A R A N C E S

 2    For the Plaintiff:           DAN WARHOLA, ESQ.
                                   U.S. Attorney's Office
 3                                 1801 California Street
                                   Suite 1600
 4                                 Denver, Colorado  80202

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                P R O C E E D I N G S
 2         (This begins the audio transcript of
 3  proceedings)
 4         THE COURT:  Okay.  Our Case Number 24-MJ-00012,
 5  United States of America versus Michael Karl Geilenfeld.
 6         MR. WARHOLA:  Good afternoon, Your Honor.  Dan
 7  Warhol of the United States.
 8         UNIDENTIFIED SPEAKER:  And Judge, Defendant's
 9  attorney is -- he just returned from an overseas trip.
10  He's not admitted to practice in the court yet, but he's in
11  contact with the attorney services, so he said he'll be
12  available for our subsequent hearings.  He said it would be
13  okay if we did the initial appearance today without him,
14  and then he'll be present for our next hearing.
15         THE COURT:  Listen, until about three or four
16  years ago, we did all initials without an attorney present
17  until the PD started showing up, just as a matter of
18  courtesy.  So that's fine.  I don't think there's a
19  constitutional right just at an initial appearance.
20         So is this -- what do we have?  Do we have a
21  supervised release violation?
22         MR. WARHOLA:  No, Your Honor.  I believe it's a
23  new case out of Florida.
24         THE COURT:  Oh, the 24-2008?
25         MR. WARHOLA:  Yes, Your Honor.
```

4

```
 1         THE COURT:  Okay.  So I have an indictment in
 2  the United States District Court, Southern District of
 3  Florida, 24-20008-CR-Williams/Goodman.  That was filed
 4  January 18th, 2024, in the Southern District of Florida and
 5  alleges one count.
 6         The grand jury charges that between in or around
 7  November 2006 and continuing through in or around December
 8  2010, in Miami-Dade County, in the Southern District of
 9  Florida and elsewhere, the Defendant, Michael Karl
10  Geilenfeld, a United States citizen, did travel in foreign
11  commerce from the United States -- that is Miami
12  International Airport in Miami, Florida -- to Haiti for the
13  purpose of engaging in any illicit sexual conduct, as
14  defined in 18 U.S. Code Section 2423(f), with another
15  person under 18 years of age, in violation of 18 U.S. Code
16  Section 2423.
17         It does have a forfeiture allegation of certain
18  property in which the Defendant has an interest.  The
19  potential penalty is, sounds like, not more than 30 years
20  in prison?
21         MR. WARHOLA:  Yes, Your Honor.  That's what I
22  show as well.
23         THE COURT:  Okay.  And no mandatory minimums,
24  not more than life supervised release, or less than five
25  years supervised release, a maximum fine of $250,000.
```

5

```
 1         Mr. Geilenfeld, you have the right to remain
 2  silent.  Anything you say in this court or to the United
 3  States could be used against you in the prosecution of this
 4  case.  You have the right to counsel.
 5         I don't have a financial affidavit for
 6  Mr. Geilenfeld.  I guess I will --
 7         UNIDENTIFIED SPEAKER:  His attorney will be
 8  retained.
 9         THE COURT:  Oh, is retained.  Okay.
10         If at any point, during the representation your
11  attorney is providing you, you can no longer afford an
12  attorney, you can ask the Court, and I would appoint one
13  for you, if you qualify.
14         You're also entitled to a trial by a jury.  At
15  that trial, you're presumed innocent until proven guilty.
16  The United States must prove you're guilty beyond a
17  reasonable doubt, that you can challenge the government's
18  evidence, put on evidence that you're innocent, if you're
19  found guilty, appeal that conviction.
20         Because this is from another district, out of
21  Colorado, you also have the right to challenge whether you
22  are the person named in the indictment, whether you should
23  be detained pending your transfer to the Southern District
24  of Florida.
25         We will have further proceedings with your
```

6

