1  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
2
   Case No. 24-MJ-00012-MEH
3  _____

4  AUDIO TRANSCRIPTION OF PROCEEDINGS
   January 26, 2024
5  _____

6  UNITED STATES OF AMERICA,

7  Plaintiff,

8  v.

9  MICHAEL KARL GEILENFELD,

10 Defendant.
   _____

11

12           Proceedings had on January 26, 2024, at the

13 United States District Court, Denver, Colorado, held

14 pursuant to the Federal Rules, commencing at the hour of

15 2:55 p.m., before Magistrate Judge Scott T. Varholak.

16

17

18

19

20

21

22

23

24

25

```
 1                        A P P E A R A N C E S

 2    For the Plaintiff:          ALCIA RIEWERTS, ESQ.
                                  U.S. Attorney's Office
 3                                1801 California Street
                                  Suite 1600
 4                                Denver, Colorado  80202

 5                                LACEE MONK, ESQ.
                                  EDUARDO PALOMO, ESQ.
 6                                U.S. Attorney's Office
                                  99 Northeast Fourth Street
 7                                Room 502
                                  Miami, Florida  33132
 8
                                  JESSICA URBAN, ESQ.
 9                                Department of Justice

10    For the Defendant:         ROBERT OBERKOETTER, ESQ.
                                  Attorney at Law
11                                426 Union Street
                                  New Bedford, Massachusetts  02741
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                     P R O C E E D I N G S
 2              (This begins the audio transcript of
 3    proceedings)
 4              THE CLERK:  All rise.  Court is in session.
 5              THE COURT:  Please be seated.
 6              All right.  This is 24-MJ-12, the United States
 7    of America versus Michael Karl Geilenfeld.
 8              Can I have entries of appearance on this matter?
 9              MS. RIEWERTS:  Alicia Riewerts on behalf of the
10    government.  Appearing virtually -- I'm sorry to interrupt,
11    Your Honor.
12              THE COURT:  No, no.  Go ahead.
13              MS. RIEWERTS:  Appearing virtually on behalf of
14    the government are U.S. Department of Justice trial
15    attorneys Eduardo Palomo and Jessica Urban of the child
16    exploitation and obscenity section, and also assistant
17    United States Attorney Lacee Monk of the Southern District
18    of Florida.  Trial attorney Jessica Urban will be making
19    the argument on behalf of the government.
20              THE COURT:  And good afternoon.
21              MS. URBAN:  Good afternoon.
22              THE COURT:  Mr. Oberkoetter, can you enter your
23    appearance, please?
24              THE CLERK:  Mr. Oberkoetter, I need for you to
25    take yourself off of mute, sir.
```

```
 1              MR. OBERKOETTER:  Can you hear me now?
 2              THE COURT:  Yep.
 3              THE CLERK:  Yes.
 4              THE COURT:  Can you enter your appearance,
 5   please?
 6              MR. OBERKOETTER:  My name is Robert -- my name
 7   is Robert Oberkoetter, and I represent Michael Geilenfeld,
 8   as I did yesterday afternoon.
 9              THE COURT:  And good afternoon.
10              We're set here today for a detention hearing.
11   We had the waiver of the identity hearing yesterday and are
12   set here today for detention hearing.
13              Let me ask, is the government seeking detention
14   in this matter?
15              MS. URBAN:  Yes, Your Honor.
16              THE COURT:  And the defense's position?
17              MR. OBERKOETTER:  We think, in accordance with
18   the motion that I filed yesterday, that the Defendant
19   should be released on personal recognizance.
20              THE COURT:  Okay.  Let me ask, does either side
21   intend to call witnesses here today or present evidence
22   outside of proffering?
23              MS. URBAN:  No, Your Honor.  The government
24   intends to proceed by proffer.
25              THE COURT:  Okay.
```

1            MR. OBERKOETTER:  The same here, Judge.

2            THE COURT:  Okay.  Then since this is a

3     presumption case, why don't I hear from the Defendant

4     first, and then I'll hear from the government.

5            MR. OBERKOETTER:  Your Honor, you very kindly

6     permitted a telephone conference yesterday to be placed by

7     the U.S. Marshal's Office to my office, and despite the

8     fact that the U.S. Marshall representative was present

9     during our exchange, I nevertheless thought it would be

10    useful to proceed, and we had a very skirted and lengthy

11    discussion about the indictment.  In fact, I read the

12    motion that I filed to Mr. Geilenfeld.

13           And I learned something that's crucial to the

14    bond report, and that is Mr. Geilenfeld at his residence

15    has a full-time job taking care of his landlady and her

16    severely disabled child.  So that's -- that's the major

17    part of his day, other than going to church.  And I noted

18    that the bond report did not mention that daily activity,

19    and that's what he's been doing for more than several

20    years.

21           May I respectfully request, Judge, that if you

22    have read the motion that I filed?

23           THE COURT:  I have, yes.

24           MR. OBERKOETTER:  Okay.  Good.  Thank you for

25    that.

1          You know, when I read through this indictment, I

2     couldn't think of anything else other than a great American

3     philosopher.  I don't mean to be jocular or humorous in any

4     way when I mention Yogi Berra.  I read this thing, and I

5     said this is deja vu all over again, and indeed it is.

6          The current or instant indictment, as the motion

7     states, is a very specifically targeted period of time,

8     2/06 in 2010.  The very lawyers representing the obscenity

9     -- exploitation and obscenity section of the Department of

10    Justice, that same unit we referred to as COS, instituted

11    grand jury proceedings in Raleigh, North Carolina, in 2012,

12    and the defendant in that case was no other than Michael

13    Geilenfeld, and the only activity was a subpoena to

14    Hartswood Haiti, his charitable company that services

15    Mr. Geilenfeld's three, then three, orphanages in Haiti for

16    many, many years, specifically including 2006 to 2010.

17         Mr. Geilenfeld's lawyers, his principal lawyer,

18    who is now a federal judge, complied with that, the

19    subpoena.  And all of the travel records of Michael

20    Geilenfeld, not only within the United States but also

21    between United States and Haiti, were produced.  And

22    several weeks later that particular grand jury entered a no

23    bill, and I don't see anything in the record here that

24    indicates that the government on this case has complied

25    with their own criminal procedure manual.  And I have

1    pointed that out in the -- in the motion.

2            And basically it says you can't do another

3    indictment, especially with the same defendant, without

4    first getting specific approval by a responsible United

5    States attorney.  I don't see that.

6            Now, if it exists, I think it would be useful

7    for Ms. Urban to produce that approval or explain why she

8    hasn't.  So be that as it may --

9            THE COURT:  Well, let me -- let me ask.  And I

10   am less familiar with this provision of the manual than the

11   petite policy, but I know the law is clear on the petite

12   policy that it's not enforceable.  I mean, if they violate

13   it, they violate it, but there's nothing that a defendant

14   can do to enforce that violation.

15           Is there anything different with this

16   regulation?

17           MR. OBERKOETTER:  I'm not so sure I follow Your

18   Honor's question.  Could you please repeat it?

19           THE COURT:  Sure.

20           So a very similar DOJ policy is the petite

21   policy, which says that, essentially, if you have a -- we

22   know it's not double jeopardy if you have a prosecution in

23   the state and then the federal government, in order to

24   pursue the same prosecution, needs to get certain approvals

25   -- I think it's from the attorney general -- in order to

```
 1    pursue it.  So even though it's not double jeopardy because
 2    you've got two separate sovereign citizens, a DOJ policy
 3    is, if you've been prosecuted in the state, you will not
 4    get prosecuted in the feds.  That's also nonenforceable.
 5    So if they violate that left and right, they're violating
 6    their own policy, but there's nothing a defendant can do
 7    about it.
 8              The policy that you've cited sounds very
 9    similar, but is there any enforcement mechanism for your
10    client if, in fact, DOJ has violated that policy?
11              MR. OBERKOETTER:  I see.  Well, I'm at a
12    quandary because Michael Geilenfeld can't force anybody in
13    the federal government, you know, to enforce its own rules.
14    So the approval required stated in Section 911.120(a) is
15    required.  Now --
16              THE COURT:  But I guess --
17              MR. OBERKOETTER:  -- that makes a difference
18    because --
19              THE COURT:  But my point is, one thing I have
20    to consider is the strength of the case.  If -- and I'll
21    hear from the government on this.  But if your assertion is
22    they violated an internal policy, but if there's no
23    consequences to that, then how does that impact my decision
24    as to whether to detain or not to detain?
25              MR. OBERKOETTER:  Well, it's the willy-nilly
```

 1    aspect of going after Michael Geilenfeld no matter what,
 2    without regard to prior activity, by the same section of
 3    the justice department that did all this before in the very
 4    time period of the current indictment.  All of those
 5    prevent act records of travel were, in fact, produced in
 6    2012, resolving in a grand jury decision of no bill.
 7             Now, it makes no difference because even if
 8    they're -- to me it makes no difference, practical
 9    difference, because even if they go out and talk to the
10    United States attorney and obtain some sort of an approval
11    or a waiver or whatever, doesn't matter.  What really
12    matters is the substance of what the grand jury did, and
13    the putative defendant in that grand jury proceeding in
14    2012 was none other than this Defendant.
15             And all of the travel records were already
16    produced, so they know exactly where he was going, what he
17    was doing, and so on and so forth because of those travel
18    records.  But at least the grand jury concluded that no
19    bill would issue, and I think that's an important milestone
20    in the history of this case.
21             The history starts in 2011 with a group of
22    zealots in Maine robo defaming Mr. Geilenfeld as a
23    pedophile, a child rapist, all of the epithets that you can
24    imagine, and it got so bad that it was interfering with
25    Mr. Geilenfeld's donation program, of getting donations

```
 1    across the country because these particular people in Maine
 2    would just robo these defamations, you know, before those
 3    travel destinations were reached.
 4            So Mr. Geilenfeld brought suit in federal court,
 5    a very, very vigorous case sounding in defamation.  And
 6    after all of the witnesses available to the government
 7    testified, the jury returned a verdict in Michael
 8    Geilenfeld's favor, thereby rejecting as unbelievable or
 9    incredible all of the then witnesses, especially the actual
10    defendant there, Ms. Kendrick, of Freeport, Maine, and
11    entered a verdict.  The jury found $14.5 million in
12    Michael's favor.
13            And as the pleading says, as filed in this case,
14    we went up to the First Circuit Court of Appeals.  The
15    First Circuit sent it down to the trial court, and the
16    trial court found that Mr. Geilenfeld, being in Haiti for
17    so many years, doing his orphanage work, had constructively
18    lost his citizenship in Iowa.  And on that very -- despite
19    the fact that he was voting there and so forth.
20            On that narrow issue, the trial judge reduced
21    the verdict, the $14.5 million, to zero.  Michael turned
22    around -- turned right around and sued in state court, and
23    the matter was settled at $3.5 million.
24            Now, it's important to note that that particular
25    settlement called for the 3.5 million to be sent only to
```

1    Hearts with Haiti.  And then there was another series of

2    activity in the Dominican Republic, where Mr. Geilenfeld

3    was working and establishing another mission in the

4    Dominican Republic, and Haiti issued a warrant for his

5    arrest.  United States embassy intervened, refused to cause

6    the extradition to take place because the warrant had

7    already been long previously -- had since been withdrawn.

