1   IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
2
    Case No. 24-MJ-00012-MEH
3   _____

4   AUDIO TRANSCRIPTION OF PROCEEDINGS
    February 1, 2024
5   _____

6   UNITED STATES OF AMERICA,

7   Plaintiff,

8   v.

9   MICHAEL KARL GEILENFELD,

10  Defendant.
    _____

11

12          Proceedings had on February 1, 2024, at the

13  United States District Court, Denver, Colorado, held

14  pursuant to the Federal Rules, commencing at the hour of

15  1:15 p.m., before Magistrate Judge Scott T. Varholak.

16

17

18

19

20

21

22

23

24

25

```
 1                    A P P E A R A N C E S

 2   For the Plaintiff:        ALCIA RIEWERTS, ESQ.
                               U.S. Attorney's Office
 3                             1801 California Street
                               Suite 1600
 4                             Denver, Colorado  80202

 5                             LACEE MONK, ESQ.
                               Department of Justice
 6                             99 Northeast Fourth Street
                               Room 502
 7                             Miami, Florida  33132

 8                             JESSICA URBAN, ESQ.
                               Department of Justice
 9
10   For the Defendant:        ROBERT OBERKOETTER, ESQ.
                               Attorney at Law
11                             426 Union Street
                               New Bedford, Massachusetts 02741
12
                               BRIAN R. LEEDY, ESQ.
13                             Ridley McGreevy Winocur
                               303 16th Street
14                             Suite 200
                               Denver, Colorado  80202
15

16

17

18

19

20

21

22

23

24

25
```

---

**3**

1
2                    P R O C E E D I N G S
3               (This begins the audio transcript of
4    proceedings)
5               THE CLERK:  All rise.  Court is in session.
6               THE COURT:  Please be seated.
7               This is 24-MJ-12.  Can I have entries of
8    appearance, please?
9               MS. RIEWERTS:  Alicia Riewerts on behalf of the
10   government.  Joining me virtually, Your Honor, our trial
11   attorney, Jessica Urban of DOJ's child exploitation and
12   obscenity section, and AUSA Lacee Monk of the Southern
13   District of Florida.  Thank you.
14              THE COURT:  Good afternoon.
15              MR. LEEDY:  Good afternoon, Your Honor.  Brian
16   Leedy on behalf of Mr. Geilenfeld, and Robert Oberkoetter
17   is appearing via VTC.
18              THE COURT:  And good afternoon.
19              MR. OBERKOETTER:  Good afternoon, Judge.
20   Mr. Leedy will be taking the argument today.
21              THE COURT:  Okay.  So we're here for continued
22   detention hearing.  I, obviously, am aware of the arguments
23   that were made at the last hearing, as well as the
24   supplemental briefing that has been submitted by each side
25   in this case.

---

**4**

1               To give further context, the pretrial services
2    visited the home that had been proposed for release, and I
3    don't think it's going to work.  There's a number of
4    children living in very close proximity to the home, two
5    grandchildren who don't live in the home but are
6    grandchildren of the homeowner.  And given the allegations
7    in this case, I'm not comfortable releasing the Defendant
8    to that environment.
9               I will consider a halfway house.  That won't
10   happen today because we don't know if there's availability
11   at the halfway house yet, but I will consider a halfway
12   house.
13              Mr. Leedy, one thing I'd like you to address.
14   One of the comments at the last hearing dealt with whether
15   or not Mr. Geilenfeld could get to Florida.  Obviously,
16   he's going to need to.  I know there's a question on
17   jurisdiction venue.  I don't think the case cited is on
18   point because what that deals with is, if the crime is
19   entirely out of the country, venue is where you are
20   arrested, but obviously -- and I haven't done a ton of
21   research into this, but my guess is that the law is going
22   to say that part of the crime occurred while living in
23   Florida, so that they have venue there.  So I need to make
24   sure that, if I release him, he's going to be able to get
25   to Florida to attend hearings.

---

**5**

1               So with that preface, I will hear any further
2    argument that either side wishes to make.  Since it's a
3    presumption case, Mr. Leedy, I'll let you go first, and
4    then I'll hear from the government.
5               MR. LEEDY:  Thank you, Your Honor.  I think I'll
6    start where the Court left.
7               With regard to venue, in the most recent
8    pleading, I didn't address that.  I do not dispute what the
9    Court has explained, and I think that we are left to
10   detention at this point.  If venue becomes an issue, I
11   think that will be part of the job of the Article 3 in
12   South Florida.
13              THE COURT:  Yeah.  I agree.
14              MR. LEEDY:  With regard to halfway house, Your
15   Honor, I will, I guess, make the formal request for release
16   on a condition including that if there's space available.
17              And to cut to the chase on whether or not
18   Mr. Geilenfeld will be able to get to his court dates in
19   Florida, the answer is decidedly, yes.  And the reason for
20   that is that he has the support, including financial
21   support, of a large community of individuals that have
22   known him for over 20 years, known about his charity work,
23   continue to support him in that, and financially he'll be
24   able to travel whenever he needs to that jurisdiction.
25              With regard to the letters of character

---

**6**

1    reference I provided, Your Honor, we do have Reverend
2    Douglas Hill in the courtroom today, who is here in support
3    of Mr. Geilenfeld.  He is a resource, as well as his
4    church, for Mr. Geilenfeld, along with the individual that
5    Mr. Geilenfeld was living with and the other individuals
6    that support him.  So there is not a restriction on his
7    ability to get there or back.
8               As the Court knows, he has had counsel
9    representing him for a very long time related to a whole
10   host of accusations that have been made against him.  That
11   support network continues to exist as well.  In fact,
12   that's why I'm here today.
13              I don't want to get into information that the
14   Court has already heard, although I do have the urge to do
15   that because I wasn't here the last time.  But what I will
16   tell the Court is this:  What we've learned from the most
17   recent filing of the government is that information that
18   spurred the indictment that we are now dealing with was
19   based on reports made four to five years ago.  We know that
20   the allegation is anywhere between 14 and 17 years old.
21              We know that the government has alleged, in its
22   last pleading, that over 20 individuals have reported abuse
23   by Mr. Geilenfeld.  We don't know from the pleading to whom
24   those reports were made.  We do know, from the absence of
25   any criminal cases, that no action was taken on those

