AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cr-20008 |
| Michael Karl Geilenfeld | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 02/28/2024

/s/
*Attorney's signature*

Eduardo Palomo, Texas Bar. No. 24074847
*Printed name and bar number*

1301 New York Ave. NW
Washington, D.C. 20005
*Address*

eduardo.palomo2@usdoj.gov
*E-mail address*

(202) 305-9635
*Telephone number*

(202) 514-1793
*FAX number*