UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-WILLIAMS

UNITED STATES OF AMERICA,

vs.

MICHAEL KARL GEILENFELD,

      **Defendant.**

_____/

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Mitchell Evan Hyman, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

          Respectfully submitted,

          **MARKENZY LAPOINTE**
          **UNITED STATES ATTORNEY**

By:    *s/ Mitchell E. Hyman*
        Mitchell Evan Hyman
        Assistant United States Attorney
        Florida Bar No. 125405
        U.S. Attorney's Office
        99 N.E. 4th Street, 7th Floor
        Miami, FL 33132-2111
        Telephone: (305) 961-9283
        E-mail: Mitchell.Hyman@usdoj.gov