# MINUTE ORDER

Page 1

## Magistrate Judge Lisette Marie Reid

**Atkins Building Courthouse - 3rd Floor**  Date: 3/29/24  Time: 2:00 p.m.

Defendant: Michael Karl Geilenfeld  J#: 95534-510  Case #: 24-20008-CR-WILLIAMS/GOODMAN

AUSA: Lacee Monk  Attorney: Julie Holt - AFPO

Violation: TRAVELING IN FOREIGN COMMERCE WITH THE PURPOSE OF ENGAGING IN ILLICIT SEXUAL CONDUCT  Surr/Arrest Date: 3/28/24  YOB: 1952

Proceeding: Initial Appearance  CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond:

Bond Set at:  Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs  Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services

Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
- Deft. advised of rights and charges;
- Deft. sworn; AFPO is appted.
- Deft. PTD hearing was held in the District of Colorado where the Court denied the Gov't's request for PTD and granted the Deft. a bond. The Bond is stayed pending an appeal and ruling from Judge Williams.

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Defendant Arraigned
Brady Order Given

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:11:25, 14:15:53  Time in Court: 9 Minutes

s/Lisette Marie Reid  Magistrate Judge