UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL KARL GEILENFELD,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Supervisory Assistant Federal Public Defender R. D'Arsey Houlihan. Please direct any future inquiries, pleadings or correspondence to Mr. Houlihan.

    Respectfully Submitted,

    HECTOR A. DOPICO
    INTERIM FEDERAL PUBLIC DEFENDER

    BY:   *s/R. D'Arsey Houlihan*
        R. D'Arsey Houlihan
        Supervisory Assistant Federal Public Defender
        Florida Bar No. 100536
        150 W. Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        (305) 530-7000
        (305) 536-4559, Fax
        E-Mail: d'arsey_houlihan@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **April 2, 2024**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/R. D'Arsey Houlihan*
R. D'Arsey Houlihan