UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> ALSTON ORLANDO LEROY WILLIAMS, <br> Defendant. | 18-CR-80053-ROSENBERG |

**STIPULATED PROTECTIVE ORDER**

Pursuant to Federal Rule of Criminal Procedure 16(d) and 18 U.S.C. § 3509, the United States of America ("the government"), Defendant Alston Williams, and defense counsel, hereby stipulate to the following, and the Court therefore orders:

1. This Protective Order governs the discovery material, including the written material and any information contained therein, items provided in the response to the standing discovery order (DE 15) including bate stamp numbered pages 00001 – 01707, as well as copies of any material extracted from digital devices, produced by the government in discovery as "PROTECTED DISCOVERY MATERIAL."

2. The United States will make available copies of PROTECTED DISCOVERY MATERIAL to defense counsel to comply with the government's discovery obligations. Possession of copies of PROTECTED DISCOVERY MATERIAL is limited to the attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team).

3. The attorneys of record and members of the defense team may display and review PROTECTED DISCOVERY MATERIALS with the Defendant and any potential trial or motion witnesses solely for the purpose of preparing the defense in this case.. ==The attorneys of record and members of the defense team acknowledge that providing copies of PROTECTED DISCOVERY==

Page 1 of 3

EXHIBIT A

==MATERIAL to the Defendant and other persons is prohibited, and agree not to duplicate or provide copies of PROTECTED DISCOVERY MATERIAL== to the Defendant and other persons.

4. Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and/or Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

5. Any PROTECTED DISCOVERY MATERIAL that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

6. The provisions of this Order shall not terminate at the conclusion of this prosecution.

7. Any violation of any term or condition of this Order by the Defendant, the Defendant's attorney(s) of record, any member of the defense team, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

8. Any PROTECTED DISCOVERY MATERIAL provided pursuant to this Order shall be returned to the United States Attorney's Office, including all copies, within ten days of the completion of the case before the Court or, if an appeal is taken, within ten days of the completion of the case in the United States Court of Appeals for the Ninth Circuit or Supreme Court of the United States.

EXHIBIT A

If the Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the Defendant's violation.

SO STIPULATED:

BENJAMIN G. GREENBERG
United States Attorney

By: _____  Date: 7/18/18
GREGORY SCHILLER
Assistant United States Attorney

_____  Date: 7/10/18
FLETCHER PEACOCK
Counsel for Defendant

_____  Date: 7-6-18
ALSTON ORLANDO LEROY WILLIAMS
Defendant

IT IS SO ORDERED.

_____  Date: 7/19/18
ROBIN ROSENBERG
United States District Judge

Page 3 of 3

EXHIBIT A