UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20836-CR-UNGARO

UNITED STATES OF AMERICA

vs.

WILLIAM JAMES PRICE,

    Defendant.
_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY

  The United States of America, having applied to this Court for a protective order regulating disclosure of certain discovery materials, specifically, medical and psychological records relating to the victim in this case, and the sensitive information contained therein (the "Protected Records") to defense counsel in connection with the government's discovery obligations, and the Court finding good cause:

  **IT IS HEREBY ORDERED** that the Government's Unopposed Motion for a Protective is **GRANTED**;

  **IT IS FURTHER ORDERED** that the government is authorized to disclose the Protected Records in its possession, which the government believes is necessary to comply with the discovery obligations imposed by this Court;

  **IT IS FURTHER ORDERED** that the following restrictions shall govern the disclosure of the Protected Records in this case:

    a. Counsel for the government and for the defendant shall not provide the Protected Records to any person except as specified in the Court's order or by prior approval of the Court.

<span style="color:red">Exhibit B</span>

b. The defendant shall possess the Protected Records only in the presence of the defendant's counsel or an employee of defense counsel, and only as necessary for counsel to prepare the case.

c. Employees of the government or defense counsel may possess the Protected Records, but only as necessary to prepare the case.

d. Third parties contracted by the government or the defense to provide expert analysis or testimony may possess the Protected Records, but only as necessary to prepare the case.

e. Counsel for the defendant shall ensure that the defendant and any third party that obtains access to the Protected Records are provided a copy of the Court's order. No third party that obtains access to or possession of the Protected Records shall retain such access or possession unless authorized by the Court's order. Any third party that obtains access to or possession of the Protected Records shall promptly destroy or return the materials once the third party no longer requires access to or possession of the Protected Records to assist in the preparation of the case.

f. Upon entry of final order of the Court in this matter and conclusion of any direct appeals, counsel for the government and the defendant shall destroy or cause to be destroyed all copies of the Protected Records, except that they may maintain copies in their closed case files following their ordinary procedures.

g. Counsel for the government and for the defendant shall promptly report any known violations of the Court's order to the Court.

2

Exhibit B

**DONE AND ORDERED** in chambers at Miami, Florida, this 18 day of July, 2014.

HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of record