UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20505-CR-GAYLES

UNITED STATES OF AMERICA

v.

KEVIN ABARCA,

    Defendant.
_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF VICTIM AND WITNESS INFORMATION AND PERSONALLY IDENTIFIABLE INFORMATION

**THIS CAUSE** came before the Court upon the government's motion for protective order [ECF No. 13]. Having considered the government's motion, and being otherwise fully advised in this premises, it is hereby **ORDERED** and **ADJUDGED** that the government's motion is **GRANTED**. The Court finds that there is a significant possibility that disclosures of information concerning the victims and witnesses in this case without the below protective measures would be detrimental to the victims and witnesses. Therefore, pursuant to 18 U.S.C. § 3771(a)(8), and Fed. R. Crim. P. 16(d), it is further ordered that:

1. The government is authorized to disclose the discovery in its possession, which the government believes is necessary to comply with the discovery obligations imposed by this Court.

2. Counsel for the government and for the defendant, employees of the government and of defense counsel, and expert witnesses retained by the parties may possess material responsive to the Standing Discovery Order. However, they shall not provide this material to any person except as specified in the Court's order, or by prior approval of the Court.

<span style="color:red">Exhibit E</span>

3. Furthermore, counsel for the defendant shall ensure that the defendant and any expert witnesses that obtain access to material responsive to the Standing Discovery Order are provided with a copy of the Court's order. Any expert witness that obtains access to or possession of the material responsive to the Standing Discovery Order shall promptly destroy or return these materials once the expert no longer requires access to or possession of these materials to assist in the preparation of the case.

4. Counsel for the defendant agrees to maintain the material responsive to the Standing Discovery Order in the strictest confidence and to disclose it only to the defendant, defense employees, and expert witnesses only as necessary to prepare the case. In making such disclosures, counsel for the defendant agrees that they shall advise any person to whom this material is disclosed that such information shall be held in strict confidence and shall not be further disseminated.

5. While defense counsel may show copies of material responsive to the Standing Discovery Order to the defendant, such materials cannot be maintained in the defendant's possession, and instead, such documents may only be reviewed in the presence of counsel or authorized representatives of the defense team.

6. Upon entry of final order of the Court in this matter and conclusion of any direct appeals, counsel for the government and the defendant shall destroy or cause to be destroyed all copies of material responsive to the Standing Discovery Order, except that they may maintain copies in their closed case files following their ordinary procedures.

7. Counsel for the defendant and the government shall refer to any victims or potential

Exhibit E

witnesses only by their designation (i.e., VICTIM 1, COOPERATING WITNESS 1, etc.) in any public filing prior to trial, at trial, and during any pre-trial and post-trial court proceedings. To the extent any new or potential victims are identified, the Government and the Defendant will work together to come up with designations for these victims should they need to be named in any public filing or proceeding. Should either party need to file something with the Court that would have the effect of identifying any of the witnesses, or that discusses sensitive matters that would impact the victims' dignity or privacy, such filings shall be submitted to the Court under seal; and

8. Counsel for the government and for the defendant shall promptly report any known violations of the Court's order to the Court.

**DONE** and **ORDERED** in chambers this ___ day of January 2023, in Miami, Florida.

_____
HONORABLE DARRIN GAYLES
UNITED STATES DISTRICT JUDGE

*Copies to counsel of record*

Exhibit E