AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cr-20008 |
| Michael Karl Geilenfeld | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 04/26/2024

/s/ Jessica L. Urban
*Attorney's signature*

Jessica L. Urban, DC No. 1008742
*Printed name and bar number*
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue NW
Washington, DC 20005
*Address*

jessica.urban@usdoj.gov
*E-mail address*

(202) 353-4146
*Telephone number*

(202) 514-1793
*FAX number*