UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ(s)

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

    Defendant.
_____/

**UNITED STATES' ESTIMATE OF TRIAL LENGTH**

Pursuant to this Court's Order of November 13, 2024 (ECF No. 49), the United States hereby provides notice that its best estimate of the length (in trial days) of its case-in-chief is 12 trial days.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:   */s/ Lacee Elizabeth Monk*
    Lacee Elizabeth Monk
    Assistant United States Attorney
    Florida Bar No.100322
    99 NE 4th Street
    Miami, Florida 33132-2111
    Phone: (305) 961-9427
    Email: Lacee.Monk@usdoj.gov

    */s/ Jessica L. Urban*
    Jessica L. Urban
    Florida Special Bar ID No. A5503222
    Trial Attorney
    Child Exploitation and Obscenity Section
    Criminal Division
    U.S. Department of Justice
    1301 New York Avenue NW

Washington, DC 20005
Phone: (202) 353-4146
Jessica.Urban@usdoj.gov

*/s/ Eduardo Palomo*
Eduardo Palomo
Florida Special Bar ID No. A5503186
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Eduardo.Palomo2@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 26, 2024, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

                                               */s/ Jessica L. Urban*
                                               Jessica L. Urban
                                               Trial Attorney