UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL KARL GEILENFELD**,

    Defendant.

_____/

### ORDER FOLLOWING *DAUBERT* HEARING

THIS CAUSE came before the Court on Government's Notice of Intent to Introduce Expert Testimony [ECF No. 36], and Defendant's Motion to Exclude Expert Testimony [ECF No. 40]. Being fully advised, having reviewed the submission of the parties and heard the arguments of counsel, and for the reasons stated on the record at the December 5, 2024, *Daubert*/Rule 702 Hearing, it is

**ORDERED AND ADJUDGED** that Dr. Sharon Cooper will be permitted to testify as an expert witness on the subjects proffered and approved at the hearing.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida on December 6, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record