UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>24-20008-CR-LEIBOWITZ</u>

UNITED STATES OF AMERICA

vs.

MICHAEL GEILENFELD,

**Defendant.**
_____/

### UNITED STATES OF AMERICA'S SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER AND RENEWED DEMAND FOR RECIPROCAL DISCOVERY AND NOTICE OF ANY ALIBI DEFENSE

The United States of America hereby files this Supplemental Response to the Standing Discovery Order and Renewed Demand for Reciprocal Discovery and Notice of Alibi Defense. Since its initial Response to the Standing Discovery Order on April 12, 2024 (ECF No. 22), the United States has produced the following additional discovery:

| Date | Bates # |
|---|---|
| May 21, 2024 | 6815-16779 |
| July 2, 2024 | 16780-19297 |
| Sept. 18, 2024 | 19298-19425 |
| Oct. 14, 2024 | 19426-19434 |
| Nov. 5, 2024 | n/a (jail calls and emails produced directly by filter team to the defense) |
| Nov. 8, 2024 | 19435-19452 |

1

The United States is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, *Brady*, *Giglio*, and *Napue*, as well as its obligation to assure a fair trial.

## RENEWED DEMAND FOR RECIPROCAL DISCOVERY AND NOTICE OF ALIBI DEFENSE

On April 12, 2024, the United States made a demand for reciprocal discovery and notice of an alibi defense. ECF No. 22; *see also* Fed. R. Crim. P. 16(b)(1)(A) and 12.1; S.D. Fla. L.R. 88.10(b). The United States reiterated its demand when making its supplemental discovery productions in May, July, September, October, and November 2024. To date, the United States has not received a response to its requests. Accordingly, the United States renews its demand for reciprocal discovery and notice of any alibi defense, and requests that the Defendant be precluded from using any such discovery and from making any such defense should he not promptly (i.e., by December 17, 2024) comply with the demand.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ *Lacee Elizabeth Monk*
Lacee Elizabeth Monk
Assistant United States Attorney
Florida Bar No. 100322
99 Northeast 4th Street, 5th Floor
Miami, Florida 33132
T. (305) 961-9427
Lacee.Monk@usdoj.gov


/s/ *Jessica L. Urban*
Jessica L. Urban
Florida Special Bar ID No. A5503222
Trial Attorney
Child Exploitation and Obscenity Section

Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 353-4146
Jessica.Urban@usdoj.gov

*/s/ Eduardo Palomo*
Eduardo Palomo
Florida Special Bar ID No. A5503186
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Eduardo.Palomo2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

*/s/ Jessica L. Urban*
Jessica L. Urban
Trial Attorney