UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ(s)(s)

18 U.S.C. § 2423(b)
18 U.S.C. § 2423(c)
18 U.S.C. § 2428

FILED BY ____mp____ D.C.

Dec 12, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

Defendant.
_____/

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Traveling in Foreign Commerce with the Purpose of Engaging in Illicit Sexual Conduct
### 18 U.S.C. § 2423(b)

From in or around May 2005, through in or around December 2010, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 2
### Engaging in Illicit Sexual Conduct in a Foreign Place
### 18 U.S.C. § 2423(c)

From in or around 2007, through in or around 2010, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 1, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 3
### Engaging in Illicit Sexual Conduct in a Foreign Place
### 18 U.S.C. § 2423(c)

In or around 2009, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 2, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 4
### Engaging in Illicit Sexual Conduct in a Foreign Place
### 18 U.S.C. § 2423(c)

From in or around 2008, through in or around 2009, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 3, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 5
### Engaging in Illicit Sexual Conduct in a Foreign Place
### 18 U.S.C. § 2423(c)

From in or around 2008, through in or around 2010, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 4, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 6
### Engaging in Illicit Sexual Conduct in a Foreign Place
### 18 U.S.C. § 2423(c)

From in or around 2005, through in or around 2010, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 5, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 7
### Engaging in Illicit Sexual Conduct in a Foreign Place
### 18 U.S.C. § 2423(c)

From in or around May 2005, through on or about April 17, 2006, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 6, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 8
### Engaging in Illicit Sexual Conduct in a Foreign Place
### 18 U.S.C. § 2423(c)

From in or around 2007, through in or around 2009, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 7, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## FORFEITURE ALLEGATIONS

1. The allegations of this Second Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the Defendant, **MICHAEL KARL GEILENFELD**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2423, as alleged in this Second Superseding Indictment, the defendant shall forfeit to the United States: (a) any property, real or personal, that was used or intended to be used to commit, or to facilitate the commission of, such violation and (b) any property, real or personal, constituting or derived from any proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 2428.

All pursuant to Title 18, United States Code, Section 2428, and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
LACEE ELIZABETH MONK
ASSISTANT UNITED STATES ATTORNEY

_____
JESSICA URBAN
TRIAL ATTORNEY
CHILD EXPLOITATION AND OBSCENITY SECTION

_____
EDUARDO PALOMO
TRIAL ATTORNEY
CHILD EXPLOITATION AND OBSCENITY SECTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-20008-CR-LEIBOWITZ(s)(s)

v.

Michael Karl Geilenfeld,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) __No__
Number of New Defendants _____
Total number of new counts __3__

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) __No__
   List language and/or dialect: _____
4. This case will take __15__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☐ 0 to 5 days
   II   ☐ 6 to 10 days
   III  ☒ 11 to 20 days
   IV   ☐ 21 to 60 days
   V    ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) __Yes__
   If yes, Judge _David S. Leibowitz_ Case No. _24-20008_
7. Has a complaint been filed in this matter? (Yes or No) __No__
   If yes, _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _January 20, 2004_
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) __No__
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) __No__
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__

By: _/s/ Lacee Elizabeth Monk_
Lacee Elizabeth Monk
Assistant United States Attorney
FL Bar No.        100322

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **Michael Karl Geilenfeld**

Case No: **24-20008-CR-LEIBOWITZ(s)(s)**

Count #: 1

Traveling in Foreign Commerce with the Purpose of Engaging in Illicit Sexual Conduct

Title 18, United States Code, Section 2423(b)
* **Max. Term of Imprisonment:** Thirty (30) years
* **Mandatory Min. Term of Imprisonment:** None
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** Five (5) years
* **Max. Fine:** $250,000

Counts #: 2-8

Engaging in Illicit Sexual Conduct in a Foreign Place

Title 18, United States Code, Section 2423(c)
* **Max. Term of Imprisonment:** Thirty (30) years
* **Mandatory Min. Term of Imprisonment:** None
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** Five (5) years
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**