UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ(s)

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

    Defendant.
_____/

## UNITED STATES' REQUEST FOR *DAUBERT* HEARING

This Court having set a *Daubert* hearing to determine the scope and admissibility of Dr. Cécile Accilien's testimony on January 7, 2025, the government respectfully requests, for the reasons below, that the Court instead hold such a hearing at a convenient time just before, or once, trial has commenced, outside the presence of the jury.

On August 30, 2024, the government provided notice of its intent to offer the expert testimony of Dr. Accilien and Dr. Sharon Cooper. ECF No. 36. The Court heard argument on this expert notice on November 12, 2024. ECF No. 48 (Minute Entry). On November 14, 2024, the Court issued an order scheduling a *Daubert* hearing for both proposed experts on December 5, 2024. ECF No. 49.

Government counsel promptly informed the witnesses of the hearing date. Dr. Cooper responded that she was available to testify at the *Daubert* hearing on December 5, 2024, but Dr. Accilien had a preexisting commitment. Dr. Accilien, who is a full-time college professor at the University of Maryland, advised undersigned counsel that December 5 was the last day of her semester and that she was scheduled to be evaluating student presentations that day. The Government advised the Court of this conflict and asked if a hearing for her could instead be

held between December 6 and 17, 2024; the Court indicated that it would make a decision on a future hearing date at the end of the December 5, 2024, hearing for Dr. Cooper.

On December 5, 2024, the Court stated that it would hold the hearing for Dr. Accilien on January 7, a date which the government erroneously believed Dr. Accilien could be available. However, Dr. Accilien is in fact scheduled to be in Morocco for her official duties between January 5 and January 19, 2025. Dr. Accilien informed the government she is available during the scheduled February trial dates for such a hearing (in addition to trial testimony).

As set forth in its Notice of Intent to Introduce Expert Testimony, ECF No. 36, and Response to Defendant's Omnibus Motion in Limine, ECF No. 42 at 5, the government maintains that Dr. Accilien's proffered testimony is based on specialized knowledge, reliable, and will help the trier of fact to understand the evidence or to determine a fact in issue. The government recognizes the questions the Court has about some areas of her proposed testimony, and the government believes that it will be in a better position to assess whether it still needs such testimony closer to and even during trial, when it is more certain which fact witnesses are testifying and about what. The government accordingly requests that the Court reschedule the *Daubert* hearing and proposes that it occur just before or during trial, to be most efficient.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  */s/ Lacee Elizabeth Monk*
Lacee Elizabeth Monk
Assistant United States Attorney
Florida Bar No.100322
99 NE 4th Street
Miami, Florida 33132-2111
Phone: (305) 961-9427
Email: Lacee.Monk@usdoj.gov

2

*/s/ Jessica L. Urban*
Jessica L. Urban
Florida Special Bar ID No. A5503222
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 353-4146
Jessica.Urban@usdoj.gov

*/s/ Eduardo Palomo*
Eduardo Palomo
Florida Special Bar ID No. A5503186
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Eduardo.Palomo2@usdoj.gov

**LOCAL RULE 88.1 CERTIFICATE OF CONFERRAL**

I hereby certify that on December 23, 2024, pursuant to Local Rule 88.1 and the provisions of this Court's Scheduling Order (ECF No. 30), I conferred with opposing counsel, D'Arsey Houlihan, via email in a good-faith effort to resolve by agreement the subject matter of the motion, who did not consent to the relief requested in this motion.

*/s/ Eduardo Palomo*
Eduardo Palomo
Trial Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2024, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

*/s/ Eduardo Palomo*
Eduardo Palomo
Trial Attorney