# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

     Plaintiff,

v.

**MICHAEL GEILENFELD**,

     Defendant.

_____/

### <u>ORDER GRANTING MOTION FOR DAUBERT HEARING</u>

THIS CAUSE came before the Court on United States' Motion foe Daubert Hearing [ECF No. 63].  Being fully advised, having reviewed the submission of the parties, for the reason stated in the motion, it is **ORDERED AND ADJUDGED** that the Motion is GRANTED. A Daubert Hearing is set for Tuesday, January 21, 2025, at 2:00 p.m.  The Government shall inform the Court and counsel for the Defendant no later than January 14, 2025, if Dr. Accilien will be produced for testimony.

**DONE AND ORDERED** in the Southern District of Florida on January 2, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record