# COURT MINUTES

Page 4

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor        Date: 1/3/25        Time: 10:00 a.m.

Defendant: Michael Karl Geilenfeld       J#: 95534-510   Case #: 24-20008-CR-LEIBOWITZ(s)(s)
AUSA: Kseniya Smychkouskaya       Attorney: AFPD – Abigail Becker
Violation: Traveling in Foreign Commerce with the Purpose of Engaging in Illicit Sexual Contact
Proceeding: Arraignment on 2nd Superseding Indictment    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:
Bond Set at: Pretrial Detention                    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

**Disposition:**
Reading of indictment Waived
~~Not Guilty plea entered~~
Jury trial demanded
~~Standing~~ Discovery Order requested.
Defendant Arraigned on 2nd Superseding Indictment

Brady Order Given

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:16:41, 10:26:17            Time in Court: 3 Minutes