UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL KARL GEILENFELD**,

    Defendant.

_____/

## ORDER ON DEFENDANT'S MOTION TO EXCLUDE

THIS CAUSE came before the Court on Defendant's Motion to Exclude [ECF No. 52]. Being fully advised, having reviewed the submission of the parties, for the reason stated on the record at the hearing held on December 5, 2024, it is **ORDERED AND ADJUDGED** that the Motion has been RESOLVED. To the extent the Court made additional or more detailed rulings on the record at the December 5 hearing (or subsequent hearings) that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida on January 8, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record