UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

vs.

**MICHAEL KARL GEILENFELD,**

 **Defendant.**
_____/

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

 MICHAEL GEILENFELD, by and through undersigned counsel and hereby requests that the following questions be asked of the prospective jurors by the court during its voir dire:

1. This is a case involving alleged sexual abuse of children and it is anticipated that you will hear testimony of that alleged abuse. Can you be fair and impartial to both the Government and the Defendant if such evidence is presented to you?

2. Do you agree that people have many different motivations and reasons to lie and may even lie under oath at trial?

3. Have you, or anyone close to you, ever been involved in a case or situation involving allegations of sexual abuse?

4. Do you believe that individuals accused of sexual abuse are more likely to be guilty simply because of the nature of the charge?

5. Would you find it difficult to question or scrutinize the testimony of an alleged victim of abuse?

6. Have you ever worked in a field such as law enforcement, social work, or education, or some other work that involved dealing with cases of sexual abuse?

7. Have you had any experiences or formed opinions about organizations or individuals who operate in foreign countries, such as Haiti, to assist children?

8. Have you or someone close to you ever been the victim of sexual abuse or accused of sexual abuse. If so, do you feel that experience would affect your ability to be impartial in this case?

9. Have you ever formed opinions about individuals who work closely with children, such as teachers, coaches, or directors of group homes?

10. Do you believe that certain types of people or professions are more likely to commit abuse?

11. Do you believe that individuals in positions of trust are more likely to be guilty of abuse if accused?

12. The alleged victims in this case are all Haitian. Knowing that the alleged victims are Haitian, given your personal situation, whether it is your family background, your personal experiences, or some other reason, will you be able to be fair and impartial to both the Government and Defense?

Respectfully submitted,

HECTOR DOPICO
INTERIM FEDERAL PUBLIC DEFENDER

By: /s/ ***Jean-Pierre Gilbert***
Jean-Pierre Gilbert
Assistant Federal Public Defender
Florida Special A No.: A5502879
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4188
E-mail: Jean-Pierre_Gilbert@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jean-Pierre Gilbert*