UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **24-20008-CR-LEIBOWITZ(s)(s)**

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

     Defendant.

_____/

## GOVERNMENT'S WITNESS LIST

    The United States hereby submits its anticipated witness list[1] for trial commencing on

February 3, 2025:

1. Cécile Accilien
2. Cindy Barrois
3. Sharon Cooper
4. Yelena Reinstein-Owens
5. Michael Valle
6. Minor Victim 1
7. Minor Victim 2
8. Minor Victim 3
9. Minor Victim 4
10. Minor Victim 5
11. Minor Victim 6
12. Minor Victim 7
13. Victim H
14. Victim J
15. Victim K
16. Victim L
17. Victim M
18. Victim N
19. Witness 2
20. Witness 4

---

[1] The United States is providing an unredacted version of this witness list to the Court and to defense counsel via email. The United States has not included the real names of certain witnesses in this publicly filed document in order to protect, for as long and as much as feasible, their rights to privacy and dignity. *See, e.g.*, 18 U.S.C. § 3509(d); 18 U.S.C. § 3771(8).

21. Witness 5 █████████████
22. Witness 6 █████████████
23. Keith Wilson

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ *Lacee Elizabeth Monk*
Lacee Elizabeth Monk
Assistant United States Attorney
Florida Bar No. 100322
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132-2111
Telephone: (305) 961-9427
Email: lacee.monk@usdoj.gov

/s/ *Jessica L. Urban*
Jessica L. Urban
Florida Special Bar ID No. A5503222
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 353-4146
Email: Jessica.Urban@usdoj.gov

/s/ *Eduardo Palomo*
Eduardo Palomo
Florida Special Bar ID No. A5503186
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Email: Eduardo.Palomo2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 20, 2025, I filed this document electronically using the

CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.


*/s/ Jessica L. Urban*
Jessica L. Urban
Trial Attorney
