

DATE:   Monday        February 05, 2024

A. I HEREBY CERTIFY that the annexed documents listed or described below, as redacted to remove sensitive personal identifying information (PII) of CBP employees and/or sensitive internal security codes, are true and correct copies of official records (or extracts there from) maintained _____TECS_____ and that I am the custodian thereof: Information on the following for __January 01, 1999__ through __December 31, 2023__ :

**Michael Karl GEILENFELD, DOB 02/13/1952**
    Person Encounter History                    120 Records
    Travel Document Number 701970625           87 Records

**Babette E. Grout**  
Digitally signed by Babette E. Grout  
Date: 2024.02.05 11:00:04 -05'00'

*Signature*

**Custodian of Record**
*Title*

B. I HEREBY CERTIFY that __Babette Grout__ who signed the foregoing certificate was at the time of signing __Designated Custodian of Record__ and as such, was the legal custodian of the above listed documents, and that full faith and credit should be given to such a certificate.



IN TESTIMONY WHEREOF I have hereunto set my hand, and caused the seal of the U. S. Customs and Border Protection, Department of Homeland Security to be affixed this _____fifth_____ day of _____February_____ Two Thousand and Twenty-Four.

By direction of the Secretary, U.S. Department of Homeland Security:

**ROGER R LOGAN JR**  
Digitally signed by ROGER R LOGAN JR  
Date: 2024.02.05 11:11:35 -05'00'