

DATE: Thursday, January 16, 2020

A. I HEREBY CERTIFY that the annexed documents listed or described below, as redacted to remove sensitive personal identifying information (PII) of CBP employees and/or sensitive internal security codes, are true and correct copies of official records (or extracts there from) maintained _____TECS_____ and that I am the custodian thereof:

Information on the following for January 01, 2001 through January 01, 2020:

**Michael GEILENFELD, DOB 02/13/1952**
   Person Crossing History                     115 Records
**Renee DIETRICH, DOB 02/10/1969**
   Person Crossing History                     185 Records
**Fignole LEXIS, DOB 06/20/1994**
   Person Crossing History                     9 Records

_____Babette Grout_____
*Signature*

_____Custodian of Record_____
*Title*

B. I HEREBY CERTIFY that _____Babette Grout_____ who signed the foregoing certificate was at the time of signing _____Designated Custodian of Record_____ and as such, was the legal custodian of the above listed documents, and that full faith and credit should be given to such a certificate.



IN TESTIMONY WHEREOF I have hereunto set my hand, and caused the seal of the Department of Homeland Security to be affixed this _____Sixteenth_____ day of _____January_____ Two Thousand and Twenty.

By direction of the Secretary, U.S. Department of Homeland Security: