002447

## CERTIFICATION OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which adequately identify the items certified, complete on a separate sheet and refer to that sheet here]

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_Colette Odell_
Signature of Declarant

Colette Odell
Printed Name

Staff Assistant
Title

American Airlines
Company Name

1 Skyview Dr. Fortworth, TX 76155
Business Address

8/29/19
Date of Declaration / Execution

2019R01339-001

002447