**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.  14-20008-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**MICHAEL KARL GEILENFELD**,

      Defendant.

_____/

**ORDER SETTING MOTION HEARING**

THIS CAUSE came before the Court on Mr. Paul Kendrick's Sealed Request to Quash Subpoena [ECF No. 92], filed on January 28, 2025.

It is **ORDERED AND ADJUDGED** that that a hearing on the Motion to Quash Subpoena is scheduled for **4:30 p.m.** on **Thursday, February 13, 2025**. **Mr. Kendrick or counsel for Mr. Kendrick must be present at the court hearing**, which shall be held at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue, Miami Florida, 33128, Courtroom 12-1.

**DONE AND ORDERED** in The Southern District of Florida January 31, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       Mr. Paul Kendrick, *pro se*