UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**MICHAEL KARL GEILENFELD**,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Paul Kendrick's Sealed Request to Quash Subpoena ("the Request") [ECF No. 92], filed on January 28, 2025.  Mr. Kendrick states that he has provided a copy of the Request to the United States Attorney and the Federal Public Defender by email. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Government and counsel for the Defendant shall file a response to the Request <u>no later than February 6, 2025</u>.

2. The Court shall hold a hearing on the Request on <u>February 13, 2025, at 4:30 P.M.</u>, in Miami Florida, in Courtroom 12-1.

3. Mr. Kendrick may retain counsel regarding this matter, and counsel shall enter an appearance <u>no later than February 6, 2025</u>.  If Mr. Kendrick cannot afford counsel, he shall notify the Court <u>no later than February 4, 2025</u>, so that counsel may be appointed for him by the undersigned for the purpose of representing him in this matter, including but not limited to the Request and any testimony that may be ordered thereafter.  <u>Either Mr. Kendrick, *pro se*, or counsel for Mr. Kendrick shall appear in person at the February 13 hearing in Miami</u>.  Counsel for Mr. Kendrick may waive Mr. Kendrick's personal appearance at the February 13 hearing if Mr. Kendrick wishes to appear at the hearing by telephone or video conference.

**DONE AND ORDERED** in Southern District of Florida on January 31, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record