UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CR-20008-DSL

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MICHAEL GEILENFELD,

    Defendant.
_____/

## MOTION TO EXCLUDE EXPERT TESTIMONY

COMES NOW, MICHAEL GEILENFELD, through undersigned counsel and files this motion to exclude the government's proffered expert testimony of Dr. Cecile Accilien. In support thereof it is stated as follows:

### ARGUMENT

Testimony of an expert witness is governed by Federal Rule of Evidence 702. In determining the admissibility of an expert witness, courts must consider whether: 1) the expert is qualified to testify on the matters she intends to address; 2) the methodology by which the expert reaches his conclusion is sufficiently reliable as mandated by *Daubert*; and 3) the testimony assists the trier of fact through the application of scientific, technical or specialized expertise to understand the evidence or to determine a fact in issue. *United States v. Frazier*, 387 F.3d 1244, 1260 (11th Cir. 2004), *Daubert v. Merrell Dow Pharms.*, 509 U.S. 579 (1993). Importantly, Rule 702(a) requires that the testimony "help the trier of fact to understand the evidence or to determine a fact in issue." Under this helpfulness prong, "expert testimony is

admissible if it concerns matters that are beyond the understanding of the average lay person." *Frazier*, 387 F.3d at 1262.

Here, the entirety of Dr. Accilien's proffered testimony does not meet the requirements of Rule 702 because her specialized expertise, which is Francophone African and Caribbean Literature and Culture; Gender and Sexuality Studies and Film and Media Studies will not assist the trier of fact in this trial which involves the alleged sexual abuse of children.

Dr. Accilien does not have any experience in researching or writing on child sex abuse, which is the main issue the trier of fact will be asked to consider in this trial. She does not have any experience in researching or writing about exploitation of Haitian children by foreigners or light-skinned Americans. She has never researched or published any material about corruption in Haiti. She has never researched or published anything in regards to Haitian record-keeping, before or after the 2010 earthquake. While Dr. Accilien may have visited Haiti in the years leading up to and after the earthquake, there is nothing in her research or publications that indicate she can offer any specialized expertise in Haitian record-keeping that a lay witness could not also offer.

Lastly, Dr. Accilien referenced several authors as sources for her research for her proffered testimony. Those sources will be attached as Exhibit A. None of the sources Dr. Accilien provided have authored any publication on child sex abuse, exploitation of Haitian children by foreigners, Haitian corruption, or Haitian record-keeping practices.

The entirety of Dr. Accilien's proffered testimony fails all three prongs of FRE 702. Her expertise in some aspects of Haitian culture and adult sexuality will not assist the trier of fact in understanding the evidence or determining a fact at issue.

WHEREFORE, MICHAEL GEILENFELD, respectfully requests this Court grant the motion and preclude the government from eliciting the proffered expert testimony of Dr. Accilien.

Respectfully submitted,

HECTOR DOPICO
FEDERAL PUBLIC DEFENDER

By: /s/ *Jean-Pierre Gilbert*
    Jean-Pierre Gilbert
    Assistant Federal Public Defender
    Florida Bar No: 115468
    150 W. Flagler Street, Suite 1500
    Miami, Florida 33130
    Tel: (305) 530-7000/  Fax: (305) 536-4559
    E-mail: jean-pierre_gilbert@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on January 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jean-Pierre Gilbert*
Jean-Pierre Gilbert