```
 1  counsel present in three days, on Thursday at ten o'clock.
 2         Chris?
 3         THE CLERK:  Yes, Judge.
 4         THE COURT:  Dan?
 5         MR. WARHOLA:  Your Honor, I apologize.  Is
 6  there any way to do that afternoon on Thursday at 2:00
 7  p.m.?
 8         THE COURT:  Sure.  So it will be at two
 9  o'clock.  And that's Judge Varholak.  Okay?
10         MR. WARHOLA:  Thank you, Your Honor.
11         UNIDENTIFIED SPEAKER:  I will forward the
12  information to his attorney.  We've been in contact.  We've
13  been in contact.
14         THE COURT:  Okay.  And because, under federal
15  law, the United States is seeking detention -- I assume,
16  that's the case?
17         MR. WARHOLA:  Yes, Your Honor.
18         THE COURT:  Then federal law requires that I
19  remand you to the custody of the U.S. Marshal until you can
20  have an detention hearing, which we will have on Thursday.
21         Anything further, Mr. Warhola?
22         MR. WARHOLA:  Your Honor, the only thing is
23  that I have a document here, as part of the Southern
24  District of Florida, that seems to indicate that maybe
25  Mr. Geilenfeld needs a Creole interpreter.  I don't know if
```

7

1  that's accurate or not --
2     THE COURT:  Okay.
3     MR. WARHOLA:  -- or if it's just maybe a
4  mistake, but I just wanted to alert the Court to that.
5     THE COURT:  All right.  Mr. Geilenfeld, would
6  you like an interpreter?
7     MR. GEILENFELD:  (No audible response.)
8     THE COURT:  All right.  Thank you.
9  Anything further from the United States?
10     MR. WARHOLA:  No, Your Honor.  Thank you.
11     THE COURT:  All right.  Thank you.
12     Mr. Geilenfeld is remanded to the custody of the
13  U.S. Marshal.
14     (This concludes the requested audio transcript
15  of proceedings.)
16
17
18
19
20
21
22
23
24
25

8

1            REPORTER'S CERTIFICATE
2     I, Elissa Steen, Registered Professional Reporter,
3  do hereby certify that I have listened to and transcribed
4  requested audio file.  I certify that this transcript is a
5  true and correct transcription to the best of my knowledge
6  and ability.
7
8  Dated February 12, 2024
9
10
11            _____
              Registered Professional Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado  80014  (720) 449-0329  FAX (720) 449-0334

**A**
ability 8:6
accurate 7:1
admitted 3:10
affidavit 5:5
afford 5:11
afternoon 3:6 6:6
age 4:15
ago 3:16
Airport 4:12
alert 7:4
allegation 4:17
alleges 4:5
America 1:6 3:5
apologize 6:5
appeal 5:19
appearance 3:13 3:19
appoint 5:12
assume 6:15
attorney 3:9,11 3:16 5:7,11,12 6:12
Attorney's 2:2
audible 7:7
audio 1:4 3:2 7:14 8:4
available 3:12

**B**
begins 3:2
believe 3:22
best 8:5
beyond 5:16

**C**
C 2:1 3:1
California 2:3
case 1:2 3:4,23 5:4 6:16
certain 4:17
CERTIFICA... 8:1
certify 8:3,4
challenge 5:17 5:21

charges 4:6
Chris 6:2
citizen 4:10
CLERK 6:3
Code 4:14,15
Colorado 1:1,13 2:4 5:21
commencing 1:14
commerce 4:11
concludes 7:14
conduct 4:13
constitutional 3:19
contact 3:11 6:12,13
continuing 4:7
conviction 5:19
correct 8:5
counsel 5:4 6:1
count 4:5
County 4:8
court 1:1,13 3:4 3:10,15,24 4:1 4:2,23 5:2,9,12 6:4,8,14,18 7:2 7:4,5,8,11
courtesy 3:18
Creole 6:25
custody 6:19 7:12

**D**
D 3:1
Dan 2:2 3:6 6:4
Dated 8:8
days 6:1
December 4:7
Defendant 1:10 4:9,18
Defendant's 3:8
defined 4:14
Denver 1:13 2:4
detained 5:23
detention 6:15 6:20
district 1:1,1,13

4:2,2,4,8 5:20 5:23 6:24
document 6:23
doubt 5:17

**E**
E 1:15 2:1,1 3:1 3:1
Elissa 8:2
engaging 4:13
entitled 5:14
ESQ 2:2
evidence 5:18,18

**F**
February 8:8
federal 1:14 6:14,18
file 8:4
filed 4:3
financial 5:5
fine 3:18 4:25
five 4:24
Florida 3:23 4:3 4:4,9,12 5:24 6:24
foreign 4:10
forfeiture 4:17