8          And I want the Court to note with special care

9    that Homeland Security was very, very helpful in ushering

10   Mr. Geilenfeld back to the United States for his safety

11   reasons, for safety, and released Mr. Geilenfeld in New

12   York City, with the understanding that Michael would keep

13   them informed as to his precise whereabouts.  And the

14   Department of Justice has known, through Homeland Security,

15   the precise residence and whereabouts of Mr. Geilenfeld

16   ever since.

17         So I want to say that Mr. Geilenfeld has

18   appeared at every proceeding in both Haiti, Dominican

19   Republic, in the state of Georgia, in which he was ordered

20   to appear or requested to appear.  So he is -- not only

21   does he have no record whatsoever, he's never been

22   convicted of anything anywhere.

23         And I respectfully request that this Court not

24   unravel Mr. Geilenfeld's innocence any more than it already

25   has.  Not you, not this Court.  But there is absolutely no

1    danger of his escaping.  He has a passport.  He would

2    happily deliver it to the Court.

3              And I'm really at a loss other than to, you

4    know, I did read the 18 -- was it 3142?  And I noted that

5    the least -- I think that the Court could hear the least

6    onerous of the least possible, in my opinion, and I urge

7    the Court to consider favorably, at least personal

8    recognizance.

9              Finally, the thing I want to say is that, you

10   know, I noted in yesterday's hearing some allusion to the

11   fact that the United States government now wants to remove

12   Mr. Geilenfeld from Colorado and bring him down to Florida.

13   I don't think that that's in accordance with the

14   controlling law in this case, which is United States versus

15   Pendleton, which is cited at the very end of my motion.

16             THE COURT:  Well, if he's --

17             MR. OBERKOETTER:  Michael Geilenfeld has, you

18   know --

19             THE COURT:  Let me interrupt you for a moment.

20             He's already waived his right to an identity

21   hearing, so he's going to need to face these charges in

22   Florida one way or another.  Now, it may be that I order

23   him released and he makes his way to Florida to face them,

24   or it may be that I order him detained, and I order the

25   marshals to transport him, but he needs to face the charges

1    in Florida.

2           MR. OBERKOETTER:  Well, that's not what the

3    Pendleton case provides, Your Honor, with due respect.

4    Trial should be had in the state of Mr. Geilenfeld's

5    arrest, and he was arrested in Colorado.

6           THE COURT:  Well, that's something you're going

7    to need to file a motion in Florida and let that court

8    determine it.  But given that he's waived his right to an

9    identity hearing, I'm going to order him either transported

10   to Florida or to report to Florida.  And then, because the

11   indictment arises out of Florida, that court can determine

12   whether or not it has proper venue.

13          MR. OBERKOETTER:  Well, we'll certainly file

14   that motion in Florida.

15          THE COURT:  All right.  Anything further on the

16   detention issue?

17          MR. OBERKOETTER:  Not at this time, Your Honor.

18   No.  Thank you very much.

19          THE COURT:  Let me hear from the government.

20   And in particular, you are asking me to find that there's

21   absolutely no conditions or combination of conditions that

22   I can impose.  And again, I don't know whether you're going

23   on flight risk or dangerousness, but either one, when the

24   government's been aware of this conduct for 14 years now,

25   and he's been walking around the streets with no

1   conditions, so how can it be that, from 2010 until, you

2   know, December 31st, 2023, there were -- he was fine with

3   no conditions, and now suddenly today he's reached a point

4   where I have to detain him because there's nothing I can

5   impose to assure his presence or the safety of the

6   community.  I struggle with that.

7            MS. URBAN:  Yes, Your Honor.  We are moving for

8   detention on both grounds, and as my proffer today will

9   show, the Defendant, Michael Geilenfeld, far from the

10  defense's baseless and self-serving assertions, is a

11  dangerous, manipulative, and cunning child sexual predator

12  who has victimized a multitude of children over the course

13  of decades, and he is both a flight risk and a danger to

14  other persons, warranting pretrial detention.

15           As far as the defense's allegations about what

16  Homeland Security and the government was aware of, who they

17  had interviewed in the past, what evidence had been

18  available in the past, what may or may not have been

19  presented to a grand jury, that is entirely speculative on

20  the defense's part.

21           What we have currently is an indictment because

22  the government at this time has sufficient evidence to

23  establish not just probable cause that he engaged in the

24  unlawful activity, in violation of 2423(b), but that we can

25  prove beyond a reasonable doubt that he did so.  And I'll

1    go into some more specifics about what the evidence is.

2          As Your Honor knows, of course, this is a

3    presumption case, given what he's charged with, a violation

4    of 18 USC 2423(b), and he was indicted by the grand jury

5    with the evidence that the government now has in its

6    possession, finding that there was at least that PC that he

7    committed this offense.

8          I'll proffer that, for nearly all of his adult

9    life, the Defendant has had extensive connections to

10   foreign countries.  He's held himself out as a missionary,

11   while using his position and his privilege to target the

12   most vulnerable children.  And the fact that he's now aware

13   that there is an indictment against him in a federal court,

14   in the United States, where he is facing a sentence of up

15   to 30 years in prison, does change the calculus from what

16   was occurring even last week, in terms of flight risk in

17   particular, and in terms of what evidence might have been

18   available in the past.

19         THE COURT:  Well, let me -- let me ask this.

20         Admittedly, it's different that we have an

21   indictment now, but in 2012 it sounds like he knew he was

22   under investigation, and we don't have any flight in the

23   decade plus in between.

24         MS. URBAN:  To that point, Your Honor, he was

25   actually in the Dominican Republic for numerous years.  He

1    was in Haiti and the Dominican Republic.  He wasn't located

2    in the United States for the majority of that time.  He was

3    traveling back and forth.   And I take great issue with the

4    defense's contention that he had never been subject to

5    criminal proceedings in Haiti where he did not show up or

6    appeared.

7            In fact, there was an arrest warrant, two

8    different arrest warrants, in Haiti, and despite the

9    defense's contention now that one was withdrawn and that

10   the government ensured safe passage and took him back to

11   the United States and that it was for his safety purposes

12   that the government seemed to have gotten involved, that is

13   not the evidence that the investigative and prosecution

14   team has.  To the contrary, we are aware of a Haitian

15   arrest warrant, Number 392 -- excuse me, Number 394, and we

16   do not have any indication that that Haitian arrest warrant

17   was withdrawn.

18           To the contrary, in 2015, when he was down on

19   that island, the warrant issued.  Mr. Geilenfeld then went

20   from Haiti to the Dominican Republic using a land border

21   rather than trying to fly out of an airport.  He went to

22   the Dominican Republic, and he was largely there, as the

23   defense has acknowledged, trying to create a new orphanage,

24   a new mission there.  And it is our position that he was

25   trying to flee that Haitian arrest warrant.

1          Notably, despite having had extensive ties and

2     having been in Haiti for decades, once that Haitian arrest

3     warrant was issued, he did not seek to return to Haiti,

4     which I think is greatly indicative of the fact that he

5     knew there was an arrest warrant pending against him there.

6          Additionally, there's some information that --

7     certainly discovery has not occurred yet in this case, so

8     the defense, again, is speculating as to what information

9     the government did have at various points in time.

10          And if I can continue with what the facts are in

11    this case to show how grave of a danger he is to the

12    community and why he is also a flight risk, I proffer that

13    it was between the mid-1980's and continuing until roughly

14    2014 that the Defendant was a U.S. citizen, was operating

15    multiple orphanages in Haiti, including the St. Joseph's

16    Home for Boys.  The majority of the residents were young

17    boys who endured extreme poverty and came from families who

18    had either abandoned them or could no longer care for them.

19          The current investigation by Homeland Security

20    and the Federal Bureau of Investigation has revealed that

21    between at least November 2006 and December 2010, that is

22    the time period in the indictment, the Defendant had

23    traveled to Haiti for that illicit purpose, to engage in

24    illicit sexual conduct, and that he traveled from Miami to

25    Port-au-Prince by plane approximately 14 times.

1          During that time period, Geilenfeld engaged in

2     illicit sexual conduct with numerous minor boys who resided

3     at St. Joseph's Home for Boys.  For example, the current

4     investigative and prosecution team has spoken with Victims

5     1, 2, 3 and 4, collectively the victims, and I'm

6     purposefully referring to them only generically today, both

7     to protect their privacy, consistent with 18 USC Section 35

8     09(d) and 3771, and also because of concerns with victim

9     intimidation that I'll get into.

10          But those boys collectively resided at the St.

11     Joseph's Home for Boys between 2006 and 2010.  The victims

12     were between approximately 9 and 13 years of age, and they

13     have reported to law enforcement in this case that

14     Geilenfeld sexually assaulted them in numerous ways,

15     including anal penetration, attempted anal penetration, and

16     forcible penetration of their mouths with his penis.

17          They also disclosed that Geilenfeld had warned

18     them not to tell other people what he had done, that he

19     offered money and other benefits if the children would

20     engage in sexual activity with them, and that he threatened

21     them if they did not do as Geilenfeld instructed.

22          And to your point, Your Honor, of whether

23     something had changed from 2012 until now, in terms of the

24     Defendant's danger to the community, the government did

25     need to ensure that had sufficient evidence to prove both

```
 1    probable cause before a jury, but also that we'd be
 2    prepared for a trial where the burden is, of course, much
 3    higher on the government.  And we believe that we now --
 4              THE COURT:  Wait, wait.
 5              MS. URBAN:  -- have that evidence.
 6              THE COURT:  Wait a minute.  I'm going to
 7    interrupt you there.
 8              That was 12 years ago.  In 12 years' time, I've
 9    been on the bench 7 years and tried 5-years' worth of cases
10    at the federal public defenders.  We're not talking about I
11    needed 6 months to prepare this case or 9 months.  That's
12    12 years ago, and the last alleged conduct is 2010.  That's
13    14 years.
14              So I don't find that persuasive, that it took 14
15    years to pull together a case.  I mean, the statute of
16    limitations for nearly every single crime -- this one may
17    be an exception, but for almost every single crime is five
18    years.
19              It's the federal government.  You're telling me
20    the federal government couldn't pull together the resources
21    to investigate a crime in less than 12 years for a guy who
22    is as dangerous as you're describing here?  It's just not
23    credible to me.
24              MS. URBAN:  Your Honor, there have been several
25    difficulties.  One I will note is that there have been
```

1    delayed disclosures from multiple victims, and the

2    individuals that the defense has referenced as having been

3    involved in prior proceedings and prior investigations are

4    not the same as the individuals who subsequently came to

5    light and whom the government was able to finally gain the

6    trust of and speak with and have an interview where we

7    could hear firsthand what their account was, as opposed to

8    relying on speculation and reports from their parties about

9    what may have happened.

10              In particular, it has been very difficult to

11   make connection with individuals in Haiti.  The victims are

12   in Haiti and other foreign -- in at least one other foreign

13   country.  And so in order to travel there, especially given

14   the conditions in Haiti, political situation, the

15   dangerousness issues, in terms of being able to allow U.S.