---

7

1  reports because no criminal cases have been filed against
2  Mr. Geilenfeld.  He has no prior criminal history.  He's 72
3  years old.
4        With regard to Mr. Geilenfeld's whereabouts,
5  beginning in 2012, when there was an active Department of
6  Justice investigation against Mr. Geilenfeld, he was in
7  touch with the Department of Justice through his counsel
8  consistently.  They knew where he was, they knew how they
9  could reach him, and to date, that is still the same
10  counsel that we are dealing with, Mr. Oberkoetter, who has
11  contacted me to be here today, was the same individual that
12  contacted DOJ in 2012.
13        It has been no mystery where Mr. Geilenfeld has
14  been or how he was to be contacted.  We are certain with
15  regard to his support network, Your Honor, that
16  Mr. Geilenfeld will be able to be present for any court
17  date that happens in South Florida, and the resources for
18  that will be coming from the same individual that have
19  always supported him.
20        I will note that, based on the government's most
21  recent pleading, the theory hasn't changed, Your Honor.
22  The argument based on risk to the community is conflated to
23  a risk that the government alleges existed beginning in
24  2006.  There is no evidence that there was risk to the
25  community at this point because there's no allegation that

8

1  he committed any crimes after 2010, which is the end date
2  of the current indictment.
3        The analysis the Court has to engage in here,
4  with regard to that factor, has to be present danger, and
5  we assert that there is no evidence of that and that
6  Mr. Geilenfeld is a good candidate for release.  I've
7  addressed the lack of risk of flight, and I believe, Your
8  Honor, the information that the Court has in front of it
9  has rebutted the presumption that the government gets under
10  the statute.
11        And we would like, in addition to providing --
12  well, in addition to the Court looking into the possibility
13  of placement in a halfway house, we'd like the opportunity
14  to perhaps suggest another residence and have that cleared
15  by probation.  I did not have that put together for today.
16  I didn't get the results of the probation house visit until
17  the Court informed me, but I believe there are other
18  options out there in Colorado, and I'd like the opportunity
19  to supplement if a different residence becomes available.
20        THE COURT:  I think what I'd be -- that's fine.
21  I think what I'd be inclined to do, if I do release -- I'll
22  hear from the government -- is release to halfway house
23  upon -- you know, on the assumption that it will be
24  available fairly soon because I don't want to keep him.  If
25  I release, I want to get him released.  If either it

9

1  doesn't become available soon or once he's out you wish to
2  modify it for a different, I'll certainly entertain that.
3        But anyways, let's hear from the government.
4        MS. URBAN:  Thank you, Your Honor.
5        The government maintains that the Defendant is
6  still to be detained for three independent reasons, each of
7  which alone would be sufficient under the relevant legal
8  standards:  that he's a flight risk, that he is a danger to
9  the community in terms of other children to whom he has
10  access, and that he's a danger to at least one other
11  individual in particular to the now adult victims and
12  witnesses at issue in this case.
13        I also don't want to rehash what we've
14  previously submitted to the Court, rather to just highlight
15  a few pieces of the most recent information and respond to
16  the defense's information.
17        As I believe the Court is probably aware, of
18  course, at the last hearing it had raised the concern of
19  whether there have been any allegations of abuse occurring
20  at a home in the United States.  And as our filing
21  yesterday indicated, we looked back through our records and
22  confirmed that, yes, there has been a report made to the
23  law enforcement team in this particular case of abuse that
24  occurred at a home in the United States.  But more
25  importantly, the evidence on which the defense has been

10

1  relying in its filing yesterday reinforces all three of the
2  grounds for detention and not just release to a halfway
3  home.
4        As far as the connections that the Defendant has
5  to the Dominican Republic and to Haiti, the defense's
6  filing and representations today confirm that the Defendant
7  has great financial resources despite their prior
8  contentions that he is impoverished.  And just today
9  defense counsel has noted the Defendant would have no issue
10  traveling by himself from Colorado across the country to
11  Florida for the remainder of his proceedings.  He can
12  easily travel to Florida from Colorado.  The government
13  submits he can very easily travel anywhere else outside of
14  the Court's jurisdiction, including abroad, as he has fled
15  justice on the indication noted in our filings, in terms of
16  leaving Haiti when he was under investigation and subject
17  to charges there.
18        THE COURT:  How without a passport?
19        MS. URBAN:  It's not just the fine print.
20        THE COURT:  Counsel, how is he going to travel
21  abroad without a passport?
22        MS. URBAN:  Well, Your Honor, as we indicated
23  in our filing, the Defendant himself had previously turned
24  in a passport and then obtained a new passport and crossed
25  a land border in order to evade the traditional mechanisms