forward 6:11
found 5:19
four 3:15
further 5:25 6:21 7:9

**G**
G 3:1
Geilenfeld 1:9 3:5 4:10 5:1,6 6:25 7:5,7,12
Good 3:6
government's 5:17
grand 4:6
guess 5:6
guilty 5:15,16,19

**H**
Haiti 4:12

he'll 3:11,14
hearing 3:14 6:20
hearings 3:12
Hegarty 1:15
held 1:13
Honor 3:6,22,25 4:21 6:5,10,17 6:22 7:10
hour 1:14

**I**
illicit 4:13
indicate 6:24
indictment 4:1 5:22
information 6:12
initial 3:13,19
initials 3:16
innocent 5:15,18
interest 4:18
International 4:12
interpreter 6:25 7:6

**J**
January 1:4,12 4:4
Judge 1:15 3:8 6:3,9
jury 4:6 5:14

**K**
Karl 1:9 3:5 4:9
know 6:25
knowledge 8:5

**L**
law 6:15,18
life 4:24
Listen 3:15
listened 8:3
longer 5:11

**M**
Magistrate 1:15

mandatory 4:23
Marshal 6:19 7:13
matter 3:17
maximum 4:25
Miami 4:11,12
Miami-Dade 4:8
Michael 1:9,15 3:5 4:9
minimums 4:23
mistake 7:4

**N**
N 2:1 3:1
named 5:22
needs 6:25
new 3:23
November 4:7
Number 3:4

**O**
O 3:1
o'clock 6:1,9
Office 2:2
Oh 3:24 5:9
okay 3:4,13 4:1 4:23 5:9 6:9,14 7:2
overseas 3:9

**P**
P 2:1,1 3:1
p.m 1:15 6:7
part 6:23
PD 3:17
penalty 4:19
pending 5:23
person 4:15 5:22
Plaintiff 1:7 2:2
point 5:10
potential 4:19
practice 3:10
present 3:14,16 6:1
presumed 5:15
prison 4:20
proceedings 1:4

Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado  80014   (720) 449-0329   FAX (720) 449-0334

| | | | |
|---|---|---|---|
| 1:12 3:3 5:25 7:15<br>**Professional** 8:2 8:11<br>**property** 4:18<br>**prosecution** 5:3<br>**prove** 5:16<br>**proven** 5:15<br>**providing** 5:11<br>**purpose** 4:13<br>**pursuant** 1:14<br>**put** 5:18<br><br>**Q**<br>**qualify** 5:13<br><br>**R**<br>**R** 2:1 3:1<br>**reasonable** 5:17<br>**Registered** 8:2 8:11<br>**release** 3:21 4:24,25<br>**remain** 5:1<br>**remand** 6:19<br>**remanded** 7:12<br>**Reporter** 8:2,11<br>**REPORTER'S** 8:1<br>**representation** 5:10<br>**requested** 7:14 8:4<br>**requires** 6:18<br>**response** 7:7<br>**retained** 5:8,9<br>**returned** 3:9<br>**right** 3:19 5:1,4 5:21 7:5,8,11<br>**Rules** 1:14<br><br>**S**<br>**S** 2:1 3:1<br>**Section** 4:14,16<br>**seeking** 6:15<br>**services** 3:11<br>**sexual** 4:13 | **show** 4:22<br>**showing** 3:17<br>**silent** 5:2<br>**sounds** 4:19<br>**Southern** 4:2,4,8 5:23 6:23<br>**SPEAKER** 3:8 5:7 6:11<br>**started** 3:17<br>**States** 1:1,6,13 3:5,7 4:2,10,11 5:3,16 6:15 7:9<br>**Steen** 8:2<br>**Street** 2:3<br>**subsequent** 3:12<br>**Suite** 2:3<br>**supervised** 3:21 4:24,25<br>**Sure** 6:8<br><br>**T**<br>**ten** 6:1<br>**Thank** 6:10 7:8 7:10,11<br>**thing** 6:22<br>**think** 3:18<br>**three** 3:15 6:1<br>**Thursday** 6:1,6 6:20<br>**today** 3:13<br>**transcribed** 8:3<br>**transcript** 3:2 7:14 8:4<br>**transcription** 1:4 8:5<br>**transfer** 5:23<br>**travel** 4:10<br>**trial** 5:14,15<br>**trip** 3:9<br>**true** 8:5<br>**two** 6:8<br><br>**U**<br>**U.S** 2:2 4:14,15 6:19 7:13<br>**UNIDENTIFI...** 3:8 5:7 6:11 | **United** 1:1,6,13 3:5,7 4:2,10,11 5:2,16 6:15 7:9<br><br>**V**<br>**v** 1:8<br>**Varholak** 6:9<br>**versus** 3:5<br>**violation** 3:21 4:15<br><br>**W**<br>**wanted** 7:4<br>**Warhol** 3:7<br>**Warhola** 2:2 3:6 3:22,25 4:21 6:5,10,17,21 6:22 7:3,10<br>**way** 6:6<br>**We've** 6:12,12<br><br>**X**<br><br>**Y**<br>**years** 3:16 4:15 4:19,25<br><br>**Z**<br><br>**0**<br><br>**1**<br>**12** 8:8<br>**1600** 2:3<br>**18** 4:14,15,15<br>**1801** 2:3<br>**18th** 4:4<br><br>**2**<br>**2:00** 6:6<br>**2006** 4:7<br>**2010** 4:8<br>**2024** 1:4,12 4:4 8:8<br>**22** 1:4,12<br>**24-20008-CR-...** 4:3<br>**24-2008** 3:24 | **24-MJ-00012** 3:4<br>**24-MJ-00012-...** 1:2<br>**2423** 4:16<br>**2423(f)** 4:14<br>**250,000** 4:25<br><br>**3**<br>**3:38** 1:15<br>**30** 4:19<br><br>**4**<br><br>**5**<br><br>**6**<br><br>**7**<br><br>**8**<br>**80202** 2:4 | |