16   government personnel to enter Haiti and to get those

17   authorizations, there were extensive difficulties in being

18   able to actually speak with individuals who could firsthand

19   disclose that, yes, in fact, there had been sexual abuse at

20   the hands of Geilenfeld.

21              And so in 2012, I proffer, the government did

22   not have access to the individuals who are the subjects of

23   -- who are the primary focus of this current charge.

24              Of course, with the pandemic as well, there were

25   significant issues again, in terms of being authorized to

```
 1    travel.  There have been issues in terms of communicating
 2    with individuals given the communication infrastructure or
 3    lack thereof in Haiti.  And so there really has been an
 4    entirely challenging and really unprecedented set of
 5    circumstances.
 6              I certainly agree that the federal government
 7    has a lot of resources.  I have been wanting this case to
 8    come before the court for a very long time as well, and the
 9    fact is that it just took a long time, for very extenuating
10    reasons, in order to be able to collect that evidence and
11    ensure that we would be able to prove beyond a reasonable
12    doubt at trial that the Defendant committed these
13    violations of federal law.
14              THE COURT:  Let me ask you this.  The pretrial
15    services here is recommending release with home detention
16    and GPS monitoring.  All of the allegations that you're
17    making are -- that the government makes are from nearly 15
18    years ago now, from a time where he was traveling to and
19    from Haiti.  With GPS monitoring and home detention, we
20    have a 72-year-old Defendant on what seems to be somewhat
21    limited means.
22              What are you worried he's going to do?  What is
23    your particular fear?
24              MS. URBAN:  There is a fear that he would still
25    be a threat to other children, given the fact that we have
```

1    had disclosures from approximately 20 distinct individuals

2    saying that, over the course of decades, he had sexually

3    abused them.  I can go into more detail about that.

4            THE COURT:  Let me -- let me interrupt you.

5            Are any of those from since 2010, when he was

6    first investigated, and any of those within the United

7    States?  Not that there's -- whether the sexual abuse

8    occurred outside of the United States or within the United

9    States doesn't diminish at all the seriousness of it, but

10   when I have to consider whether or not there are conditions

11   that can be imposed to assure the safety of the community,

12   if he's in lockdown in his house and all of the allegations

13   are that the only time he's done anything is when he's in a

14   different country with different supervision than we have

15   here and certainly that he would be under here, that's

16   something I have to consider.

17           In other words, if there's an allegation that

18   he's had young boys over at his house before and there's

19   been abuse that's occurred there, that's a very different

20   scenario than everything occurred in Haiti where, if his

21   passport is removed, he's not going to access there.  So

22   that's my question for you.

23           MS. URBAN:  Yes, Your Honor.  We have heard

24   directly from victims who have reported that they were

25   sexually abused by the Defendant in the United States.

23

| | |
|---|---|
| 1 | Admittedly, it was historical, it was not since the 2012 |
| 2 | time period, but we have firsthand heard of sexual abuse |
| 3 | that occurred by the Defendant in the United States. |
| 4 |        THE COURT:  How many -- |
| 5 |        MS. URBAN:  Although the majority -- |
| 6 |        THE COURT:  How many, and where did those |
| 7 | occur? |
| 8 |        And by "where," I don't necessarily need to know |
| 9 | the state, but in his home or in -- what were the |
| 10 | circumstances surrounding this? |
| 11 |        MS. URBAN:  And I am pausing Your Honor because |
| 12 | I am concerned about disclosing information that would make |
| 13 | identifiable who the victims are, and, again, because there |
| 14 | are threats -- concerns with threats that I'll get into. |
| 15 |        But it was -- there was at least an allegation |
| 16 | by one individual -- I'm going to pull up a document to |
| 17 | confirm -- that in a hotel room in the United States that |
| 18 | there had been sexual abuse. |
| 19 |        THE COURT:  Do we have anything that in his |
| 20 | home anything occurred?  Because, again, what I would be |
| 21 | looking at is home detention or home incarceration. |
| 22 |        MS. URBAN:  I would respectfully request an |
| 23 | opportunity to double-check that fact, Your Honor. |
| 24 | Certainly, within Haiti, the orphanage that he operated was |
| 25 | a residential facility, and there were other adults who |

```
 1   were in the home, and this abuse occurred under the nose of
 2   those adults there.
 3            I realize Your Honor was asking about the United
 4   States, but certainly at this residential facility, their
 5   home in Haiti, that's where the abuse occurred.  And again,
 6   we also do have those reports of abuse in the United States
 7   from at least one individual.
 8            And Your Honor, I do have additional facts I
 9   would like to --
10            THE COURT:  Go ahead.
11            MS. URBAN:  -- proffer.  So multiple victims
12   and potential witnesses have reported being threatened and
13   retaliated against after being abused by Geilenfeld or
14   being suspected by Geilenfeld of not being loyal to him.
15   And they've also reported receiving payments from
16   Geilenfeld in order to maintain their silence over the
17   years.
18            For example, in at least one instance that has
19   been reported to law enforcement, a person, who was working
20   with Geilenfeld -- I'll refer to him here as Subject 1 --
21   offered a victim money in exchange for the victim's silence
22   or denial of abuse.
23            Geilenfeld himself also admitted under oath in
24   2022 that another close associate of his -- I'll refer to
25   him as Subject 2.  And it's someone that Geilenfeld
```

```
 1    classified as his friend -- stabbed one of the child

 2    residents, and after that stabbing Geilenfeld continued to

 3    defend Subject 2 and to keep him around the children at

 4    that residence.

 5            The investigation also revealed that Geilenfeld

 6    knowingly surrounded himself with other individuals who are

 7    known as suspected danger to children.  He admitted under

 8    oath in 2022 that he had allowed a reported pedophile to

 9    stay at the orphanage where those children and Geilenfeld

10    lived together despite having been alerted to the fact of

11    who that individual was.

12            THE COURT:  Let me ask -- I'm going to

13    interrupt briefly.

14            You've mentioned that twice that he testified

15    under oath in 2022.  What proceedings was that involved in?

16            MS. URBAN:  That was a civil proceeding in

17    Georgia where the Defendant was, once again, claiming that

18    he was being defamed by the reports of sexual abuse that

19    individuals had made.

20            THE COURT:  Okay.  Thank you.

21            MS. URBAN:  In approximately 2014, Haitian

22    social services shut down the St Joseph's Home for Boys as

23    a result of child welfare concerns.  He was subsequently

24    arrested and incarcerated in Haiti in connection with the

25    abuse allegations in that country.
```

1          Haitian authorities released him from

2     confinement in mid-2015, and although the defense has

3     attempted to portray this as some kind of favorable on the

4     merits finding down there, U.S. law enforcement's

5     investigation has uncovered evidence of corruption,

6     including statements that Geilenfeld himself and Subject 1

7     have made, about Geilenfeld being able to, quote/unquote,

8     "bribe" people in Haiti.

9          Subject 1 also stated that, quote/unquote,

10     "money talks," quote/unquote, when discussing how it was

11     that Geilenfeld might be able to get out of the Haitian

12     jail where he had been detained.

13          But in any event, the victims at issue in that

14     proceeding the defense counsel has referenced are not the

15     same as the victims of this 2006 to 2010 time period

16     alleged in the indictment.

17          In October of 2015, Haiti issued a new arrest

18     warrant for Geilenfeld, the one that I referenced earlier,

19     Number 394, based on new complaints that he had sexually

20     abused other children than those who had been subject to

21     the prior investigations.

22          Geilenfeld left Haiti and traveled to the

23     Dominican Republic before Haitian authorities could

24     apprehend him.  In the Dominican Republic, Geilenfeld

25     established a new mission that is a new house to help with

1  the education of children of single mothers, and by his own

2  admission, his own word was that he lived in the Dominican

3  Republic until the spring of 2019, when Dominican

4  authorities sent him back to the United States.

5          The investigation has uncovered no evidence that

6  that second Haitian arrest warrant was ever lifted, and his

7  contention that he hasn't returned to Haiti since 2015

8  again further supports the conclusion that that Haitian

9  arrest warrant remains in effect and that he knew it did

10  and that he was fleeing from justice there, and that's the

11  reason why he didn't return and instead tried to build a

12  life in the Dominican Republic.

13          In May of 2019, U.S. Customs and Border Patrol

14  stopped Geilenfeld after he tried to fly back to the

15  Dominican Republic.  During this stop, the officer found

16  Geilenfeld had approximately 11 hard copies of a three-page

17  photo array of victims and witnesses who were involved in

18  the sexual abuse allegations, and the government believes

19  that that photo array, the 11 hard copies that he had with

20  him when he was returning from the country, were to be used

21  to intimidate and/or bribe the relevant individuals.

22          THE COURT:  That was --

23          MS. URBAN:  Also during this stop --

24          THE COURT:  That was on his way to the

25  Dominican Republic, you said?

1           MS. URBAN:  He had tried to go back to the

2    Dominican Republic.  He was sent back to the United States.

3           THE COURT:  Okay.  And he was --

4           MS. URBAN:  And upon reentering.

5           THE COURT:  From the United States -- from the

6    United States to the Dominican Republic, he was stopped?

7           MS. URBAN:  When he was -- there was a border

8    stop in both directions.  He made these particular

9    statements, and the documents were found on his return back

10   to the U.S.

11          THE COURT:  Okay.

12          MS. URBAN:  And that return was because Haitian

13   -- excuse me -- Dominican authorities were not letting him

14   into the country.

15          Also, during this stop in 2019, Geilenfeld told

16   the customs and border patrol officer that he was being

17   expelled from the Dominican Republic and that his home was

18   in Iowa, and both of those locations I know are different

19   than what he told probation earlier this week, that he was

20   living in Colorado in 2019.  He's told different accounts

21   about where he was actually living during different periods

22   of time.

23          In the September 2022 deposition I referenced

24   earlier, Geilenfeld stated under oath that his intent was

25   to return to the Dominican Republic.  He said, quote, "All

of my efforts is every day to get back to the Dominican
Republic because that is my wealth, that is my life, that
is my everything," unquote.

Geilenfeld also speaks Creole fluently.  In
addition to his extensive ties to Haiti and the Dominican
Republic, he traveled extensively to other countries before
he founded the orphanages in Haiti, and he also traveled
repeatedly to Haiti before and after the time period
alleged in the indictment.

He does not have any known present ties to the
Southern District of Florida.  The venue is properly
predicated there because he traveled from that district and
thus the offense occurred, at least in part, within the
Southern District of Florida.

However, he has no known current ties there, and
as his filing yesterday indicated and as defense counsel's
assertions today also suggested, he would not be able to
appear for trial there for at least financial reasons, if
that's where the proceedings are going to be held.  And
furthermore, if he were released, he would need to travel
across the country, exposing himself to children sitting
beside him on a plane, on a bus, staying in hotels or
motels along the way, if he's not traveling by plane.
Essentially, there would not be adequate supervision of him
needing to get from Colorado down to the Southern District

30

1    of Florida, needing to stay over in Florida, and especially

2    when there have been allegations in the past that he abused

3    a child in a hotel room, in addition to in the residence

4    they shared with the Defendant.