11

1  for having tabs on where defendants go when they're subject
2  to an arrest warrant and to charges.  And we believe that
3  just having his passport turned in is not sufficient to
4  prevent him from trying to get out of the country, whether
5  it be via a land boarder or if he's in Florida, by boat,
6  for example, or just within the United States trying to
7  leave, so that he's not able to appear for his proceedings.
8         And in addition to the flight risk, we also
9  believe that he's a present -- that he remains a present
10  danger to the community and to the victims and witnesses in
11  this case.
12         As to the defense's concern and what Your Honor
13  has also said, in terms of no present reports of abuse in
14  the United States, as we submitted in our supplemental
15  filing, delayed disclosure of childhood sexual abuse is
16  exceedingly common, especially when the Defendant was in a
17  position of trust over the victim, when there were close
18  family or friend connections, when they were living in the
19  same residence as in this case.
20         And the evidence in this case has shown there
21  were delayed disclosures of abuse, and for the same
22  reasons, just because no one has come forward right now, of
23  course, doesn't mean that he's not a threat to others at
24  this time.  And we would argue that his being a pedophile,
25  these innate characteristics, and his pattern of abuse over

12

1  so many years and across different states and countries,
2  indicates that he remains a risk to other children.
3         As far as his risk to -- excuse me -- to other
4  persons in the case, although the defense has contended
5  that the allegations or evidence of which it is aware seems
6  to have occurred several years ago, we believe that he
7  remains a present danger to others in the case because of
8  those continued connections to the island, the undisputed
9  financial payments that he's been making to individuals
10  down there, the reports we've received from victims and
11  witnesses that the Defendant has tried to maintain their
12  silence or get them to recant their abuse through robbery,
13  through payments, through enticement, and it has been law
14  enforcement's understanding, based on what the victims and
15  witnesses have reported, that when the Defendant is again
16  subject to investigation, that's when the bribes and the
17  threats start to materialize once again.
18         And so even if last month we might have been in
19  a slightly different posture before the Defendant was aware
20  that he's facing this very serious federal charge with a
21  very serious penalty, up to 30 years in prison, the
22  circumstances are different now, now that he knows he is
23  subject to these charges and that the evidence the
24  government has today is not the same as the evidence that
25  it had back in 2012 or back in 2015.  It's a wider universe

13

1  now, and for those reasons, we believe he has an even
2  greater incentive and the means to flee, as well as to be a
3  danger to the victims and witnesses in this case and to
4  remain a danger to children.
5         THE COURT:  What specific threats do you --
6  what specific threats do you have that he made, and when
7  were those threats supposedly made?
8         MS. URBAN:  We have, first of all, one now
9  adult victim who said that his family was threatened, his
10  children were threatened by the Defendant, when that
11  individual had -- once the individual had reported his
12  abuse to -- in connection with the civil proceeding.
13  And --
14         THE COURT:  What kind of -- what kind of
15  threat, and when was that?
16         MS. URBAN:  I'm just trying to think about the
17  extent to which I want to disclose this now because it will
18  likely identify, at least to the Defendant, who it was.
19         It was a threat that, if the individual loved
20  his children, then he would recant and that he would submit
21  something in connection with that proceeding and no longer
22  maintain his allegations of abuse, if he loved his
23  children.  And the Defendant took that -- excuse me.  The
24  then-adult victim took that as a threat and did not want to
25  continue with the proceedings, given the risk that he felt

14

1  his children were exposed to.
2         There have been other reports, when the
3  Defendant was in Haiti, that people would approach the
4  individuals on the street and offer them money, try to get
5  them to sign something saying that the Defendant had not
6  abused them.
7         More recently, the victims have continued to
8  inform our law enforcement team that they remain gravely
9  concerned about the Defendant's contacts down in -- down in
10  Haiti.  I don't have specific language for those, but they
11  continue to reach out to our law enforcement team,
12  expressing great concerns with their safety there because
13  they've come forward in the case.
14         And if Your Honor doesn't have any further
15  questions on that point right now, just to close the loop
16  in terms of the community that the defense has relied on in
17  Colorado, I would point out that the individuals on whom
18  the defense is relying and who submitted these character
19  letters this past week are individuals who have known about
20  the allegations and continue to support the Defendant
21  despite the severity of the allegations.  As they've
22  pointed out, they've continued to allow the Defendant to
23  have access to children despite knowing of the allegations.
24         They financially and vocally supported the
25  Defendant and the orphanage.  Some of them even traveled to

15

1    the orphanage, to the guest house, and stayed at that guest
2    house during the time period during which some of this
3    alleged abuse had occurred.  And so we believe that the
4    community in Colorado is not a sufficient check on the
5    Defendant, whether it would be at a halfway house or if he
6    were actually staying with one of them.
7          Essentially, they continue to facilitate his
8    access to children, his connections down to the island,
9    where the victims and witnesses, in large part, reside.
10   And so we have grave concerns that he remains both a threat
11   to individuals in this case, the community, and is a flight
12   risk.
13         THE COURT:  All right.  Thank you.
14         The question before me is whether or not there
15   are conditions or a combination of conditions that can be
16   imposed to assure the Defendant's presence or the safety of
17   the community.
18         This is a presumption case.  The presumption can
19   be overcome, and here I find that it has been.  The defense
20   has submitted character letters indicating support that the
21   Defendant has in the community.  His ties here, which
22   perhaps aren't as great as some cases, but still six years
23   here, and other evidence that I have considered.  Even when
24   overcome, however, the presumption remains a factor that I
25   may consider in determining whether or not to issue

16

1    detention.
2          This is a difficult case.  It's one I've
3    struggled with.  The allegations, if true, are certainly
4    troubling.  Beyond troubling.  I mean, they're astonishing
5    if true.
6          But the question before me is today,
7    understanding that the Defendant is presumed innocent, are
8    there any conditions or combination of conditions that I
9    could impose to assure his presence and the safety of the
10   community.  And the allegations that are indicted in this
11   case go back nearly decade and a half, and I have some
12   vague references to more recent conduct, but I don't have
13   any details on it.
14         I have vague references to threats but not much
15   detail except that it's -- other than the one reference
16   that at some unknown point he made some comment to somebody
17   saying that they should retract if they love their kids.
18   Yeah, that could be seen as a threat, but I have no details
19   beyond that.  I don't know if that was made here.  I have
20   no indication that he has any ability to carry out a
21   threat.  I have vague references to unknown accomplices,
22   but I don't have any specifics.
23         And I have to make a determination as to whether
24   or not this individual should be detained for a case that's
25   likely going to last months based on vagaries and based