5           I would also note that the Defendant, contrary

6    to the presentation by defense counsel, does appear to have

7    extensive financial resources.  Over the course of decades,

8    he fundraised throughout the United States in order to keep

9    open those orphanages, and he received financial assistance

10   from church and other communities and other individuals in

11   the United States.

12          In particular, from 2020 to 2022, Geilenfeld

13   transferred tens of thousands of dollars to individuals in

14   the Dominican Republic and in Haiti, including numerous

15   payments to Subject 2.  That is the individual who had

16   stabbed the child resident.  And his current landlord, the,

17   quote/unquote, "verifier" for probation was involved in

18   some of these payments.  And so we do not believe that she

19   or others in Colorado would be some kind of appropriate

20   check on the Defendant.

21          To the contrary, the evidence that we have

22   suggests that Geilenfeld has surrounded himself with

23   individuals who helped facilitate and have facilitated the

24   continued operations of orphanages where he could have

25   access to children and abuse them and that they have helped

1      facilitate the transfer of money to ensure silence.

2            I also note that his financial resources were

3      not disclosed to probation, and they're inconsistent with

4      the suggestion to probation that he is impoverished.

5            As per Geilenfeld's life in Colorado, he stated

6      under oath in 2022 that he lives a very hidden existence.

7      It's a quote.  "I live a very hidden existence."  This past

8      week he reported his jobs as being a self-employed dog

9      walker and a lawn mower, positions for which no one

10     supervises him and through which he can easily come into

11     contact with children.

12           They are also positions requiring physical

13     fitness.  There's no indication he has any health problems,

14     despite being 71 years old, and perhaps most troubling new

15     today was defense counsel's assertion that the Defendant

16     says he's residing in a home with a child, who he takes

17     care of.

18           Again, I don't have further information about

19     who that child may be, about the age of the child.  Again,

20     this was new information.  It was not something that I

21     understood to have been disclosed to probation before.

22           Furthermore, to the extent that the defense and

23     Mr. Geilenfeld may have been cooperative during his arrest

24     and questioning on Friday, that's not the case.  I would

25     point out that Geilenfeld did not initially know he had

1    been indicted on a sexual abuse charge, and once he learned

2    what it was that he was charged with, his demeanor changed

3    entirely from seemingly cooperative and amiable to angry.

4    He was yelling, and the arresting agent has described

5    Geilenfeld as having engaged in passive resistance, passive

6    physical resistance, to going with law enforcement once he

7    was being handcuffed.

8            He's repeatedly attempted to portray his

9    accusers as incredible, pointing in particular to their

10   poverty and vulnerability in Haiti as supported motivators

11   for their abuse.  But the fact is he purposefully sought

12   out these children who had these characteristics and that

13   approximately 20 different individuals have reported being

14   sexually abused by him over the years.

15           I would also note that there were some further

16   discrepancies between what the Defendant reported to

17   probation and what the, quote/unquote, "verifier" had

18   stated, which, again, reflects a lack of candor, if not a

19   deliberate attempt to mislead.

20           As I pointed out earlier, he claimed to

21   probation he'd been living in Colorado for the past six

22   years, but his prior statements and travel records show

23   that he was in the Dominican Republic and Iowa through late

24   2019.

25           He stated to probation that the church covers

1   rent, but his verifier then said that he doesn't pay rent

2   at all.  He reported that the residence doesn't have

3   animals, but the verifier, the landlord, stated that there

4   was an animal in the residence.

5        And so we believe that there are grave concerns,

6   both that he is a flight risk, especially now that he knows

7   he's under indictment, given his prior flight from Haiti

8   through the Dominican Republic, and that he poses a

9   continuing danger, in terms of both himself and associates,

10  in order to be trying to facilitate payments through

11  intermediaries to individuals in Haiti, in the Dominican

12  Republic, and anyone else, essentially, who might be trying

13  to disclose the criminal conduct that he engaged in.

14       I just want to note that this proffer is not the

15  full universe of incriminating facts.  As I noted earlier,

16  I purposefully try to limit details of the abuse and the

17  threats until a protective order could be put in place in

18  the Southern District of Florida, given the concerns that

19  we have with victim and witness safety and privacy, given

20  that prior stabbing of a child, given the threats, the

21  payments that have been made.

22       So I was trying not to indicate who it was

23  specifically that have made the various disclosures on

24  which the government will be relying at trial.  Of course,

25  the government will be -- in the course of discovery.

```
 1              THE COURT:  Here's what I'm going to do.  I'm
 2    going to take about a five- to seven-minute recess, and
 3    then I will come back out and issue my opinion.
 4              THE CLERK:  All rise.
 5              MS. URBAN:  Thank you, Your Honor.
 6              (A recess was taken from 3:47 p.m. until
 7    4:00 p.m.)
 8              THE CLERK:  All rise.
 9              THE COURT:  Please be seated.
10         May I ask pretrial, have you done a home
11    inspection of the residence?
12              MR. LINDE:  No.
13              THE COURT:  How much time would you need to do
14    that?
15              MR. LINDE:  Three days.
16              THE COURT:  So that's looking at bringing it
17    back on Thursday, the 1st.
18         Here's what I'm going to do.  There's a lot
19    about this case that is bothersome.  Obviously, if these
20    allegations are true, they're horrendous, but it's a unique
21    case.  It's a case that the alleged conduct is alleged to
22    have occurred a decade and a half ago now almost.  And it
23    went before a grand jury in 2012, when a grand jury no
24    billed, which almost never happens, that a grand jury no
25    bills.
```

```
 1              MS. URBAN:  Excuse me, Your Honor.
 2              THE COURT:  Yep.
 3              MS. URBAN:  I'm so sorry to interrupt.
 4         I was hesitant to disclose, in light of 6(a)
 5   concerns, but that is incorrect.  What the defense counsel
 6   had stated was incorrect, and I do not think that that was
 7   necessary for the Court's determination.  But this case was
 8   not presented for indictment to the grand jury back then.
 9              THE COURT:  Okay.  That's helpful.
10         In any event, the government's been aware of
11   this conduct for 12 years, and it's just now being brought.
12   And I recognize that the facts are unique and that it's out
13   of Haiti.  That makes the investigation more difficult, but
14   if the Defendant was a significant danger to the community,
15   he almost certainly was a greater danger to the community
16   at the age of 58, when this was first brought to the
17   government's attention, than he is at the age of 72.
18         But there's funky stuff all around here, and it
19   is the -- you've got the money transfers that are
20   concerning.  You've got the inconsistent statements.
21   You've got somewhat limited ties to Colorado, and now we
22   learn today that there's potentially a minor at this house.
23              MR. OBERKOETTER:  Excuse me.  That person is 33
24   years old.
25              THE COURT:  Okay.  All right.  I want to take
```

1    it under advisement, and I want to know more about the

2    living situation and what that would look like.  If I

3    release, it is going to be on an ankle monitor, GPS, and

4    home detention, but I wanted to learn a little bit more

5    about what the house situation looks like before I

6    ultimately reach a decision on that.

7            And so I'm going to bring it back here on

8    Thursday at one o'clock.  My schedule next week is

9    terrible, and that's really the only time that I could fit

10   it in that would fit with where the marshals typically move

11   defendants.

12           I'll permit both sides to prepare -- or to

13   appear telephonically, but that's -- again, my schedule is

14   just brutal next week, and that's really the only time, and

15   I don't want to set it for longer than that three-day

16   period.  So I'll bring it back here Thursday at one

17   o'clock.  I'll issue my final determination once I have

18   learned more about what the home situation is.

19           I will tell the parties that, if I do order

20   release, I want the government to be prepared on that

21   Thursday as to whether or not you'll seek a stay of that

22   release order.  I will be inclined to grant that stay, but

23   what I don't want -- I want you to let me know that day

24   whether or not you intend to seek a stay and an appeal of

25   that release order.  Again, I'm happy to stay it, but I

```
 1    want that to take place that Thursday, as opposed to give
 2    it another week for that to be about.  Okay.
 3              MS. URBAN:  Understood, Your Honor.  May I ask
 4    one follow up question?
 5              THE COURT:  Sure.
 6              MS. URBAN:  Would Your Honor be amenable to the
 7    government submitting additional information by way of
 8    filing before then?
 9              THE COURT:  If either side wants me to consider
10    anything in addition, since I'm not issuing a ruling today,
11    I will consider anything further.  Just make sure you
12    submit it by noon on Wednesday, and that way I'll have
13    sufficient opportunity to review it in advance of that
14    hearing at one o'clock.
15              MR. OBERKOETTER:  And may I have a copy of that
16    upon its filing?
17              THE COURT:  Either side.  Either side wishes to
18    file anything in addition.
19              MR. OBERKOETTER:  Okay.
20              THE COURT:  Once again, that will be before me.
21    I'm not on duty next week, but I want to stay with this,
22    and so that will be before me at one o'clock on Thursday --
23    or excuse me.  Yeah, one o'clock on Thursday, with any
24    additional submissions by noon on Wednesday.
25              All right.  We'll be in recess.  Thank you.
```