17

1    upon charged conduct from 15 years ago.  As far as I'm
2    aware, there's no recent allegations that he's had done
3    anything inappropriate.
4          And the conditions that I am going to impose are
5    strict.  I'm going to require home detention at a halfway
6    house with GPS.  I acknowledge, as the government states in
7    their pleading, that it is possible to cut off a GPS.  And
8    yeah, there's a risk in every case.  There's never been a
9    case that has gone through the criminal justice system
10   where there's not some danger that the individual poses or
11   some risk that they flee.
12         But what would have to happen is he'd have to
13   cut the GPS.  Presumably at that point -- well, I know at
14   that point probation will be made aware of that, and then
15   he'd presumably have to have somebody assist him to get --
16   to flee.  He doesn't have -- he's going to have to turn in
17   his passport, and the idea that he's going to be able to
18   travel abroad without a passport, having just cut his ankle
19   monitor, I just don't think that's all that likely.
20         And I also don't think it that likely that he's
21   going to have access to children.  My understanding of the
22   allegations in this case, based upon the representations,
23   is that virtually every or every allegation against him
24   occurred when he was in a position of trust.  And I think,
25   with him being at a halfway house, with an ankle monitor on

18

1    and GPS, the likelihood that he could build some level of
2    trust with a minor to enable him to commit some future
3    offense is just minuscule.
4          Now, again, I recognize he could cut off the
5    GPS, but when I have no firm allegations in 15 years, I
6    just don't know how I can conclude that for 15 years he's
7    not been a danger, but now he is.  And not only a danger,
8    but a danger such that there's no conditions or combination
9    of conditions that I can impose.
10         So while I'm very, very troubled by the
11   allegations in this case, ultimately I conclude that there
12   are conditions or a combination of conditions that I could
13   impose to assure his presence and the safety of the
14   community.  And they are the conditions that were listed in
15   the pretrial services report, in addition to maintaining a
16   residence at the halfway house, GPS monitoring, home
17   detention.  I think this was already in there, but no
18   unsupervised contact with minors, and any supervised
19   contact must be approved by pretrial services beforehand.
20         He's not -- you're not going to be released
21   today.  We need to see when there's a halfway house.  I
22   will -- the appearance form looks fine to me.  I'm not
23   going to sign it today because he can't be released today.
24         I am leaving the state tomorrow.  If we have a
25   bed tomorrow and he can go there, it can go to the duty

19

1    magistrate judge just to sign the bond.  It's my order, but
2    they can sign the bond.  Same thing if it's next week.  If
3    you can't fit me in because my calendar is brutal, it can
4    go to the duty magistrate judge, understanding it's my
5    bond.  It's just their signature under it.
6         Let me ask the government.  Would you like me to
7    stay the release order pending appeal to the district court
8    in Florida?
9         MS. URBAN:  Yes, Your Honor.  We respectfully
10   request the stay.
11        THE COURT:  I will do that.  So it will be
12   stayed pending a ruling from the district court judge
13   there.
14        And then, if my order is sustained, then once we
15   have a halfway house, he will be released.  If not, then
16   you'll be detained on the district court judge in Florida's
17   order.
18        Anything further that we can do here today,
19   then?
20        MS. URBAN:  The government has nothing further.
21        MR. LEEDY:  Nothing further, Your Honor.
22        THE COURT:  Okay.  I was going to sign the
23   order to appear in the district.  The date is February 8th,
24   but I have no idea if we're going to get a ruling from the
25   district court judge by then, if we're going to have a

20

1    halfway house by then, so I'll just hold onto that and see
2    what happens with the appeal.
3         Thanks, everybody.  We'll be in recess.
4         THE CLERK:  All rise.
5         (This concludes the requested audio transcript
6    of proceedings.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

21

1              REPORTER'S CERTIFICATE
2         I, Elissa Steen, Registered Professional Reporter,
3    do hereby certify that I have listened to and transcribed
4    requested audio file.  I certify that this transcript is a
5    true and correct transcription to the best of my knowledge
6    and ability.
7
8    Dated February 12, 2024
9
10
11              _____
12              Registered Professional Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25

**A**

ability 6:7 16:20
21:6
able 4:24 5:18
5:24 7:16 11:7
17:17
abroad 10:14,21
17:18
absence 6:24
abuse 6:22 9:19
9:23 11:13,15
11:21,25 12:12
13:12,22 15:3
abused 14:6
access 9:10
14:23 15:8
17:21
accomplices
16:21
accusations 6:10
acknowledge
17:6
action 6:25
active 7:5
addition 8:11,12
11:8 18:15
address 4:13 5:8
addressed 8:7
adult 9:11 13:9
afternoon 3:14
3:15,18,19
ago 6:19 12:6
17:1
agree 5:13
ALCIA 2:2
Alicia 3:9
allegation 6:20
7:25 17:23
allegations 4:6
9:19 12:5
13:22 14:20,21
14:23 16:3,10
17:2,22 18:5
18:11
alleged 6:21
15:3
alleges 7:23

allow 14:22
AMERICA 1:6
analysis 8:3
ankle 17:18,25
answer 5:19
anyways 9:3
appeal 19:7 20:2
appear 11:7
19:23
appearance 3:8
18:22
appearing 3:17
approach 14:3
approved 18:19
argue 11:24
argument 3:20
5:2 7:22
arguments 3:22
arrest 11:2
arrested 4:20
Article 5:11
assert 8:5
assist 17:15
assumption 8:23
assure 15:16
16:9 18:13
astonishing 16:4
attend 4:25
attorney 2:10
3:11
Attorney's 2:2
audio 1:4 3:3
20:5 21:4
AUSA 3:12
availability 4:10
available 5:16
8:19,24 9:1
aware 3:22 9:17
12:5,19 17:2
17:14