38

1          THE CLERK:  All rise.

2          MS. RIEWERTS:  Thank you.

3          MS. URBAN:  Thank you, Judge.

4          (This concludes the requested audio transcript

5     of proceedings.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

39

```
 1                    REPORTER'S CERTIFICATE
 2        I, Elissa Steen, Registered Professional Reporter,
 3   do hereby certify that I have listened to and transcribed
 4   requested audio file.  I certify that this transcript is a
 5   true and correct transcription to the best of my knowledge
 6   and ability.
 7
 8   Dated February 12, 2024
 9
10
11                    _____
                      Registered Professional Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**A**

**abandoned** 17:18
**ability** 39:6
**able** 20:5,15,18 21:10,11 26:7 26:11 29:17
**absolutely** 11:25 13:21
**abuse** 20:19 22:7,19 23:2 23:18 24:1,5,6 24:22 25:18,25 27:18 30:25 32:1,11 33:16
**abused** 22:3,25 24:13 26:20 30:2 32:14
**access** 20:22 22:21 30:25
**account** 20:7
**accounts** 28:20
**accusers** 32:9
**acknowledged** 16:23
**act** 9:5
**activity** 5:18 6:13 9:2 11:2 14:24 18:20
**actual** 10:9
**addition** 29:5 30:3 37:10,18
**additional** 24:8 37:7,24
**Additionally** 17:6
**adequate** 29:24
**admission** 27:2
**admitted** 24:23 25:7
**Admittedly** 15:20 23:1
**adult** 15:8
**adults** 23:25 24:2
**advance** 37:13
**advisement** 36:1

**afternoon** 3:20 3:21 4:8,9
**age** 18:12 31:19 35:16,17
**agent** 32:4
**ago** 19:8,12 21:18 34:22
**agree** 21:6
**ahead** 3:12 24:10
**airport** 16:21
**ALCIA** 2:2
**alerted** 25:10
**Alicia** 3:9
**allegation** 22:17 23:15
**allegations** 14:15 21:16 22:12 25:25 27:18 30:2 34:20
**alleged** 19:12 26:16 29:9 34:21,21
**allow** 20:15
**allowed** 25:8
**allusion** 12:10
**amenable** 37:6
**America** 1:6 3:7
**American** 6:2
**amiable** 32:3
**anal** 18:15,15
**and/or** 27:21
**angry** 32:3
**animal** 33:4
**animals** 33:3
**ankle** 36:3
**anybody** 8:12
**appeal** 36:24
**Appeals** 10:14
**appear** 11:20,20 29:18 30:6 36:13
**appearance** 3:8 3:23 4:4
**appeared** 11:18 16:6

**Appearing** 3:10 3:13
**apprehend** 26:24
**appropriate** 30:19
**approval** 7:4,7 8:14 9:10
**approvals** 7:24
**approximately** 17:25 18:12 22:1 25:21 27:16 32:13
**argument** 3:19
**arises** 13:11
**array** 17:17,19
**arrest** 11:5 13:5 16:7,8,15,16 16:25 17:2,5 26:17 27:6,9 31:23
**arrested** 13:5 25:24
**arresting** 32:4
**asking** 13:20 24:3
**aspect** 9:1
**assaulted** 18:14
**assertion** 8:21 31:15
**assertions** 14:10 29:17
**assistance** 30:9
**assistant** 3:16
**associate** 24:24
**associates** 33:9
**assure** 14:5 22:11
**attempt** 32:19
**attempted** 18:15 26:3 32:8
**attention** 35:17
**attorney** 2:10 3:17,18 7:5,25 9:10
**Attorney's** 2:2,6
**attorneys** 3:15

**audio** 1:4 3:2 38:4 39:4
**authorities** 26:1 26:23 27:4 28:13
**authorizations** 20:17
**authorized** 20:25
**available** 10:6 14:18 15:18
**aware** 13:24 14:16 15:12 16:14 35:10

**B**

**back** 11:10 16:3 16:10 27:4,14 28:1,2,9 29:1 34:3,17 35:8 36:7,16
**bad** 9:24
**based** 26:19
**baseless** 14:10
**basically** 7:2
**Bedford** 2:11
**begins** 3:2
**behalf** 3:9,13,19 **believe** 19:3 30:18 33:5
**believes** 27:18
**bench** 19:9
**benefits** 18:19
**Berra** 6:4
**best** 39:5
**beyond** 14:25 21:11
**bill** 6:23 9:6,19
**billed** 34:24
**bills** 34:25
**bit** 36:4
**bond** 5:14,18
**border** 16:20 27:13 28:7,16
**bothersome** 34:19
**boys** 17:16,17

18:2,3,10,11 22:18 25:22
**bribe** 26:8 27:21
**briefly** 25:13
**bring** 12:12 36:7 36:16
**bringing** 34:16
**brought** 10:4 35:11,16
**brutal** 36:14
**build** 27:11
**burden** 19:2
**Bureau** 17:20
**bus** 29:22

**C**

**C** 2:1 3:1
**calculus** 15:15
**California** 2:3
**call** 4:21
**called** 10:25
**candor** 32:18
**care** 5:15 11:8 17:18 31:17
**Carolina** 6:11
**case** 1:2 5:3 6:12 6:24 8:20 9:20 10:5,13 12:14 13:3 15:3 17:7 17:11 18:13 19:11,15 21:7 31:24 34:19,21 34:21 35:7
**cases** 19:9
**cause** 11:5 14:23 19:1
**certain** 7:24
**certainly** 13:13 17:7 21:6 22:15 23:24 24:4 35:15
**CERTIFICA...** 39:1
**certify** 39:3,4
**challenging** 21:4
**change** 15:15
**changed** 18:23

32:2
**characteristics**
32:12
**charge** 20:23
32:1
**charged** 15:3
32:2
**charges** 12:21
12:25
**charitable** 6:14
**check** 30:20
**child** 3:15 5:16
9:23 14:11
25:1,23 30:3
30:16 31:16,19
31:19 33:20
**children** 14:12
15:12 18:19
21:25 25:3,7,9
26:20 27:1
29:21 30:25
31:11 32:12
**church** 5:17
30:10 32:25
**Circuit** 10:14,15
**circumstances**
21:5 23:10
**cited** 8:8 12:15
**citizen** 17:14
**citizens** 8:2
**citizenship**
10:18
**City** 11:12
**civil** 25:16
**claimed** 32:20
**claiming** 25:17
**classified** 25:1
**clear** 7:11
**CLERK** 3:4,24
4:3 34:4,8 38:1
**client** 8:10
**close** 24:24
**collect** 21:10
**collectively** 18:5
18:10
**Colorado** 1:1,13
2:4 12:12 13:5

28:20 29:25
30:19 31:5
32:21 35:21
**combination**
13:21
**come** 21:8 31:10
34:3
**commencing**
1:14
**committed** 15:7
21:12
**communicating**
21:1
**communication**
21:2
**communities**
30:10
**community** 14:6
17:12 18:24
22:11 35:14,15
**company** 6:14
**complaints**
26:19
**complied** 6:18
6:24
**concerned** 23:12
**concerning**
35:20
**concerns** 18:8
23:14 25:23
33:5,18 35:5
**concluded** 9:18
**concludes** 38:4
**conclusion** 27:8
**conditions** 13:21
13:21 14:1,3
20:14 22:10
**conduct** 13:24
17:24 18:2
19:12 33:13
34:21 35:11
**conference** 5:6
**confinement**
26:2
**confirm** 23:17
**connection**
20:11 25:24

**connections**
15:9
**consequences**
8:23
**consider** 8:20
12:7 22:10,16
37:9,11
**consistent** 18:7
**constructively**
10:17
**contact** 31:11
**contention** 16:4
16:9 27:7
**continue** 17:10
**continued** 25:2
30:24
**continuing**
17:13 33:9
**contrary** 16:14
16:18 30:5,21
**controlling**
12:14
**convicted** 11:22
**cooperative**
31:23 32:3
**copies** 27:16,19
**copy** 37:15
**correct** 39:5
**corruption** 26:5
**COS** 6:10
**counsel** 26:14
30:6 35:5
**counsel's** 29:16
31:15
**countries** 15:10
29:6
**country** 10:1
20:13 22:14
25:25 27:20
28:14 29:21
**course** 14:12
15:2 19:2
20:24 22:2
30:7 33:24,25
**court** 1:1,13 3:4
3:5,12,20,22
4:2,4,9,16,20

4:25 5:2,23 7:9
7:19 8:16,19
10:4,14,15,16
10:22 11:8,23
11:25 12:2,5,7
12:16,19 13:6
13:7,11,15,19
15:13,19 19:4
19:6 21:8,14
22:4 23:4,6,19
24:10 25:12,20
27:22,24 28:3
28:5,11 34:1,9
34:13,16 35:2
35:9,25 37:5,9
37:17,20
**Court's** 35:7
**covers** 32:25
**create** 16:23
**credible** 19:23
**Creole** 29:4
**crime** 19:16,17
19:21
**criminal** 6:25
16:5 33:13
**crucial** 5:13
**cunning** 14:11
**current** 6:6 9:4
17:19 18:3
20:23 29:15
30:16
**currently** 14:21
**customs** 27:13
28:16

**D**

**D** 3:1
**daily** 5:18
**danger** 12:1
14:13 17:11
18:24 25:7
33:9 35:14,15
**dangerous** 14:11
19:22
**dangerousness**
13:23 20:15
**Dated** 39:8

**day** 5:17 29:1
36:23
**days** 34:15
**decade** 15:23
34:22
**decades** 14:13
17:2 22:2 30:7
**December** 14:2
17:21
**decision** 8:23
9:6 36:6
**defamation** 10:5
**defamations**
10:2
**defamed** 25:18
**defaming** 9:22
**defend** 25:3
**defendant** 1:10
2:10 4:18 5:3
6:12 7:3,13 8:6
9:13,14 10:10
14:9 15:9
17:14,22 21:12
21:20 22:25
23:3 25:17
30:4,5,20
31:15 32:16
35:14
**Defendant's**
18:24
**defendants**
36:11
**defenders** 19:10
**defense** 16:23
17:8 20:2 26:2
26:14 29:16
30:6 31:15,22
35:5
**defense's** 4:16
14:10,15,20
16:4,9
**deja** 6:5
**delayed** 20:1
**deliberate** 32:19
**deliver** 12:2
**demeanor** 32:2
**denial** 24:22

**Denver** 1:13 2:4
**department** 2:9
  3:14 6:9 9:3
  11:14
**deposition** 28:23
**described** 32:4
**describing** 19:22
**despite** 5:7
  10:18 16:8
  17:1 25:10
  31:14
**destinations**
  10:3
**detail** 22:3
**details** 33:16
**detain** 8:24,24
  14:4
**detained** 12:24
  26:12
**detention** 4:10
  4:12,13 13:16
  14:8,14 21:15
  21:19 23:21
  36:4
**determination**
  35:7 36:17
**determine** 13:8
  13:11
**difference** 8:17
  9:7,8,9
**different** 7:15
  15:20 16:8
  22:14,14,19
  28:18,20,21
  32:13