**B**

back 6:7 9:21
12:25,25 16:11
based 6:19 7:20
7:22 12:14
16:25,25 17:22

bed 18:25
Bedford 2:11
beginning 7:5
7:23
begins 3:3
behalf 3:9,16
believe 8:7,17
9:17 11:2,9
12:6 13:1 15:3
best 21:5
beyond 16:4,19
boarder 11:5
boat 11:5
bond 19:1,2,5
border 10:25
Brian 2:12 3:15
bribes 12:16
briefing 3:24
brutal 19:3
build 18:1

**C**

C 2:1 3:2
calendar 19:3
California 2:3
candidate 8:6
carry 16:20
case 1:2 3:25 4:7
4:17 5:3 9:12
9:23 11:11,19
11:20 12:4,7
13:3 14:13
15:11,18 16:2
16:11,24 17:8
17:9,22 18:11
cases 6:25 7:1
15:22
certain 7:14
certainly 9:2
16:3
CERTIFICA...
21:1
certify 21:3,4
changed 7:21
character 5:25
14:18 15:20
characteristics

11:25
charge 12:20
charged 17:1
charges 10:17
11:2 12:23
charity 5:22
chase 5:17
check 15:4
child 3:11
childhood 11:15
children 4:4 9:9
12:2 13:4,10
13:20,23 14:1
14:23 15:8
17:21
church 6:4
circumstances
12:22
cited 4:17
civil 13:12
cleared 8:14
CLERK 3:5
20:4
close 4:4 11:17
14:15
Colorado 1:1,13
2:4,14 8:18
10:10,12 14:17
15:4
combination
15:15 16:8
18:8,12
come 11:22
14:13
comfortable 4:7
coming 7:18
commencing
1:14
comment 16:16
comments 4:14
commit 18:2
committed 8:1
common 11:16
community 5:21
7:22,25 9:9
11:10 14:16
15:4,11,17,21

16:10 18:14
concern 9:18
11:12
concerned 14:9
concerns 14:12
15:10
conclude 18:6
18:11
concludes 20:5
condition 5:16
conditions 15:15
15:15 16:8,8
17:4 18:8,9,12
18:12,14
conduct 16:12
17:1
confirm 10:6
confirmed 9:22
conflated 7:22
connection
13:12,21
connections
10:4 11:18
12:8 15:8
consider 4:9,11
15:25
considered
15:23
consistently 7:8
contact 18:18,19
contacted 7:11
7:12,14
contacts 14:9
contended 12:4
contentions 10:8
context 4:1
continue 5:23
13:25 14:11,20
15:7
continued 3:21
12:8 14:7,22
continues 6:11
correct 21:5
counsel 6:8 7:7
7:10 10:9,20
countries 12:1
country 4:19

10:10 11:4
**course** 9:18
  11:23
**court** 1:1,13 3:5
  3:6,14,18,21
  5:6,9,13,18 6:8
  6:14,16 7:16
  8:3,8,12,17,20
  9:14,17 10:18
  10:20 13:5,14
  15:13 19:7,11
  19:12,16,22,25
**Court's** 10:14
**courtroom** 6:2
**crime** 4:18,22
**crimes** 8:1
**criminal** 6:25
  7:1,2 17:9
**crossed** 10:24
**current** 8:2
**cut** 5:17 17:7,13
  17:18 18:4

――――――――
**D**
**D** 3:2
**danger** 8:4 9:8
  9:10 11:10
  12:7 13:3,4
  17:10 18:7,7,8
**date** 7:9,17 8:1
  19:23
**Dated** 21:8
**dates** 5:18
**dealing** 6:18
  7:10
**deals** 4:18
**dealt** 4:14
**decade** 16:11
**decidedly** 5:19
**Defendant** 1:10
  2:10 4:7 9:5
  10:4,6,9,23
  11:16 12:11,15
  12:19 13:10,18
  13:23 14:3,5
  14:20,22,25
  15:5,21 16:7

**Defendant's**
  14:9 15:16
**defendants** 11:1
**defense** 9:25
  10:9 12:4
  14:16,18 15:19
**defense's** 9:16
  10:5 11:12
**delayed** 11:15
  11:21
**Denver** 1:13 2:4
  2:14
**Department** 2:5
  2:8 7:5,7
**despite** 10:7
  14:21,23
**detail** 16:15
**details** 16:13,18
**detained** 9:6
  16:24 19:16
**detention** 3:22
  5:10 10:2 16:1
  17:5 18:17
**determination**
  16:23
**determining**
  15:25
**different** 8:19
  9:2 12:1,19,22
**difficult** 16:2
**disclose** 13:17
**disclosure** 11:15
**disclosures**
  11:21
**dispute** 5:8
**district** 1:1,1,13
  3:13 19:7,12
  19:16,23,25
**DOJ** 7:12
**DOJ's** 3:11
**Dominican** 10:5
**Douglas** 6:2
**duty** 18:25 19:4