**difficult** 20:10
  35:13
**difficulties**
  19:25 20:17
**diminish** 22:9
**directions** 28:8
**directly** 22:24
**disabled** 5:16
**disclose** 20:19
  33:13 35:4
**disclosed** 18:17
  31:3,21

**disclosing** 23:12
**disclosures** 20:1
  22:1 33:23
**discovery** 17:7
  33:25
**discrepancies**
  32:16
**discussing** 26:10
**discussion** 5:11
**distinct** 22:1
**district** 1:1,1,13
  3:17 29:11,12
  29:14,25 33:18
**document** 23:16
**documents** 28:9
**dog** 31:8
**doing** 5:19 9:17
  10:17
**DOJ** 7:20 8:2,10
**dollars** 30:13
**Dominican** 11:2
  11:4,18 15:25
  16:1,20,22
  26:23,24 27:2
  27:3,12,15,25
  28:2,6,13,17
  28:25 29:1,5
  30:14 32:23
  33:8,11
**donation** 9:25
**donations** 9:25
**double** 7:22 8:1
**double-check**
  23:23
**doubt** 14:25
  21:12
**due** 13:3
**duty** 37:21

      **E**

**E** 2:1,1 3:1,1
**earlier** 26:18
  28:19,24 32:20
  33:15
**easily** 31:10
**Eduardo** 2:5
  3:15

**education** 27:1
**effect** 27:9
**efforts** 29:1
**either** 4:20 13:9
  13:23 17:18
  37:9,17,17
**Elissa** 39:2
**embassy** 11:5
**endured** 17:17
**enforce** 7:14
  8:13
**enforceable** 7:12
**enforcement** 8:9
  18:13 24:19
  32:6
**enforcement's**
  26:4
**engage** 17:23
  18:20
**engaged** 14:23
  18:1 32:5
  33:13
**ensure** 18:25
  21:11 31:1
**ensured** 16:10
**enter** 3:22 4:4
  20:16
**entered** 6:22
  10:11
**entirely** 14:19
  21:4 32:3
**entries** 3:8
**epithets** 9:23
**escaping** 12:1
**especially** 7:3
  10:9 20:13
  30:1 33:6
**ESQ** 2:2,5,5,8
  2:10
**essentially** 7:21
  29:24 33:12
**establish** 14:23
**established**
  26:25
**establishing**
  11:3
**event** 26:13

  35:10
**evidence** 4:21
  14:17,22 15:1
  15:5,17 16:13
  18:25 19:5
  21:10 26:5
  27:5 30:21
**exactly** 9:16
**example** 18:3
  24:18
**exception** 19:17
**exchange** 5:9
  24:21
**excuse** 16:15
  28:13 35:1,23
  37:23
**existence** 31:6,7
**exists** 7:6
**expelled** 28:17
**explain** 7:7
**exploitation**
  3:16 6:9
**exposing** 29:21
**extensive** 15:9
  17:1 20:17
  29:5 30:7
**extensively** 29:6
**extent** 31:22
**extenuating**
  21:9
**extradition** 11:6
**extreme** 17:17

      **F**

**face** 12:21,23,25
**facilitate** 30:23
  31:1 33:10
**facilitated** 30:23
**facility** 23:25
  24:4
**facing** 15:14
**fact** 5:8,11 8:10
  9:5 10:19
  12:11 15:12
  16:7 17:4
  20:19 21:9,25
  23:23 25:10

  32:11
**facts** 17:10 24:8
  33:15 35:12
**familiar** 7:10
**families** 17:17
**far** 14:9,15
**favor** 10:8,12
**favorable** 26:3
**favorably** 12:7
**fear** 21:23,24
**February** 39:8
**federal** 1:14
  6:18 7:23 8:13
  10:4 15:13
  17:20 19:10,19
  19:20 21:6,13
**feds** 8:4
**file** 13:7,13
  37:18 39:4
**filed** 4:18 5:12
  5:22 10:13
**filing** 29:16 37:8
  37:16
**final** 36:17
**finally** 12:9 20:5
**financial** 29:18
  30:7,9 31:2
**find** 13:20 19:14
**finding** 15:6
  26:4
**fine** 14:2
**first** 5:4 7:4
  10:14,15 22:6
  35:16
**firsthand** 20:7
  20:18 23:2
**fit** 36:9,10
**fitness** 31:13
**five** 19:17
**five-** 34:2
**flee** 16:25
**fleeing** 27:10
**flight** 13:23
  14:13 15:16,22
  17:12 33:6,7
**Florida** 2:7 3:18
  12:12,22,23

13:1,7,10,10
13:11,14 29:11
29:14 30:1,1
33:18
**fluently** 29:4
**fly** 16:21 27:14
**focus** 20:23
**follow** 7:17 37:4
**force** 8:12
**forcible** 18:16
**foreign** 15:10
20:12,12
**forth** 9:17 10:19
16:3
**found** 10:11,16
27:15 28:9
**founded** 29:7
**Fourth** 2:6
**Freeport** 10:10
**Friday** 31:24
**friend** 25:1
**full** 33:15
**full-time** 5:15
**fundraised** 30:8
**funky** 35:18
**further** 13:15
27:8 31:18
32:15 37:11
**furthermore**
29:20 31:22

——————
**G**
**G** 3:1
**gain** 20:5
**Geilenfeld** 1:9
3:7 4:7 5:12,14
6:13,20 8:12
9:1,22 10:4,16
11:2,10,11,15
11:17 12:12,17
14:9 16:19
18:1,14,17,21
20:20 24:13,14
24:16,20,23,25
25:2,5,9 26:6,7
26:11,18,22,24
27:14,16 28:15

28:24 29:4
30:12,22 31:23
31:25 32:5
**Geilenfeld's**
6:15,17 9:25
10:8 11:24
13:4 31:5
**general** 7:25
**generically** 18:6
**Georgia** 11:19
25:17
**getting** 7:4 9:25
**give** 37:1
**given** 13:8 15:3
20:13 21:2,25
33:7,18,19,20
**go** 3:12 9:9 15:1
22:3 24:10
28:1
**going** 5:17 9:1
9:16 12:21
13:6,9,22 19:6
21:22 22:21
23:16 25:12
29:19 32:6
34:1,2,18 36:3
36:7
**good** 3:20,21 4:9
5:24
**gotten** 16:12
**government**
3:10,14,19
4:13,23 5:4
6:24 7:23 8:13
8:21 10:6
12:11 13:19
14:16,22 15:5
16:10,12 17:9
18:24 19:3,19
19:20 20:5,16
20:21 21:6,17
27:18 33:24,25
36:20 37:7
**government's**
13:24 35:10,17
**GPS** 21:16,19
36:3

**grand** 6:11,22
9:6,12,13,18
14:19 15:4
34:23,23,24
35:8
**grant** 36:22
**grave** 17:11 33:5
**great** 6:2 16:3
**greater** 35:15
**greatly** 17:4
**grounds** 14:8
**group** 9:21
**guess** 8:16
**guy** 19:21

——————
**H**
**Haiti** 6:14,15,21
10:16 11:1,4
11:18 16:1,5,8
16:20 17:2,3
17:15,23 20:11
20:12,14,16
21:3,19 22:20
23:24 24:5
25:24 26:8,17
26:22 27:7
29:5,7,8 30:14
32:10 33:7,11
35:13
**Haitian** 16:14
16:16,25 17:2
25:21 26:1,11
26:23 27:6,8
28:12
**half** 34:22
**handcuffed** 32:7
**hands** 20:20
**happened** 20:9
**happens** 34:24
**happily** 12:2
**happy** 36:25
**hard** 27:16,19
**Hartswood** 6:14
**health** 31:13
**hear** 4:1 5:3,4
8:21 12:5
13:19 20:7

**heard** 22:23
23:2
**hearing** 4:10,11
4:12 12:10,21
13:9 37:14
**Hearts** 11:1
**held** 1:13 15:10
29:19
**help** 26:25
**helped** 30:23,25
**helpful** 11:9
35:9
**hesitant** 35:4
**hidden** 31:6,7
**higher** 19:3
**historical** 23:1
**history** 9:20,21
**home** 17:16 18:3
18:11 21:15,19
23:9,20,21,21
24:1,5 25:22
28:17 31:16
34:10 36:4,18
**Homeland** 11:9
11:14 14:16
17:19
**Honor** 3:11 4:15
4:23 5:5 13:3
13:17 14:7
15:2,24 18:22
19:24 22:23
23:11,23 24:3
24:8 34:5 35:1
37:3,6
**Honor's** 7:18
**horrendous**
34:20
**hotel** 23:17 30:3
**hotels** 29:22
**hour** 1:14
**house** 22:12,18
26:25 35:22
36:5
**humorous** 6:3

——————
**I**
**identifiable**

23:13
**identity** 4:11
12:20 13:9
**illicit** 17:23,24
18:2
**imagine** 9:24
**impact** 8:23
**important** 9:19
10:24
**impose** 13:22
14:5
**imposed** 22:11
**impoverished**
31:4
**incarcerated**
25:24
**incarceration**
23:21
**inclined** 36:22
**including** 6:16
17:15 18:15
26:6 30:14
**inconsistent**
31:3 35:20
**incorrect** 35:5,6
**incredible** 10:9
32:9
**incriminating**
33:15
**indicate** 33:22
**indicated** 29:16
**indicates** 6:24
**indication** 16:16
31:13
**indicative** 17:4
**indicted** 15:4
32:1
**indictment** 5:11
6:1,6 7:3 9:4
13:11 14:21
15:13,21 17:22
26:16 29:9
33:7 35:8
**individual** 23:16
24:7 25:11
30:15
**individuals** 20:2

20:4,11,18,22
21:2 22:1 25:6
25:19 27:21
30:10,13,23
32:13 33:11
**information**
17:6,8 23:12
31:18,20 37:7
**informed** 11:13
**infrastructure**
21:2
**initially** 31:25
**innocence** 11:24
**inspection** 34:11
**instance** 24:18
**instant** 6:6
**instituted** 6:10
**instructed** 18:21
**intend** 4:21
36:24
**intends** 4:24
**intent** 28:24
**interfering** 9:24
**intermediaries**
33:11
**internal** 8:22
**interrupt** 3:10
12:19 19:7
22:4 25:13
35:3
**intervened** 11:5
**interview** 20:6
**interviewed**
14:17
**intimidate** 27:21
**intimidation**
18:9
**investigate**
19:21
**investigated**
22:6
**investigation**
15:22 17:19,20
25:5 26:5 27:5
35:13
**investigations**
20:3 26:21

**investigative**
16:13 18:4
**involved** 16:12
20:3 25:15
27:17 30:17
**Iowa** 10:18
28:18 32:23
**island** 16:19
**issue** 9:19 10:20
13:16 16:3
26:13 34:3
36:17
**issued** 11:4
16:19 17:3
26:17
**issues** 20:15,25
21:1
**issuing** 37:10

---
**J**
**jail** 26:12
**January** 1:4,12
**jeopardy** 7:22
8:1
**Jessica** 2:8 3:15
3:18
**job** 5:15
**jobs** 31:8
**jocular** 6:3
**Joseph's** 17:15
18:3,11 25:22
**judge** 1:15 5:1
5:21 6:18
10:20 38:3
**jury** 6:11,22 9:6
9:12,13,18
10:7,11 14:19
15:4 19:1
34:23,23,24
35:8
**justice** 2:9 3:14
6:10 9:3 11:14
27:10

---
**K**
**Karl** 1:9 3:7
**keep** 11:12 25:3

30:8
**Kendrick** 10:10
**kind** 26:3 30:19
**kindly** 5:5
**knew** 15:21 17:5
27:9
**know** 6:1 7:11
7:22 8:13 9:16
10:2 12:4,10
12:18 13:22
14:2 23:8
28:18 31:25
36:1,23
**knowingly** 25:6
**knowledge** 39:5
**known** 11:14
25:7 29:10,15