――――――――
**E**
**E** 2:1,1 3:2,2
**easily** 10:12,13

**either** 5:2 8:25
**Elissa** 21:2
**enable** 18:2
**enforcement**
  9:23 14:8,11
**enforcement's**
  12:14
**engage** 8:3
**entertain** 9:2
**enticement**
  12:13
**entirely** 4:19
**entries** 3:7
**environment** 4:8
**especially** 11:16
**ESQ** 2:2,5,8,10
  2:12
**Essentially** 15:7
**evade** 10:25
**everybody** 20:3
**evidence** 7:24
  8:5 9:25 11:20
  12:5,23,24
  15:23
**example** 11:6
**exceedingly**
  11:16
**excuse** 12:3
  13:23
**exist** 6:11
**existed** 7:23
**explained** 5:9
**exploitation**
  3:11
**exposed** 14:1
**expressing**
  14:12
**extent** 13:17

――――――――
**F**
**facilitate** 15:7
**facing** 12:20
**fact** 6:11
**factor** 8:4 15:24
**fairly** 8:24
**family** 11:18
  13:9

**far** 10:4 12:3
  17:1
**February** 1:4,12
  19:23 21:8
**federal** 1:14
  12:20
**felt** 13:25
**file** 21:4
**filed** 7:1
**filing** 6:17 9:20
  10:1,6,23
  11:15
**filings** 10:15
**financial** 5:20
  10:7 12:9
**financially** 5:23
  14:24
**find** 15:19
**fine** 8:20 10:19
  18:22
**firm** 18:5
**first** 5:3 13:8
**fit** 19:3
**five** 6:19
**fled** 10:14
**flee** 13:2 17:11
  17:16
**flight** 8:7 9:8
  11:8 15:11
**Florida** 2:7 3:13
  4:15,23,25
  5:12,19 7:17
  10:11,12 11:5
  19:8
**Florida's** 19:16
**form** 18:22
**formal** 5:15
**forward** 11:22
  14:13
**four** 6:19
**Fourth** 2:6
**friend** 11:18
**front** 8:8
**further** 4:1 5:1
  14:14 19:18,20
  19:21
**future** 18:2

――――――――
**G**
**G** 3:2
**Geilenfeld** 1:9
  3:16 4:15 5:18
  6:3,4,5,23 7:2
  7:6,13,16 8:6
**Geilenfeld's** 7:4
**give** 4:1
**given** 4:6 13:25
**go** 5:3 11:1
  16:11 18:25,25
  19:4
**going** 4:3,16,21
  4:24 10:20
  16:25 17:4,5
  17:16,17,21
  18:20,23 19:22
  19:24,25
**good** 3:14,15,18
  3:19 8:6
**government**
  3:10 5:4 6:17
  6:21 7:23 8:9
  8:22 9:3,5
  10:12 12:24
  17:6 19:6,20
**government's**
  7:20
**GPS** 17:6,7,13
  18:1,5,16
**grandchildren**
  4:5,6
**grave** 15:10
**gravely** 14:8
**great** 10:7 14:12
  15:22
**greater** 13:2
**grounds** 10:2
**guess** 4:21 5:15
**guest** 15:1,1

――――――――
**H**
**Haiti** 10:5,16
  14:3,10
**half** 16:11
**halfway** 4:9,11
  4:11 5:14 8:13

8:22 10:2 15:5
17:5,25 18:16
18:21 19:15
20:1
**happen** 4:10
17:12
**happens** 7:17
20:2
**he'll** 5:23
**hear** 5:1,4 8:22
9:3
**heard** 6:14
**hearing** 3:22,23
4:14 9:18
**hearings** 4:25
**held** 1:13
**highlight** 9:14
**Hill** 6:2
**history** 7:2
**hold** 20:1
**home** 4:2,4,5
9:20,24 10:3
17:5 18:16
**homeowner** 4:6
**Honor** 3:10,15
5:5,15 6:1 7:15
7:21 8:8 9:4
10:22 11:12
14:14 19:9,21
**host** 6:10
**hour** 1:14
**house** 4:9,11,12
5:14 8:13,16
8:22 15:1,2,5
17:6,25 18:16
18:21 19:15
20:1

**I**

**idea** 17:17 19:24
**identify** 13:18
**importantly**
9:25
**impose** 16:9
17:4 18:9,13
**imposed** 15:16
**impoverished**

10:8
**inappropriate**
17:3
**incentive** 13:2
**inclined** 8:21
**including** 5:16
5:20 10:14
**independent** 9:6
**indicated** 9:21
10:22
**indicates** 12:2
**indicating** 15:20
**indication** 10:15
16:20
**indicted** 16:10
**indictment** 6:18
8:2
**individual** 6:4
7:11,18 9:11
13:11,11,19
16:24 17:10
**individuals** 5:21
6:5,22 12:9
14:4,17,19
15:11
**inform** 14:8
**information**
6:13,17 8:8
9:15,16
**informed** 8:17
**innate** 11:25
**innocent** 16:7
**investigation** 7:6
10:16 12:16
**island** 12:8 15:8
**issue** 5:10 9:12
10:9 15:25

**J**

**Jessica** 2:8 3:11
**job** 5:11
**Joining** 3:10
**judge** 1:15 3:19
19:1,4,12,16
19:25
**jurisdiction** 4:17
5:24 10:14

**justice** 2:5,8 7:6
7:7 10:15 17:9

**K**

**KARL** 1:9
**keep** 8:24
**kids** 16:17
**kind** 13:14,14
**knew** 7:8,8
**know** 4:10,16
6:19,21,23,24
8:23 16:19
17:13 18:6
**knowing** 14:23
**knowledge** 21:5
**known** 5:22,22
14:19
**knows** 6:8 12:22

**L**

**Lacee** 2:5 3:12
**lack** 8:7
**land** 10:25 11:5
**language** 14:10
**large** 5:21 15:9
**law** 2:10 4:21
9:23 12:13
14:8,11
**learned** 6:16
**leave** 11:7
**leaving** 10:16
18:24
**Leedy** 2:12 3:15
3:16,20 4:13
5:3,5,14 19:21
**left** 5:6,9
**legal** 9:7
**let's** 9:3
**letters** 5:25
14:19 15:20
**level** 18:1
**likelihood** 18:1
**listed** 18:14
**listened** 21:3
**live** 4:5
**living** 4:4,22 6:5
11:18