**knows** 15:2 33:6

---
**L**
**Lacee** 2:5 3:17
**lack** 21:3 32:18
**land** 16:20
**landlady** 5:15
**landlord** 30:16
33:3
**largely** 16:22
**late** 32:23
**law** 2:10 7:11
12:14 18:13
21:13 24:19
26:4 32:6
**lawn** 31:9
**lawyer** 6:17
**lawyers** 6:8,17
**learn** 35:22 36:4
**learned** 5:13
32:1 36:18
**left** 8:5 26:22
**lengthy** 5:10
**letting** 28:13
**life** 15:9 27:12
29:2 31:5
**lifted** 27:6
**light** 20:5 35:4
**limit** 33:16
**limitations**

19:16
**limited** 21:21
35:21
**LINDE** 34:12,15
**listened** 39:3
**little** 36:4
**live** 31:7
**lived** 25:10 27:2
**lives** 31:6
**living** 28:20,21
32:21 36:2
**located** 16:1
**locations** 28:18
**lockdown** 22:12
**long** 11:7 21:8,9
**longer** 17:18
36:15
**look** 36:2
**looking** 23:21
34:16
**looks** 36:5
**loss** 12:3
**lost** 10:18
**lot** 21:7 34:18
**loyal** 24:14

---
**M**
**Magistrate** 1:15
**Maine** 9:22 10:1
10:10
**maintain** 24:16
**major** 5:16
**majority** 16:2
17:16 23:5
**making** 3:18
21:17
**manipulative**
14:11
**manual** 6:25
7:10
**Marshal's** 5:7
**Marshall** 5:8
**marshals** 12:25
36:10
**Massachusetts**
2:11
**matter** 3:8 4:14

9:1,11 10:23
**matters** 9:12
**mean** 6:3 7:12
19:15
**means** 21:21
**mechanism** 8:9
**mention** 5:18
6:4
**mentioned**
25:14
**merits** 26:4
**Miami** 2:7 17:24
**Michael** 1:9 3:7
4:7 6:12,19
8:12 9:1 10:7
10:21 11:12
12:17 14:9
**Michael's** 10:12
**mid-1980's**
17:13
**mid-2015** 26:2
**milestone** 9:19
**million** 10:11,21
10:23,25
**minor** 18:2
35:22
**minute** 19:6
**mislead** 32:19
**mission** 11:3
16:24 26:25
**missionary**
15:10
**moment** 12:19
**money** 18:19
24:21 26:10
31:1 35:19
**monitor** 36:3
**monitoring**
21:16,19
**Monk** 2:5 3:17
**months** 19:11,11
**motels** 29:23
**mothers** 27:1
**motion** 4:18
5:12,22 6:6 7:1
12:15 13:7,14
**motivators**

32:10
**mouths** 18:16
**move** 36:10
**moving** 14:7
**mower** 31:9
**multiple** 17:15
20:1 24:11
**multitude** 14:12
**mute** 3:25

**N**

**N** 2:1 3:1
**name** 4:6,6
**narrow** 10:20
**nearly** 15:8
19:16 21:17
**necessarily** 23:8
**necessary** 35:7
**need** 3:24 12:21
13:7 18:25
23:8 29:20
34:13
**needed** 19:11
**needing** 29:25
30:1
**needs** 7:24 12:25
**never** 11:21 16:4
34:24
**nevertheless** 5:9
**new** 2:11 11:11
16:23,24 26:17
26:19,25,25
31:14,20
**nonenforceable**
8:4
**noon** 37:12,24
**North** 6:11
**Northeast** 2:6
**nose** 24:1
**Notably** 17:1
**note** 10:24 11:8
19:25 30:5
31:2 32:15
33:14
**noted** 5:17 12:4
12:10 33:15
**November** 17:21

**Number** 16:15
16:15 26:19
**numerous** 15:25
18:2,14 30:14

**O**

**O** 3:1
**o'clock** 36:8,17
37:14,22,23
**oath** 24:23 25:8
25:15 28:24
31:6
**Oberkoetter**
2:10 3:22,24
4:1,6,7,17 5:1
5:5,24 7:17
8:11,17,25
12:17 13:2,13
13:17 35:23
37:15,19
**obscenity** 3:16
6:8,9
**obtain** 9:10
**Obviously** 34:19
**occur** 23:7
**occurred** 17:7
22:8,19,20
23:3,20 24:1,5
29:13 34:22
**occurring** 15:16
**October** 26:17
**offense** 15:7
29:13
**offered** 18:19
24:21
**office** 2:2,6 5:7,7
**officer** 27:15
28:16
**Okay** 4:20,25
5:2,24 25:20
28:3,11 35:9
35:25 37:2,19
**old** 31:14 35:24
**once** 17:2 25:17
32:1,6 36:17
37:20
**onerous** 12:6

**open** 30:9
**operated** 23:24
**operating** 17:14
**operations**
30:24
**opinion** 12:6
34:3
**opportunity**
23:23 37:13
**opposed** 20:7
37:1
**order** 7:23,25
12:22,24,24
13:9 20:13
21:10 24:16
30:8 33:10,17
36:19,22,25
**ordered** 11:19
**orphanage**
10:17 16:23
23:24 25:9
**orphanages** 6:15
17:15 29:7
30:9,24
**outside** 4:22
22:8

**P**

**P** 2:1,1 3:1
**p.m** 1:15 34:6,7
**Palomo** 2:5 3:15
**pandemic** 20:24
**part** 5:17 14:20
29:13
**particular** 6:22
10:1,24 13:20
15:17 20:10
21:23 28:8
30:12 32:9
**parties** 20:8
36:19
**passage** 16:10
**passive** 32:5,5
**passport** 12:1
22:21
**patrol** 27:13
28:16

**pausing** 23:11
**pay** 33:1
**payments** 24:15
30:15,18 33:10
33:21
**PC** 15:6
**pedophile** 9:23
25:8
**pending** 17:5
**Pendleton** 12:15
13:3
**penetration**
18:15,15,16
**penis** 18:16
**people** 10:1
18:18 26:8
**period** 6:7 9:4
17:22 18:1
23:2 26:15
29:8 36:16
**periods** 28:21
**permit** 36:12
**permitted** 5:6
**person** 24:19
35:23
**personal** 4:19
12:7
**personnel** 20:16
**persons** 14:14
**persuasive**
19:14
**petite** 7:11,11,20
**philosopher** 6:3
**photo** 27:17,19
**physical** 31:12
32:6
**place** 11:6 33:17
37:1
**placed** 5:6
**Plaintiff** 1:7 2:2
**plane** 17:25
29:22,23
**pleading** 10:13
**please** 3:5,23 4:5
7:18 34:9
**plus** 15:23
**point** 8:19 14:3

15:24 18:22
31:25
**pointed** 7:1
32:20
**pointing** 32:9
**points** 17:9
**policy** 7:11,12
7:20,21 8:2,6,8
8:10,22
**political** 20:14
**Port-au-Prince**
17:25
**portray** 26:3
32:8
**poses** 33:8
**position** 4:16
15:11 16:24
**positions** 31:9
31:12
**possession** 15:6
**possible** 12:6
**potential** 24:12
**potentially**
35:22
**poverty** 17:17
32:10
**practical** 9:8
**precise** 11:13,15
**predator** 14:11
**predicated**
29:12
**prepare** 19:11
36:12
**prepared** 19:2
36:20
**presence** 14:5
**present** 4:21 5:8
29:10
**presentation**
30:6
**presented** 14:19
35:8
**presumption** 5:3
15:3
**pretrial** 14:14
21:14 34:10
**prevent** 9:5

**previously** 11:7
**primary** 20:23
**principal** 6:17
**prior** 9:2 20:3,3
  26:21 32:22
  33:7,20
**prison** 15:15
**privacy** 18:7
  33:19
**privilege** 15:11
**probable** 14:23
  19:1
**probation** 28:19
  30:17 31:3,4
  31:21 32:17,21
  32:25
**problems** 31:13
**procedure** 6:25
**proceed** 4:24
  5:10
**proceeding** 9:13
  11:18 25:16
  26:14
**proceedings** 1:4
  1:12 3:3 6:11
  16:5 20:3
  25:15 29:19
  38:5
**produce** 7:7
**produced** 6:21
  9:5,16
**Professional**
  39:2,11
**proffer** 4:24
  14:8 15:8
  17:12 20:21
  24:11 33:14
**proffering** 4:22
**program** 9:25
**proper** 13:12
**properly** 29:11
**prosecuted** 8:3,4
**prosecution**
  7:22,24 16:13
  18:4
**protect** 18:7
**protective** 33:17

**prove** 14:25
  18:25 21:11
**provides** 13:3
**provision** 7:10
**public** 19:10
**pull** 19:15,20
  23:16
**purpose** 17:23
**purposefully**
  18:6 32:11
  33:16
**purposes** 16:11
**pursuant** 1:14
**pursue** 7:24 8:1
**put** 33:17
**putative** 9:13

**Q**

**quandary** 8:12
**question** 7:18
  22:22 37:4
**questioning**
  31:24
**quote** 28:25 31:7
**quote/unquote**
  26:7,9,10
  30:17 32:17

**R**

**R** 2:1 3:1
**Raleigh** 6:11
**rapist** 9:23
**reach** 36:6
**reached** 10:3
  14:3
**read** 5:11,22 6:1
  6:4 12:4
**realize** 24:3
**really** 9:11 12:3
  21:3,4 36:9,14
**reason** 27:11
**reasonable**
  14:25 21:11
**reasons** 11:11
  21:10 29:18
**received** 30:9
**receiving** 24:15

**recess** 34:2,6
  37:25
**recognizance**
  4:19 12:8
**recognize** 35:12
**recommending**
  21:15
**record** 6:23
  11:21
**records** 6:19 9:5
  9:15,18 32:22
**reduced** 10:20
**reentering** 28:4
**refer** 24:20,24
**referenced** 20:2
  26:14,18 28:23
**referred** 6:10
**referring** 18:6
**reflects** 32:18
**refused** 11:5
**regard** 9:2
**Registered** 39:2
  39:11
**regulation** 7:16
**rejecting** 10:8
**release** 21:15
  36:3,20,22,25
**released** 4:19
  11:11 12:23
  26:1 29:20
**relevant** 27:21
**relying** 20:8
  33:24
**remains** 27:9
**remove** 12:11
**removed** 22:21
**rent** 33:1,1
**repeat** 7:18
**repeatedly** 29:8
  32:8
**report** 5:14,18
  13:10
**reported** 18:13
  22:24 24:12,15
  24:19 25:8
  31:8 32:13,16
  33:2

**Reporter** 39:2
  39:11
**REPORTER'S**
  39:1
**reports** 20:8
  24:6 25:18
**represent** 4:7
**representative**
  5:8
**representing** 6:8
**Republic** 11:2,4
  11:19 15:25
  16:1,20,22
  26:23,24 27:3
  27:12,15,25
  28:2,6,17,25
  29:2,6 30:14
  32:23 33:8,12
**request** 5:21
  11:23 23:22
**requested** 11:20
  38:4 39:4
**required** 8:14
  8:15
**requiring** 31:12
**resided** 18:2,10
**residence** 5:14
  11:15 25:4
  30:3 33:2,4
  34:11
**resident** 30:16
**residential**
  23:25 24:4
**residents** 17:16
  25:2
**residing** 31:16
**resistance** 32:5
  32:6
**resolving** 9:6
**resources** 19:20
  21:7 30:7 31:2
**respect** 13:3
**respectfully**
  5:21 11:23
  23:22