**long** 6:9
**longer** 13:21
**looked** 9:21
**looking** 8:12
**looks** 18:22
**loop** 14:15
**love** 16:17
**loved** 13:19,22

**M**

**magistrate** 1:15
19:1,4
**maintain** 12:11
13:22
**maintaining**
18:15
**maintains** 9:5
**making** 12:9
**Massachusetts**
2:11
**materialize**
12:17
**McGreevy** 2:13
**mean** 11:23 16:4
**means** 13:2
**mechanisms**
10:25
**Miami** 2:7
**MICHAEL** 1:9
**minor** 18:2
**minors** 18:18
**minuscule** 18:3
**modify** 9:2
**money** 14:4
**monitor** 17:19
17:25
**monitoring**
18:16
**Monk** 2:5 3:12
**month** 12:18
**months** 16:25
**mystery** 7:13

**N**

**N** 2:1 3:2
**nearly** 16:11
**need** 4:16,23

18:21
**needs** 5:24
**network** 6:11
7:15
**never** 17:8
**new** 2:11 10:24
**Northeast** 2:6
**note** 7:20
**noted** 10:9,15
**number** 4:3

**O**

**O** 3:2
**Oberkoetter**
2:10 3:16,19
7:10
**obscenity** 3:12
**obtained** 10:24
**obviously** 3:22
4:15,20
**occurred** 4:22
9:24 12:6 15:3
17:24
**occurring** 9:19
**offense** 18:3
**offer** 14:4
**Office** 2:2
**Okay** 3:21 19:22
**old** 6:20 7:3
**once** 9:1 12:17
13:11 19:14
**opportunity**
8:13,18
**options** 8:18
**order** 10:25 19:1
19:7,14,17,23
**orphanage**
14:25 15:1
**outside** 10:13
**overcome** 15:19
15:24

**P**

**P** 2:1,1 3:2
**p.m** 1:15
**part** 4:22 5:11
15:9

**particular** 9:11 9:23
**passport** 10:18 10:21,24,24 11:3 17:17,18
**pattern** 11:25
**payments** 12:9 12:13
**pedophile** 11:24
**penalty** 12:21
**pending** 19:7,12
**people** 14:3
**period** 15:2
**persons** 12:4
**pieces** 9:15
**placement** 8:13
**Plaintiff** 1:7 2:2
**pleading** 5:8 6:22,23 7:21 17:7
**please** 3:6,8
**point** 4:18 5:10 7:25 14:15,17 16:16 17:13,14
**pointed** 14:22
**poses** 17:10
**position** 11:17 17:24
**possibility** 8:12
**possible** 17:7
**posture** 12:19
**preface** 5:1
**presence** 15:16 16:9 18:13
**present** 7:16 8:4 11:9,9,13 12:7
**presumably** 17:13,15
**presumed** 16:7
**presumption** 5:3 8:9 15:18,18 15:24
**pretrial** 4:1 18:15,19
**prevent** 11:4
**previously** 9:14 10:23

**print** 10:19
**prior** 7:2 10:7
**prison** 12:21
**probably** 9:17
**probation** 8:15 8:16 17:14
**proceeding** 13:12,21
**proceedings** 1:4 1:12 3:4 10:11 11:7 13:25 20:6
**Professional** 21:2,12
**proposed** 4:2
**provided** 6:1
**providing** 8:11
**proximity** 4:4
**pursuant** 1:14
**put** 8:15

— **Q** —
**question** 4:16 15:14 16:6
**questions** 14:15

— **R** —
**R** 2:1,12 3:2
**raised** 9:18
**reach** 7:9 14:11
**reason** 5:19
**reasons** 9:6 11:22 13:1
**rebutted** 8:9
**recant** 12:12 13:20
**received** 12:10
**recess** 20:3
**recognize** 18:4
**records** 9:21
**reference** 6:1 16:15
**references** 16:12 16:14,21
**regard** 5:7,14,25 7:4,15 8:4
**Registered** 21:2

21:12
**rehash** 9:13
**reinforces** 10:1
**related** 6:9
**release** 4:2,24 5:15 8:6,21,22 8:25 10:2 19:7
**released** 8:25 18:20,23 19:15
**releasing** 4:7
**relevant** 9:7
**relied** 14:16
**relying** 10:1 14:18
**remain** 13:4 14:8
**remainder** 10:11
**remains** 11:9 12:2,7 15:10 15:24
**report** 9:22 18:15
**reported** 6:22 12:15 13:11
**Reporter** 21:2 21:12
**REPORTER'S** 21:1
**reports** 6:19,24 7:1 11:13 12:10 14:2
**representations** 10:6 17:22
**representing** 6:9
**Republic** 10:5
**request** 5:15 19:10
**requested** 20:5 21:4
**require** 17:5
**research** 4:21
**reside** 15:9
**residence** 8:14 8:19 11:19 18:16
**resource** 6:3

**resources** 7:17 10:7
**respectfully** 19:9
**respond** 9:15
**restriction** 6:6
**results** 8:16
**retract** 16:17
**Reverend** 6:1
**Ridley** 2:13
**Riewerts** 2:2 3:9 3:9
**right** 11:22 14:15 15:13
**rise** 3:5 20:4
**risk** 7:22,23,24 8:7 9:8 11:8 12:2,3 13:25 15:12 17:8,11
**robbery** 12:12
**Robert** 2:10 3:16
**Room** 2:6
**Rules** 1:14
**ruling** 19:12,24