**responsible** 7:4
**result** 25:23

**retaliated** 24:13
**return** 17:3
  27:11 28:9,12
  28:25
**returned** 10:7
  27:7
**returning** 27:20
**revealed** 17:20
  25:5
**review** 37:13
**Riewerts** 2:2 3:9
  3:9,13 38:2
**right** 3:6 8:5
  10:22 12:20
  13:8,15 35:25
  37:25
**rise** 3:4 34:4,8
  38:1
**risk** 13:23 14:13
  15:16 17:12
  33:6
**Robert** 2:10 4:6
  4:7
**robo** 9:22 10:2
**room** 2:7 23:17
  30:3
**roughly** 17:13
**rules** 1:14 8:13
**ruling** 37:10

**S**

**S** 2:1 3:1
**safe** 16:10
**safety** 11:10,11
  14:5 16:11
  22:11 33:19
**saying** 22:2
**says** 7:2,21
  10:13 31:16
**scenario** 22:20
**schedule** 36:8,13
**Scott** 1:15
**seated** 3:5 34:9
**second** 27:6
**section** 3:16 6:9
  8:14 9:2 18:7
**Security** 11:9,14

14:16 17:19
see 6:23 7:5 8:11
seek 17:3 36:21
   36:24
seeking 4:13
seemingly 32:3
self-employed
   31:8
self-serving
   14:10
sent 10:15,25
   27:4 28:2
sentence 15:14
separate 8:2
September
   28:23
series 11:1
seriousness 22:9
services 6:14
   21:15 25:22
session 3:4
set 4:10,12 21:4
   36:15
settled 10:23
settlement 10:25
seven-minute
   34:2
severely 5:16
sexual 14:11
   17:24 18:2,20
   20:19 22:7
   23:2,18 25:18
   27:18 32:1
sexually 18:14
   22:2,25 26:19
   32:14
shared 30:4
show 14:9 16:5
   17:11 32:22
shut 25:22
side 4:20 37:9,17
   37:17
sides 36:12
significant
   20:25 35:14
silence 24:16,21
   31:1

similar 7:20 8:9
single 19:16,17
   27:1
sir 3:25
sitting 29:21
situation 20:14
   36:2,5,18
six 32:21
skirted 5:10
social 25:22
somewhat 21:20
   35:21
sorry 3:10 35:3
sort 9:10
sought 32:11
sounding 10:5
sounds 8:8
   15:21
Southern 3:17
   29:11,14,25
   33:18
sovereign 8:2
speak 20:6,18
speaks 29:4
special 11:8
specific 7:4
specifically 6:7
   6:16 33:23
specifics 15:1
speculating 17:8
speculation 20:8
speculative
   14:19
spoken 18:4
spring 27:3
St 17:15 18:3,10
   25:22
stabbed 25:1
   30:16
stabbing 25:2
starts 9:21
state 7:23 8:3
   10:22 11:19
   13:4 23:9
stated 8:14 26:9
   28:24 31:5

32:18,25 33:3
   35:6
statements 26:6
   28:9 32:22
   35:20
states 1:1,6,13
   3:6,17 6:7,20
   6:21 7:5 9:10
   11:5,10 12:11
   12:14 15:14
   16:2,11 22:7,8
   22:9,25 23:3
   23:17 24:4,6
   27:4 28:2,5,6
   30:8,11
statute 19:15
stay 25:9 30:1
   36:21,22,24,25
   37:21
staying 29:22
Steen 39:2
stop 27:15,23
   28:8,15
stopped 27:14
   28:6
Street 2:3,6,11
streets 13:25
strength 8:20
struggle 14:6
stuff 35:18
subject 16:4
   24:20,25 25:3
   26:6,9,20
   30:15
subjects 20:22
submissions
   37:24
submit 37:12
submitting 37:7
subpoena 6:13
   6:19
subsequently
   20:4 25:23
substance 9:12
suddenly 14:3
sued 10:22
sufficient 14:22

18:25 37:13
suggested 29:17
suggestion 31:4
suggests 30:22
suit 10:4
Suite 2:3
supervises 31:10
supervision
   22:14 29:24
supported 32:10
supports 27:8
sure 7:17,19
   37:5,11
surrounded
   25:6 30:22
surrounding
   23:10
suspected 24:14
   25:7

T

T 1:15
take 3:25 11:6
   16:3 34:2
   35:25 37:1
taken 34:6
takes 31:16
talk 9:9
talking 19:10
talks 26:10
target 15:11
targeted 6:7
team 16:14 18:4
telephone 5:6
telephonically
   36:13
tell 18:18 36:19
telling 19:19
tens 30:13
terms 15:16,17
   18:23 20:15,25
   21:1 33:9
terrible 36:9
testified 10:7
   25:14
Thank 5:24
   13:18 25:20

34:5 37:25
   38:2,3
thereof 21:3
thing 6:4 8:19
   12:9
think 4:17 6:2
   7:6,25 9:19
   12:5,13 17:4
   35:6
thought 5:9
thousands 30:13
threat 21:25
threatened
   18:20 24:12
threats 23:14,14
   33:17,20
three 6:15,15
   34:15
three-day 36:15
three-page
   27:16
Thursday 34:17
   36:8,16,21
   37:1,22,23
ties 17:1 29:5,10
   29:15 35:21
time 6:7 9:4
   13:17 14:22
   16:2 17:9,22
   18:1 19:8 21:8
   21:9,18 22:13
   23:2 26:15
   28:22 29:8
   34:13 36:9,14
times 17:25
today 4:10,12,21
   14:3,8 18:6
   29:17 31:15
   35:22 37:10
told 28:15,19,20
transcribed 39:3
transcript 3:2
   38:4 39:4
transcription
   1:4 39:5
transfer 31:1
transferred

30:13
**transfers** 35:19
**transport** 12:25
**transported**
13:9
**travel** 6:19 9:5
9:15,17 10:3
20:13 21:1
29:20 32:22
**traveled** 17:23
17:24 26:22
29:6,7,12
**traveling** 16:3
21:18 29:23
**trial** 3:14,18
10:15,16,20
13:4 19:2
21:12 29:18
33:24
**tried** 19:9 27:11
27:14 28:1
**troubling** 31:14
**true** 34:20 39:5
**trust** 20:6
**try** 33:16
**trying** 16:21,23
16:25 33:10,12
33:22
**turned** 10:21,22
**twice** 25:14
**two** 8:2 16:7
**typically** 36:10

**U**
**U.S** 2:2,6 3:14
5:7,8 17:14
20:15 26:4
27:13 28:10
**ultimately** 36:6
**unbelievable**
10:8
**uncovered** 26:5
27:5
**understanding**
11:12
**understood**
31:21 37:3

**Union** 2:11
**unique** 34:20
35:12
**unit** 6:10
**United** 1:1,6,13
3:6,17 6:20,21
7:4 9:10 11:5
11:10 12:11,14
15:14 16:2,11
22:6,8,8,25
23:3,17 24:3,6
27:4 28:2,5,6
30:8,11
**universe** 33:15
**unlawful** 14:24
**unprecedented**
21:4
**unquote** 29:3
**unravel** 11:24
**Urban** 2:8 3:15
3:18,21 4:15
4:23 7:7 14:7
15:24 19:5,24
21:24 22:23
23:5,11,22
24:11 25:16,21
27:23 28:1,4,7
28:12 34:5
35:1,3 37:3,6
38:3
**urge** 12:6
**USC** 15:4 18:7
**useful** 5:10 7:6
**ushering** 11:9

**V**
**v** 1:8
**Varholak** 1:15
**various** 17:9
33:23
**venue** 13:12
29:11
**verdict** 10:7,11
10:21
**verifier** 30:17
32:17 33:1,3
**versus** 3:7 12:14

**victim** 18:8
24:21 33:19
**victim's** 24:21
**victimized** 14:12
**victims** 18:4,5
18:11 20:1,11
22:24 23:13
24:11 26:13,15
27:17
**vigorous** 10:5
**violate** 7:12,13
8:5
**violated** 8:10,22
**violating** 8:5
**violation** 7:14
14:24 15:3
**violations** 21:13
**virtually** 3:10,13
**voting** 10:19
**vu** 6:5
**vulnerability**
32:10
**vulnerable**
15:12

**W**
**wait** 19:4,4,6
**waived** 12:20
13:8
**waiver** 4:11 9:11
**walker** 31:9
**walking** 13:25
**want** 11:8,17
12:9 33:14
35:25 36:1,15
36:20,23,23
37:1,21
**wanted** 36:4
**wanting** 21:7
**wants** 12:11
37:9
**warned** 18:17
**warrant** 11:4,6
16:7,15,16,19
16:25 17:3,5
26:18 27:6,9
**warranting**

14:14
**warrants** 16:8
**wasn't** 16:1
**way** 6:4 12:22
12:23 27:24
29:23 37:7,12
**ways** 18:14
**we'll** 13:13
37:25
**We're** 4:10
19:10
**wealth** 29:2
**Wednesday**
37:12,24
**week** 15:16
28:19 31:8
36:8,14 37:2
37:21
**weeks** 6:22
**welfare** 25:23
**went** 10:14
16:19,21 34:23
**whatsoever**
11:21
**whereabouts**
11:13,15
**willy-nilly** 8:25
**wishes** 37:17
**withdrawn** 11:7
16:9,17
**witness** 33:19
**witnesses** 4:21
10:6,9 24:12
27:17
**word** 27:2
**words** 22:17
**work** 10:17
**working** 11:3
24:19
**worried** 21:22
**worth** 19:9

**X**

**Y**
**Yeah** 37:23
**years** 5:20 6:16

10:17 13:24
15:15,25 18:12
19:8,9,12,13
19:15,18,21
21:18 24:17
31:14 32:14,22
35:11,24
**years'** 19:8
**yelling** 32:4
**Yep** 4:2 35:2
**yesterday** 4:8,11
4:18 5:6 29:16
**yesterday's**
12:10
**Yogi** 6:4
**York** 11:12
**young** 17:16
22:18

**Z**
**zealots** 9:22
**zero** 10:21

**0**
**02741** 2:11
**09(d)** 18:8

**1**
**1** 18:5 24:20
26:6,9
**11** 27:16,19
**12** 19:8,8,12,21
35:11 39:8
**13** 18:12
**14** 13:24 17:25
19:13,14
**14.5** 10:11,21
**15** 21:17
**1600** 2:3
**18** 12:4 15:4
18:7
**1801** 2:3
**1st** 34:17

**2**
**2** 18:5 24:25
25:3 30:15
**2/06** 6:8

49

**2:55** 1:15
**20** 22:1 32:13
**2006** 6:16 17:21
   18:11 26:15
**2010** 6:8,16 14:1
   17:21 18:11
   19:12 22:5
   26:15
**2011** 9:21
**2012** 6:11 9:6,14
   15:21 18:23
   20:21 23:1
   34:23
**2014** 17:14
   25:21
**2015** 16:18
   26:17 27:7
**2019** 27:3,13
   28:15,20 32:24
**2020** 30:12
**2022** 24:24 25:8
   25:15 28:23
   30:12 31:6
**2023** 14:2
**2024** 1:4,12 39:8
**24-MJ-00012-...**
   1:2
**24-MJ-12** 3:6
**2423(b)** 14:24
   15:4
**26** 1:4,12

**3**

**3** 18:5
**3.5** 10:23,25
**3:47** 34:6
**30** 15:15
**3142** 12:4
**31st** 14:2
**33** 35:23
**33132** 2:7
**35** 18:7
**3771** 18:8
**392** 16:15
**394** 16:15 26:19

**4**

**4** 18:5
**4:00** 34:7
**426** 2:11

**5**

**5-years'** 19:9
**502** 2:7
**58** 35:16

**6**

**6** 19:11
**6(a)** 35:4

**7**

**7** 19:9
**71** 31:14
**72** 35:17
**72-year-old**
   21:20

**8**

**80202** 2:4

**9**

**9** 18:12 19:11
**911.120(a)** 8:14
**99** 2:6