— **S** —
**S** 2:1 3:2
**safety** 14:12 15:16 16:9 18:13
**saying** 14:5 16:17
**Scott** 1:15
**seated** 3:6
**section** 3:12
**see** 18:21 20:1
**seen** 16:18
**serious** 12:20,21
**services** 4:1 18:15,19
**session** 3:5
**severity** 14:21
**sexual** 11:15
**shown** 11:20
**side** 3:24 5:2
**sign** 14:5 18:23

19:1,2,22
**signature** 19:5
**silence** 12:12
**six** 15:22
**slightly** 12:19
**somebody** 16:16 17:15
**soon** 8:24 9:1
**South** 5:12 7:17
**Southern** 3:12
**space** 5:16
**specific** 13:5,6 14:10
**specifics** 16:22
**spurred** 6:18
**standards** 9:8
**start** 5:6 12:17
**state** 18:24
**states** 1:1,6,13 9:20,24 11:6 11:14 12:1 17:6
**statute** 8:10
**stay** 19:7,10
**stayed** 15:1 19:12
**staying** 15:6
**Steen** 21:2
**street** 2:3,6,11 2:13 14:4
**strict** 17:5
**struggled** 16:3
**subject** 10:16 11:1 12:16,23
**submit** 13:20
**submits** 10:13
**submitted** 3:24 9:14 11:14 14:18 15:20
**sufficient** 9:7 11:3 15:4
**suggest** 8:14
**Suite** 2:3,14
**supervised** 18:18
**supplement** 8:19
**supplemental**

3:24 11:14
**support** 5:20,21
  5:23 6:2,6,11
  7:15 14:20
  15:20
**supported** 7:19
  14:24
**supposedly** 13:7
**sure** 4:24
**sustained** 19:14
**system** 17:9

**T**

**T** 1:15
**tabs** 11:1
**taken** 6:25
**team** 9:23 14:8
  14:11
**tell** 6:16
**terms** 9:9 10:15
  11:13 14:16
**Thank** 3:13 5:5
  9:4 15:13
**Thanks** 20:3
**then-adult** 13:24
**theory** 7:21
**thing** 4:13 19:2
**think** 4:3,17 5:5
  5:9,11 8:20,21
  13:16 17:19,20
  17:24 18:17
**threat** 11:23
  13:15,19,24
  15:10 16:18,21
**threatened** 13:9
  13:10
**threats** 12:17
  13:5,6,7 16:14
**three** 9:6 10:1
**ties** 15:21
**time** 6:9,15
  11:24 15:2
**today** 3:20 4:10
  6:2,12 7:11
  8:15 10:6,8
  12:24 16:6
  18:21,23,23

19:18
**tomorrow** 18:24
  18:25
**ton** 4:20
**touch** 7:7
**traditional**
  10:25
**transcribed** 21:3
**transcript** 3:3
  20:5 21:4
**transcription**
  1:4 21:5
**travel** 5:24
  10:12,13,20
  17:18
**traveled** 14:25
**traveling** 10:10
**trial** 3:10
**tried** 12:11
**troubled** 18:10
**troubling** 16:4,4
**true** 16:3,5 21:5
**trust** 11:17
  17:24 18:2
**try** 14:4
**trying** 11:4,6
  13:16
**turn** 17:16
**turned** 10:23
  11:3
**two** 4:4

**U**

**U.S** 2:2
**ultimately** 18:11
**understanding**
  12:14 16:7
  17:21 19:4
**undisputed** 12:8
**Union** 2:11
**United** 1:1,6,13
  9:20,24 11:6
  11:14
**universe** 12:25
**unknown** 16:16
  16:21
**unsupervised**

18:18
**Urban** 2:8 3:11
  9:4 10:19,22
  13:8,16 19:9
  19:20
**urge** 6:14

**V**

**v** 1:8
**vagaries** 16:25
**vague** 16:12,14
  16:21
**Varholak** 1:15
**venue** 4:17,19
  4:23 5:7,10
**victim** 11:17
  13:9,24
**victims** 9:11
  11:10 12:10,14
  13:3 14:7 15:9
**virtually** 3:10
  17:23
**visit** 8:16
**visited** 4:2
**vocally** 14:24
**VTC** 3:17

**W**

**want** 6:13 8:24
  8:25 9:13
  13:17,24
**warrant** 11:2
**wasn't** 6:15
**We'll** 20:3
**we're** 3:21 19:24
  19:25
**we've** 6:16 9:13
  12:10
**week** 14:19 19:2
**whereabouts** 7:4
**wider** 12:25
**Winocur** 2:13
**wish** 9:1
**wishes** 5:2
**witnesses** 9:12
  11:10 12:11,15
  13:3 15:9

**work** 4:3 5:22

**X**

**Y**

**yeah** 5:13 16:18
  17:8
**years** 5:22 6:19
  6:20 7:3 12:1,6
  12:21 15:22
  17:1 18:5,6
**yesterday** 9:21
  10:1

**Z**

**0**

**02741** 2:11

**1**

**1** 1:4,12
**1:15** 1:15
**12** 21:8
**14** 6:20
**15** 17:1 18:5,6
**1600** 2:3
**16th** 2:13
**17** 6:20
**1801** 2:3

**2**

**20** 5:22 6:22
**200** 2:14
**2006** 7:24
**2010** 8:1
**2012** 7:5,12
  12:25
**2015** 12:25
**2024** 1:4,12 21:8
**24-MJ-00012-...**
  1:2
**24-MJ-12** 3:7

**3**

**3** 5:11
**30** 12:21
**303** 2:13
**33132** 2:7

**4**

**426** 2:11

**5**

**502** 2:6

**6**

**7**

**72** 7:2

**8**

**80202** 2:4,14
**8th** 19:23

**9**

**99** 2:6