**Dr Jennifer Greenburg**

**(Source for opinions regarding Record Keeping Systems and Falsification of Documents)**

University of Sheffield, Department of Politics and International Relations

I am a feminist political geographer working on areas of war, gender, and humanitarianism. As an interdisciplinary scholar, I teach and research at the overlapping boundaries between the fields of feminist international relations, political geography, and critical military studies. Using ethnographic and historical methods, I study how US militarism is geographically and historically entangled with the politics of humanitarianism and international development. In asking about this entanglement, I am interested in how race and other forms of social difference are produced through securitized terrains. I have conducted research observing US military trainings to understand how the military's enlistment of development as a counterinsurgency weapon in the post-9/11 era produced sweeping changes in military gender relations. Another dimension of my work is grounded in Haiti, where I am concerned with the violence and securitized legacy of humanitarian interventions. I have pursued this question of "humanitarian violence" in Haiti by studying the first US occupation of Haiti from 1915 to 1934, UN interventions and peacekeeping in the 1990s and 2000s, the 2010 earthquake response, and the ties that bind Haiti to the United States more broadly.

https://www.sheffield.ac.uk/politics/people/academic-staff/jennifer-greenburg

Publications:

Books

Greenburg J (2023) At War with Women Military Humanitarianism and Imperial Feminism in an Era of Permanent War. Cornell University Press. RIS download Bibtex download

Journal articles

Camp JT & Greenburg J (2020) Counterinsurgency Reexamined: Racism, Capitalism, and US Military Doctrine. Antipode, 52(2), 430-451. RIS download Bibtex download

Greenburg J (2018) 'Going back to history': Haiti and US military humanitarian knowledge production. Critical Military Studies, 4(2), 121-139. RIS download Bibtex download

Greenburg J (2017) New military femininities: humanitarian violence and the gendered work of war among U.S. servicewomen. Gender, Place & Culture, 24(8), 1107-1126. RIS download Bibtex download

Greenburg J (2017) Selling Stabilization: Anxious Practices of Militarized Development Contracting. Development and Change, 48(6), 1262-1286. RIS download Bibtex download

Greenburg J (2016) 'The one who bears the scars remembers': Haiti and the historical geography of US militarized development. Journal of Historical Geography, 51, 52-63. RIS download Bibtex download

Greenburg J (2013) The "Strong Arm" and the "Friendly Hand": Military Humanitarianism in Post-earthquake Haiti. Journal of Haitian Studies, 19(1), 95-122. RIS download Bibtex download

**Darlène Dubuisson**

**(Source for Record Keeping Systems)**

Assistant Professor

Darlène Dubuisson received her Ph.D. from Columbia University in October 2020. Her research interests and teaching span political and legal anthropology, activist and engaged anthropology, Black feminist anthropology, Black intellectual histories, migration, transnational studies, and speculative fiction and visual culture. Her work weaves analyses of Black radicalism, feminism, social and political movements, imagination, migration and diaspora, and crises and futures. Her primary geographic focus is the Caribbean and Latin America.

She also collaborates with Shannon Gleeson, Kate Griffith, and Patricia Campos-Medina (Cornell University) on a research project examining the effects of temporary immigration status and race on worker legal mobilization in the New York City metropolitan area.

Research Description

Darlène Dubuisson's recently published book, Reclaiming Haiti's Futures: Returned Intellectuals, Placemaking, and Radical Imagination, is based on ethnographic fieldwork conducted in Port-au-Prince between 2013 and 2018. Haiti was once a beacon of Black liberatory futures, but now is often depicted as a place with no future where emigration is the only way out for most of its population. Reclaiming Haiti's Futures tells a different story. It is a story about two generations of Haitian scholars who returned home after particular crises to partake in social change. The first generation called "jenerasyon 86", were intellectuals who fled Haiti during the Duvalier dictatorship (1957-1986).They returned after the regime fell to participate in the democratic transition through their political leadership and activism. The younger generation, dubbed the "jenn doktè," returned after the 2010 earthquake to partake in national reconstruction through public higher education reform. An ethnography of the future, the book explores how these returned scholars resisted coloniality's fractures and displacements by working toward and creating inhabitability or future-oriented places of belonging through improvisation, rasanblaj (assembly), and radical imagination. By centering on Haiti and the Caribbean, the book offers insights not just into the Haitian experience but also into how fractures have come to typify more aspects of life globally and what we might do about it.

Dr. Dubuisson's current research project examines how black transit migrants in Latin America create futures amid "anti-black immigration governmentality." It also looks at how refugee and migrant rights organizations challenge anti-black racism and xenophobia in national contexts where the official discourse denies structural racism and/or the existence of a local Black population. This project will expand scholarship on Black geographies, global antiblackness, Black futurity, and new immigration control mechanisms.

**Djems Olivier**

**(Source for Record Keeping Systems and Falsification of Documents)**

Paris 8 University | UP8 · Département de Géographie

Doctor of Philosophy

Haiti's Foreign Intervention Quagmire: United Nations missions have occupied Haiti for three decades. A new international armed force now claims to tackle the political crises and armed gangs that foreign interference helped create.

Article

Nov 2023

Djems Olivier

View

The Political Anatomy of Haiti's Armed Gangs: In Port-au-Prince, botched NGO and military inventions have fragmented urban space, triggering an explosive proliferation of violent armed groups.

Article

Jan 2021

Djems Olivier

The fall of the Duvalier family dictatorship in February 1986 inaugurated a new cycle of violence in Haiti. Initially, the country faced episodes of violence perpetrated by paramilitary structures implicated in systematic human rights violations. These armed groups actively participated in forging new forms of violence in both urban and rural Haiti...

View

Regards croisés sur la Violence SOUS LA DIRECTION DE THOMAS LECOMTE REGARDS CROISÉS SUR LA VIOLENCE [SOUS-TITRE DU DOCUMENT]

Chapter

May 2019

Djems Olivier

Toujours en Haïti, Olivier Djems propose d'explorer le thème de la violence dans l'un de ses aspects les plus concrets : les violences armées entre bandes rivales. Abordant la question de la fragmentation du territoire de Port-au-Prince en différentes zones selon leur degré de dangerosité, il expose la réalité de certains quartiers marginalisés et...

[Still in Haiti, Olivier Djems proposes to explore the theme of violence in one of its most concrete aspects: armed violence between rival gangs. Addressing the issue of the fragmentation of the territory of Port-au-Prince into different zones according to their degree of danger, it exposes the reality of

certain marginalized neighborhoods classified as "red zones". If he questions the motivations of the armed groups who, far from the control of the State, clash daily, the author also analyzes the strategies implemented by the different actors on site to restore peace and reduce the insecurity of the residents of these neighborhoods.]

Les ONG et les institutions internationales

Book

Jan 2015

https://www.researchgate.net/profile/Djems-Olivier

**Crystal Felima**

**(Source concerning destruction of records by the earthquake)**

Dr. Crystal A. Felima is an Assistant Professor of Anthropology and African American & African Studies at the University of Kentucky. As a cultural anthropologist and feminist scholar in disaster studies, her research surveys disaster narrative experiences to explore ecological crises and climate change futures in the Caribbean. She is a co-series editor for the Berghahn Books' Catastrophes in Context series. She has experience working as a federal emergency management specialist, geospatial analyst, and equity advisor in Washington, DC. https://www.mdpi.com/2076-0760/13/7/348

Felima, Crystal A. 2024. "Small Island Risks: Research Reflections for Disaster Anthropologists and Climate Ethnographers." Social Sciences 13: 348.

Felima, Crystal. 2024. "Disaster Management." In Elgar Encyclopedia of Climate Policy, edited by Daniel J. Fiorino, Todd A. Eisenstadt, and Manjyot Kaur Ahluwalia, 268–272. Cheltenham: Edward

Elgar Publishing, Inc.

Felima, Crystal. 2024. "Small Island States." In Elgar Encyclopedia of Climate Policy, edited by Daniel J. Fiorino, Todd A. Eisenstadt, and Manjyot Kaur Ahluwalia, 434–438. Cheltenham: Edward Elgar Publishing, Inc.

Felima, Crystal (and seven other). 2023. " 'Maintaining hope for a better future': An interview with Dr. Crystal Felima." Annals of Anthropological Practice 1–13.

Felima, Crystal A. 2022. "Teaching Haitian Studies and Caribbean Digital Humanities: A Rasanblaj of Critical Pedagogical Approaches and Black Feminist Theory in the Classroom." Taboo: The Journal of Culture and Education, 21 (1): 14-28.

https://anthropology.as.uky.edu/users/cafe231

**Sabine Lamour**

**(Source for Record Keeping Systems and Falsification of Documents)**

Watson Institute for International and Public Affairs, Brown University

Sabine Lamour is a sociologist trained in France and Haiti. Her research and teaching focus on the epistemology of point of view, participatory perspective, grounded theory, materialist feminism, Afro-feminism and decolonial feminism. Since 2018, she has been a professor at the Université d'État d'Haïti (UEH). Her research focuses on gender relations, female migration, Haitian feminist movements, family dynamics in the Caribbean and the Haitian political system. In 2018, she co-edited a book entitled: Déjouer le silence: contre-discours sur les femmes haïtiennes, published by Éditions Remue-Ménage (Montreal). Her current research project explores the philosophical roots of Haitian feminism. Several prestigious academic journals have published her work, including Recherches Féministes, Chemins Critiques and Women, Gender, and Families of Color. Since 2005, she has worked with women's organizations as a feminist activist, independent consultant and trainer in both rural and urban settings. She is the former national coordinator (2017-2022) of the feminist organization SOFA. She is currently working on a monograph entitled The Philosophical Roots of the Haitian Feminist Movement.

https://watson.brown.edu/clacs/people/sabine-lamour

**Marie Lily Cerat**

**(Source for Destruction of records by the earthquake)**

Education Across Borders: Immigration, Race, & Identity in the Classroom

Book

February 2022

Sylvain

Jalene Tamerat

Marie Lily Cerat

Education across borders: Immigration, race, & identity in the classroom (Beacon Press, 2022) is a critical resource for K-12 educators that serve BIPOC and first-generation students that explores why inclusive and culturally relevant pedagogy is necessary to ensure the success of their students The practices and values in the US educational system position linguistically, culturally, and socioeconomically diverse children and families at a disadvantage. BIPOC dropout rates and levels of stress and anxiety have linked with non-inclusive school environments. In this collection, 3 educators tell and will draw on their experiences as immigrants and educators to address racial inequity in the classroom and provide a thorough analysis of different strategies that create an inclusive classroom environment. Educators that serve BIPOC students will benefit from these reflections on incorporating culturally relevant pedagogies that value the diverse experiences of their students. With a focus on Haitian and Dominican students in the US, the authors reveal the challenges that immigrant and first-generation students face. They also offer insights about topics such as: • How do language policies and social justice intersect? • How can educators use culturally relevant teaching and community funds of knowledge to enrich school curriculum? • How can educators center the needs of the student within the classroom? • How can educators support Haitian Creole-speaking students?

The Haitian language: Defying odds and opening possibilities

Article

May 2015

International Journal of the Sociology of Language

Marie Lily Cerat

By examining the question of language in Haiti, this article aims at broadening the debate and dialogue among language policymakers and language rights advocates, scholars, researchers and educators about the effects of "linguistic imperialism" (Phillipson 1992) on the development of Haitian Creole and its impact on Haitian children's educational experience. Drawing from theoretical approaches in history (James 1989 [1963]; Fouron 2010; Dubois 2012), linguistics (Calvet 1974; DeGraff 2001; Dejan 2006), language planning and language policy research (Blommaert 2006; Spolsky 2004), and education (Madhere 2010; Plaisir 2010; Shor 1992) has helped shape the scope of this analysis, while also garnering various critical insights from the field of oral literature. In sum, this work reflects an interdisciplinary effort that highlights the impact of linguistic and cultural agents and historical events as it also sheds light on the lived experiences of Haitians within the larger Haitian democratic project begun in 1791 (James 1989; Dupuy 1997; Dubois 2004).

Myths and Realities: A History of Haitian Creole Language Programs in New York City

Article

January 2011

Marie Lily Cerat

Plea from a Haitian American Teacher

Article

January 2010

Marie Lily Cerat

Haitians and their descendants all over the world are grieving and mourning the terrible disaster and loss of lives that befell their homeland. For a brief moment this winter, the whole world focused on Haiti. Educators at all levels--elementary, middle school, high school, and college--can take this opportunity to teach about Haiti: its past, present, and future. In the midst of this tragedy, the author would like teachers to bring into classroom discussions the reasons why Haiti, once the richest colony in the Antilles, the most prosperous French colony, became so poor. This is important for students to learn. Haiti is never described without these ominous words: "the poorest in the Western hemisphere." There is a lot to learn about Haiti and Haitians, and the author hopes that conscientious educators seize the moment to take Haitian history from its footnote status in textbooks to more in-depth learning experiences in their classrooms.

In the light of shooting stars : a novel /

Marie Lily. Cerat

Thesis (M.A.)--City College of New York, 2001. (Creative Writing).

https://www.researchgate.net/scientific-contributions/Marie-Lily-Cerat-2005150163

**Alessandra Benedicty-Kokken**

(Source for Falsification of Documents)

Adjunct Associate Professor, CCNY

"A Polyvalent Mediterranean, or the trope of nomadism in the literary oeuvre of Igiaba Scego and Abdourahman A. Waberi." RELIEF - REVUE ÉLECTRONIQUE DE LITTÉRATURE FRANÇAISE. 11(2), 103-22. DOI: http://doi.org/10.18352/relief.970 

"Ananda Devi and Dany Laferrière: The Culture Industry, Poverty Discourse, and Postcolonial Literatures in French." Frame: Tijdschrift 28.2 "The Postcolonial Cultural Industry." (Fall/Winter 2015): 31-50.

"On 'being Jewish', on 'studying Haiti'… Herskovits, Métraux, Race, and Human Rights." In Benedicty-Kokken, Alessandra, Kaiama L. Glover, Mark Schuller, Jhon Picard Byron, eds. The Haiti Exception: Anthropology and the Predicament of Narrative. Liverpool: Liverpool University Press, Volume 7 (2016): 52-73.

BOOK

Spirit Possession in French, Haitian, and Vodou Thought – An Intellectual History. Lanham/London: Lexington Books, Lowman and Littlefield Publishing Group in "After the Empire: The Francophone World and Postcolonial France Series," 2015. 419 pages.

EDITED VOLUMES

Co-edited with Kaiama L. Glover, Mark Schuller, Jhon Picard Byron, eds. The Haiti Exception: Anthropology and the Predicament of Narrative. Liverpool: Liverpool University Press, Volume 7 (June 2016).

Co-edited with Glover Kaiama L.  Revisiting Marie Vieux Chauvet: Paradoxes of the Postcolonial Feminine. Yale French Studies. 128. 2015.

BOOK CHAPTERS

"On 'being Jewish', on 'studying Haiti'… Herskovits, Métraux, Race, and Human Rights." In Benedicty-Kokken, Alessandra, Kaiama L. Glover, Mark Schuller, Jhon Picard Byron, eds. The Haiti Exception: Anthropology and the Predicament of Narrative. Liverpool: Liverpool University Press, Volume 7 (2016): 52-73.

"Lovers, Conversations, and the 'Critical Use of Memory': Raoul Peck's Fatal Assistance (2013) and Alain Resnais' Hiroshima, mon amour (1959)." Raoul Peck: Power, Politics and the Cinematic Imagination. In Toni Pressley-Sanon and Sophie Saint-Just, eds. (2015): 171-194.

"Procédés narratifs, discours d'émancipation: Les Affres d'un défi de Frankétienne." TYPO/ TOPO/ POETHIQUE SUR FRANKETIENNE. In Jean Jonassaint, ed. Paris: Éditions l'Harmattan, 2008. 97-106.

JOURNAL ARTICLES

"Ananda Devi and Dany Laferrière: The Culture Industry, Poverty Discourse, and Postcolonial Literatures in French." Frame: Tijdschrift 28.2 "The Postcolonial Cultural Industry." (Fall/Winter 2015): 31-50.

"'The Origins of Totalitarianism': from Resistance to Human Rights in Marie Chauvet's Les Rapaces." Glover, Kaiama L. and Alessandra Benedicty-Kokken, eds. Revisiting Marie Vieux Chauvet: Paradoxes of the Postcolonial Feminine. Yale French Studies. 128 (Spring 2015): 57-73.

"Living in Haiti: Space and the Urban Environment in Kettly Mars's L'heure hybride and Aux frontières de la soif. "Haiti in a Globalized Frame." Co-edited by Charles Forsdick and Martin Munro. Francosphères 4.1 (September 2015): 106-120.

"The Questions We Are Asking: Hegel, Agamben, Trouillot, Dayan, Mbembe, and Haitian Studies." Journal of Haitian Studies.19.1 (Fall/Winter 2013 -2014): 6-60.

"Aesthetics of 'Ex-centricity' and Considerations of 'Poverty.'" Small Axe: A Caribbean Journal of Criticism. 39 (November 2012): 166-176.

"Towards an Intellectual History of Possession: Reading 'la crise' as a Textual Space in Vodou and André Breton's Haitian Lectures and Nadja." Studies in Religion/ Sciences religieuses. 41.2 (June 2012): 280-305.

"Barthes, Genette, and Laferrière: Crafting and Commenting Writing in Dany Laferrière's How to Make Love to a Negro." Contemporary French and Francophone Studies. 15.1 (January 2011): 89-97.

"Kerouac et la Francophonie des Amériques." [Kerouac and the Francophonie of the Americas] Québec français (Summer 2009) 154. 85.

"Narrational Devices, Discourses of Emanicipation: Frankétienne's  Les Affres d'un défi." The Journal of Haitian Studies: Special Issue 14.1 (2008): 77-90.

"Le vaudou haïtien: revendication de l'humanité. Aube tranquille de Jean-Claude Fignolé." [Haitian Vodou: claim of humanity. Quiet dawn by Jean-Claude Fignolé] Neue Romania 33 (2005): 91-103.

"La femme e(s)t la révolte". Francographies. Actes du cinquième colloque "Création et Réalité d'expression française" [ The woman is (s)t the revolt". Francographies. Proceedings of the fifth conference "Creation and Reality of French expression.] Spécial 3 Nouvelle Série (2000): 395-402.

DICTIONARY ENTRIES

Benedicty, Alessandra. Contributor to Dictionary of Caribbean and Afro-Latin American Biography for entries for "Jacques Stéphen Alexis" and "Kettly Mars." New York, Oxford: Oxford University Press (2016).

https://www.ccny.cuny.edu/profiles/alessandra-benedicty-kokken?srsltid=AfmBOoq0ACC3MEUlRXW-cucsu5TqaeYcIRIm9QqIbqaclZz9t-kHC5IH

**Dr. Celucien L. Joseph**

**(Source for Destruction of Documents by Earthquake)**

General Introduction

Dr. Celucien L. Joseph (affectionately called "Doctor Lou") is an award-winning author and a well-regarded Haitian-American author, scholar, and researcher. By training, he is an intellectual historian, literary scholar, and a theologian. Currently, he serves as Professor and Chair of the English Department at San Jacinto College. Previously, he was an Associate Professor of English at Indian River State College for a decade. He is the Founder and President of Hope for Today Outreach, a faith-based and non-profit organization that serves marginalized communities in Haiti (Northern Haiti) and the Treasure Coast of Florida. He is the curator of the popular blog "Haiti: Then and Now" and the host of the well-attended YouTube channel "Faith, Reason, and Dialogue." He writes for The Witness, The Haitian Times, L'union Suite, Ayibopost, and other social media venues or outlets. He maintains an author page on amazon.com.

A Teacher and Scholar

Dr. Joseph is a passionate teacher. As an educator, he is passionate about teaching and enjoys serving people through teaching and role modelling ("othermothering"). He teaches to foster understanding, human growth, and spiritual transformation. As a professor, "I teach to mentor and empower students so that they would be able to cultivate good citizenship and positive human relations and interactions, develop higher aims in life, and successfully attain their life goals and dreams." His writings engage culture, the world of ideas, and faith. As he has remarked, "I do not see any contradiction for an individual to be a devoted Christian or follower of Christ and produce good and critical scholarship to advance greater knowledge and understanding in one's academic discipline–i.e. history, philosophy, literature, theology, psychology, mathematics, gender studies, race, political science, etc.– and foster more promising and uplifting human relations and societal progress; however, such scholarship should never divorce (or should not have to divorce) the life of the mind and the life of faith." Dr. Joseph also stated, "I'm a writer and scholar who works through the means of academic research and writing not to just analyze the human condition and diagnose the plight of humanity; I'm very intentional about using my academic expertise to heal the world, to restore hope, and to uphold human dignity.

Academic Formation

Dr. Joseph received his B.A. from The Baptist College of Florida. He holds an M.A. in French language and literature from the University of Louisville (Louisville, KY). In addition, he holds an Advanced Master of Divinity (M.Div) in Biblical and Theological Studies, from The Southern Baptist Theological Seminary (Louisville, KY), and a Master of Theology (Th.M.) in New Testament, from Southwestern Baptist Theological Seminary (Fort Worth, TX). He received his Doctor of Philosophy (PhD) from the University of Texas at Dallas (Richardson, TX), where he studied Literary Studies with an emphasis in African American Intellectual History, Caribbean Culture and Literature, and African American Literature.

Professor Joseph's second PhD in Systematic Theology and Christian Ethics is from the University of Pretoria (Pretoria, South Africa). He has done additional studies in Religious Studies and the Humanities at the University of Louisville.

Writings and Research Interests

Dr. Joseph is a prolific writer and has authored more than three dozen academic articles. Dr. Joseph's teaching and academic interests focus on the intellectual traditions of the Black Atlantic, African American History and Literature, Black epistemologies, Black religion, Theories of Race, and the comparative history and literature associated with Africana Studies. In the sphere of Christian theology and religious education, he is interested in transformative and democratic religious and theological education, and his theological research interests include Theological ethics, Theological anthropology, Liberation Theology, Black Liberation Theology. His forthcoming book on the subject matter is entitled Theological Education and Christian Scholarship for Human Flourishing: Hermeneutics, Knowledge, and Multiculturalism (Wipf and Stock Publishers). He has authored eleven academic books—six single authored texts, and five edited volumes. Two of his books on Black Internationalism and Africana Intellectual tradition received Honorable Mention at The Pan African International 2014 Book Awards. His most recent book, Revolutionary Change and Democratic Religion Christianity, Vodou, and Secularism received the 2020 PoliticoTech Book Award. Dr. Joseph is currently working on three academic books: For Sake of Black People and the Common Good: Jean Price-Mars: An Intellectual and Religious Biography (under contract with Vanderbilt University Press), Haiti in a Global Context: An Intellectual History (under contract with University of Press of Mississippi), and Aristide: A Theological and Political Introduction (manuscript submitted to Fortress Press).

Selected Publications

Reconstructing the Social Sciences and Humanities: Antenor Firmin, Western Intellectual Tradition, and Black Atlantic Tradition edited with Paul Mocombe (Routledge, 2021)

Theologizing in Black: Africana Theological Anthropology and Ethics (Pickwick Publications, 2020)

Revolutionary Change and Democratic Religion: Christianity, Vodou, and Secularism Paperback (Pickwick Publications, 2020)

Approaches to Teaching the Work of Edwidge Danticat edited with Marvin E. Hobson, Suchismita Banerjee, and Danny Hoey (Routledge, 2019)

Between Two Worlds: Jean Price-Mars, Haiti, and Africa edited by Celucien L. Joseph, Jean Eddy Saint Paul, and Glodel Mezilas (Lexington Books, 2018)

Thinking in Public: Faith, Secular Humanism, and Development in Jacques Roumain (Pickwick Publications, 2017)

Radical Humanism and Generous Tolerance: Soyinka on Religion and Human Solidarity (Hamilton Books, 2016)

Vodou in Haitian Memory: The Idea and Representation of Vodou in Haitian Imagination edited by Celucien L. Joseph & Nixon Cleophat (Lexington Books, 2016)

Vodou in the Haitian Experience: A Black Atlantic Perspective edited by Celucien L. Joseph & Nixon Cleophat (Lexington Books, 2016)

Haitian Modernity and Liberative Interruptions: Discourse on Race, Religion, and Freedom (University Press of America, 2013)

His non-academic works include the following


American Christianity and the Culture of Death: Conversations ans Poems on Racial Trauma, Social Justice, and Hope (2020)

God Loves Haiti: A Short Overview of Hope for Today Outreach (Hope Outreach Productions, 2015)


https://drcelucienjoseph.com/bio/

**Claudine Michelle**

**(Source for Record Keeping Systems)**

Claudine Michel holds a B.A in Education from École Normale Supérieure, Faculté d'État d'Haiti and a degree in Early Childhood Education from the École Normale de Jardinières d'Enfants (ENJE). She also studied Ethnology at the Faculté d'Ethnologie in Port-au-Prince and earned an M.A. and a Ph.D. in International Education from the University of California, Santa Barbara. In Haiti, she taught kindergarten and secondary school and served as an adjunct faculty at the ENJE in the early 80s. At the same time, she produced two television series, Dodo Titit and Pawol Ti Moun, totaling over 150 hours of children's educational programs for La Télévision Nationale d' Haiti. Dr. Michel is currently Professor in the Department of Black Studies at the University of California, Santa Barbara and served as Director of the Center for Black Studies Research from 1996-2002 and again from 2005-2009. She formerly served as Chair of the Department of Black Studies, Acting Chair of the Department of Chicana/o Studies and Assistant Dean, Undergraduate Academic Affairs, College of Letters and Science. Her research has appeared in many scholarly journals and academic venues. She is the author of Aspects Moraux et Educatifs du Vodou Haitien and a forthcoming book, Offerings: Continuity and Transformation in Haitian Vodou. She co-authored Etude Comparative des Théories du Développement de l'Enfant and co-edited a number of volumes, including Black Studies: Current Issues, Enduring Questions; The Black Studies Reader; Haitian Vodou: Spirit, Myth and Reality; Vodou in Haitian Life and Culture: Invisible Powers; and Brassage: An Anthology of Haitian Poetry. Also forthcoming are an anthology on Haitian American author Edwidge Danticat, Crossing Waters and Re-Membering and two co-edited volumes, God in Every Woman: Gender, Power and Politics in Haitian Vodou and Doktè Gede, Struggles of Life and Death in Haiti. She is editor of the only peer-reviewed journal on Haiti, The Journal of Haitian Studies http://research.ucsb.edu/cbs/publications/johspublished by the UCSB Center for Black Studies Research for the Haitian Studies Association. She also serves on their board of directors. Dr. Michel is founding member of KOSANBA, A Scholarly Association for the Studies of Haitian Vodou and Culture http://research.ucsb.edu/cbs/projects/haiti/kosanba/ and a founding editor for KALFOU, A Journal of Comparative Ethnic and Relational Studies http://research.ucsb.edu/cbs/publications/kalfou/ both housed at the UCSB Center for Black Studies Research. She is the Executive Director of the new UC Haiti initiative developed by the ten UC campuses in response to the January 12. 2010 earthquake http://www.uchaiti.org/

https://www.blackstudies.ucsb.edu/people/claudine-michel

Kay Fanm

(Source for record keeping systems)

According to its Facebook and Instagram pages Kay Fanm "is a Haitian organization for the promotion and defense of women's rights founded on July 13, 1984."

The organization is currently involved in a "project [which] aims to contribute to the strengthening of the capacities of organized agricultural women, through two components: economic empowerment and the promotion of women's rights. It is implemented by the Kay Fanm organization in partnership with a peasant association, the Réseau des femmes de Salagnac. (translated from Creole by Google Translate)

https://www.cs3r.org/2348-kay_fanm_-_ha%C3%AFti

https://www.facebook.com/KayFanm/?profile_tab_item_selected=about&_rdr

Jean Eddy Saint Paul

Source for Record Keeping Systems

Professor Jean Eddy Saint Paul earned a PhD in Sociology at El Colegio de México. His ample publishing history includes books, articles, and contributions dealing with civil society, political sociology of the Haitian state and ruling class; the intersection between politics and religion. His works have been published in international academic and commercial publishers. As a former member of the National system of research in Mexico, and 'visiting professor' at the select Paris institute of political studies, commonly called Sciences Po., he made substantial contributions to the advancement of Haitian studies. Most of Saint Paul's scholarly work oscillates geographically between Latin America and the Caribbean. Previously, He was a tenured professor of sociology and politics at the University of Guanajuato, in Mexico, where he co-founded the Ph.D. Program in Law, Politics & Government, the Master's Program in Political Analysis, and the B.A. Program in Political Science.

Selected Publications

To rebuild, Haiti needs a break from neocolonialism. An expert explains why Haiti's political and earthquake crises are intertwined". Q&A between professor Jean Eddy Saint Paul and journalist Gabby Birenbaum, Vox, originally published on August 18, 2021 https://www.vox.com/22629569/haiti-earthquake-tropical-storm-grace-neocolonialism-rebuilding

- "Assassinations and invasions - how the US and France shaped Haiti's long history of political turmoil," The Conversation, originally published on August 27, 2021 in The Conversation. https://theconversation.com/assassinations-and-invasions-how-the-us-and-france-shaped-haitis-long-history-of-political-turmoil-164269

-"Understanding Haiti Through The Power of the Social Forces in Interaction," Georgetown Journal of International Affairs (GJIA), Walsh School of Foreign Service, Georgetown University, Washington D.C., originally published on June 15, 2021 https://gjia.georgetown.edu/2021/06/15/understanding-haiti-through-the-power-of-the-social-forces-in-interaction/

-2021. "Ébauche d'une théorie sociale décoloniale pour relire plus de cinq cents ans d'histoire » (Outline of a Decolonial Social Theory of More than 500 Years in History," in Plus de 500 ans d'histoire Où en sommes-nous?, edited by Hervé Fanini-Lemoine et al. Washington DC: Kiskeya Publishing. https://www.amazon.com/Plus-500-ans-dhistoire-sommes-nous/dp/B08XSL5FMW

Kèk konsiderasyon sosyolojik sou Ak Endepandans Ayiti, premye janvye 1804, Le National, Port-au-Prince, Thursday, January 30, 2020. http://lenational.org/post_free.php?elif=1_CONTENUE/culture&rebmun=4367

Egzijans "deliberasyon" pou yon palmantè. Yon lèt tou louvri pou Depite Jerry Tardieu, Le National, Wednesday, March 4, 2020.
http://lenational.org/post_free.php?elif=1_CONTENUE/tribunes&rebmun=1312

On the 216th anniversary of the battle of Vertières, Le National, Port-au-Prince, Monday, November 18, 2019. http://mail.lenational.org/post_free.php?elif=1_CONTENUE/culture&rebmun=4168

Celebrating the Battle That Defeated Napoléon. Beyond Vertières: A Decolonial History of the Haitians, New York, Haitian Times, November 15. https://haitiantimes.com/2018/11/15/celebrating-the-battle-that-defeated-napoleon/

Kwazad Espirityèl Konsèy kominal Taba a, yon kritik politik ak sosyolojik (The Spiritual Crusade of the City Council of Tabarre: A Political and Sociological Criticism), Port-au-Prince, Le National

L'Institute for Haitian Studies à Kansas University et la politique étrangère des États-Unis en Haïti: un hommage au Dr. Bryant Freeman. Port-au-Prince: Le National, October 15, 2018.

Celucien L. Joseph, Jean Eddy Saint Paul and Glodel Mézilas (eds.). Between Two Worlds: Jean Price-Mars, Haiti, and Africa. Lanham, MD: Lexington Books, 2018

Joseph, Celucien L., Jean Eddy Saint Paul and Glodel Mezilas, Price-Mars in a Local and Global Context: Rethinking Haitian Culture and Human History. In: Jean Price-Mars, Haiti and Africa: Between Two Worlds, ed. By Celucien L. Joseph, Jean Eddy Saint Paul and Glodel Mézilas. Lanham: Lexington Books.

Saint Paul, Jean Eddy. 2018. "Sociedad civil: una aproximación téorica." In Participación ciudadana y sociedad civil en el proceso de democratización de México, edited by Carlos Román Cordourier Real and Jesús Aguilar López, 37-72: Guanajuato: Universidad de Guanajuato.

Saint Paul Jean Eddy. 2018, Who Owns Haiti?: People, Power, and Sovereignty, edited by Robert Maguire & Scott Freeman. Gainesville, Fl.: University Press of Florida, 2017. ix + 178 pp. (Cloth US$ 79.95). Book review to be published in New West Indian Guide (NWIG), Volume 92: Issue 3-4, pages 330-331. DOI: https://doi.org/10.1163/22134360-09203023

La responsabilité éthico-morale des' Haïtianistes contemporains' pour faire avancer le champ intellectuel des études haïtiennes, Le National, Port-au-Prince, September 3, 2017. Link: http://www.lenational.org/responsabilite-ethico-morale-haitianistes-contemporains-faire-avancer-champ-intellectuel-etudes-haitiennes/

-2017, "The Universal Dimension of Haitian Culture: History, and the Politics of Memory," OP-Ed, Le National, Port-au-Prince, November 27, 2017. Link: http://www.lenational.org/the-universal-dimension-of-haitian-culture-history-and-the-politics-of-memory/

Prof. Saint Paul translated from French to Spanish the chapter from: Rachel Beauvoir Dominique. "Los Bizango de Haití/ Les Bizango d'Haiti, in Haití," published in Historias y Sueños. Sociedad, Arte y Cultura (Haïti: Histoires et Rêves, Société, Art et Culture, edited by Carlos Alba Vega, Randolph Gilbert and Gustavo Vega Cánovas, 211-232 (Mexico: El Colegio de México: Center for International Studies).

Pluralismo, libertades religiosas y democracia en Guanajuato [Pluralism, Religious Liberties and Democracy in Guanajuato], Revista de Sistemas y Gestión Educativa, September 2015, Vol. 2, No. 4, pp. 960-967.

Saint Paul, Jean Eddy and Antonio Olguín Torres. La política internacional estadounidense y la negociación de los tratados internacionales. De Jure, no. 1, Year 12 (November 2015): 5-24.

Chimè et Tontons Macoutes comme milices armées en Haïti. Essai Sociologique (Montreal: Cidihca)

Saint Paul Jean Eddy, Elizabeth Zapata Azpiri and María Guadalupe Márquez Algara, Coacción física legítima y coerción fiscal como fundamentos del Estado moderno, un enfoque sociológico y jurídico, in Reflexiones jurídicas contemporáneas. Homenaje al Dr. Pedro López Ríos, edited by Teresita de Jesús Rendón Huerta Barrera, 407-429, Mexico: University of Guanajuato, 2015.

Saint Paul, Jean Eddy and Lilia Elena Iñiguez Hernández. Pluralización religiosa en el Estado de Guanajuato, in Desarrollo Humano, Economía y Democracia en Guanajuato, edited by Fernando Barrientos del Monte, 451-476, Guanajuato: Universidad de Guanajuato, Division of Law, Politics and Government, 2015.

Sociedad civil, entre la lucha por la democratización y el bioimperio modernizan, with Juan Salvador Luna Fernández. Mexico: University of Guanajuato, Summer 2014. ISBN: 978-607-441-300-7, pp. 419-423.

The Importance of Race in Barack Obama?s Political Campaigns (with Johanna Bankston, 100 K Strong in Americas. Mexico: University of Guanajuato, Summer 2014. ISBN: 978-607-441-300-7, pp. 662-666.

La laïcité en Haïti. Approche sociologique des erreurs épistémologiques et théoriques dans les débats récents. Histoire, Monde et Cultures Religieuses (HMC), no. 29 (2014): 83-100.

Libertades religiosas en la modernidad: pensar la consolidación democrática y la ciudadanía desde la lógica de la pluralización religiosa?, in La construcción del Futuro: los retos de las Ciencias Sociales en México, edited by Alain Basail Rodríguez and Óscar Contreras Montellano, IV National Congress of Social Sciences, CESMECA-UNICACH / COMECSO, Tuxla Gutiérrez / Tijuana, 2014. ISBN: 978-607-8240-45-6.

Libertades religiosas en la modernidad: pensar la consolidación democrática y la ciudadanía en Guanajuato desde la lógica de la pluralización religiosa [Religious Liberties in the Modernity: Thinking About Consolidation of Democracy and Citizenship in Guanajuato According to the Logic of Religious Pluralism]. Working Paper, Political Studies, # 8, Department of Political Studies, Division of Law, Politics and Government, University of Guanajuato, Guanajuato, Mexico, 2013, 44 p. http://www.ddpg.ugto.mx/index.php/investigacion

La seguridad social universal dentro del Pacto por México. Análisis sociológico sobre la participación estadual en la construcción de la ciudadanía, in Circunstancia y perspectiva de la investigación jurídica. Relatorías y memorias del Foro Nacional El futuro de la investigación jurídica en México, edited by Luis Felipe Guerrero Agripino and Benjamín Valdivia, 251-264. México: University of Guanajuato, Mexican Academy of Sciences, and National Council for Science and Technology, 2013.

La sociedad civil y los avances democráticos en Haití. In Haití y México: Hacía Nuevas Formas de Cooperación, edited by Gustavo Vega Cánovas and Carlos Alba Vega, 221-274. Mexico: El Colegio de México, Center for International Studies, 2012.

Saint Paul, Jean Eddy. La société civile haïtienne à l'épreuve d'une crise humanitaire. In Haïti, réinventer l'avenir, edited by Jean-Daniel Rainhorn, 149-160. Paris: Éditions de la maison des sciences de l'homme and Port-au-Prince: Éditions de l'Université d'État d'Haïti, 2012.

Sociologie politico-électorale d'Haïti à la lumière de la politique du ventre (Political Sociology of Elections in Haiti According to Politics of The Belly), Le Nouvelliste, Port-au-Prince, January 22-23, 2011: 25-28.

Sociologie politico-électorale d'Haïti à la lumière de la politique du ventre (Political Sociology of Elections in Haiti According to Politics of The Belly), Le Nouvelliste, Port-au-Prince, January 8-9, 2011: 17-21.

T. H. Marshall y las discusiones contemporáneas sobre ciudadanía, cohesión social y democracia [T.H. Marshall and Contemporaries Debates on Citizenship, Social Cohesion and Democracy], Working Paper, # 1, Department of Political Studies, Division of Law, Politics and Government, University of Guanajuato, Guanajuato, Mexico, 2011, 41 p. http://www.ddpg.ugto.mx/index.php/investigacion

Sentido crítico, valor y fundamento lógico en Weber. Relevancia y actualidad para América Latina (Critical Perspective, Value and Logic Fundamentation in Max Weber), in Derecho, universalidad y conocimiento. Homenaje al maestro Miguel Valadez Reyes, edited by Luis Felipe Guerrero Agripino, 770-786, Guanajuato: University of Guanajuato, Campus Guanajuato, 2010.

Alcances y limites de la laicización de la política en Haití, 1804-2005 (Strengths and Weaknesses of the Secularization of the Haitian State), in Los retos de la laicidad y la secularización en el mundo contemporáneo, edited by Roberto J. Blancarte, 295-338, Mexico: El Colegio de México, Center for Sociological Studies. 2008.

Pour une compréhension des pratiques religieuses en Haïti: une approche historique et sociologique de la laïcisation de la politique [Towards an Understanding of Religious Practices in Haiti: Historical and Sociological Approach on Secularization of Politics], in Les pratiques religieuses dans les caraïbes. Vaudou, Santeria, Candomblé, edited by Fritz Calixte and Edelyn Dorismond, 13-30, Paris: L'Harmattan, 2007.

Eske yon Repiblik Dwe Pou Li Layik? [Can the Republic of Haiti Be Secular?], in Réflexions pour l'avenir, Ministry of Culture and Communication, # 0002, Presses Nationales d'Haïti, Port-au-Prince, 2005.

Haïti: société civile et démocratie [Haiti: Civil Society and Democracy], in Le Journal de L'Université, Vol. 1, # 3, March-April 2002, Human Sciences Faculty, Port-au-Prince, Presses Nationales d'Haïti, 2002: 6-10 & 26. ISSN: 0000-334-136-1.

L'avenir des enfants en Haïti face à la maltraitance, l'oppression et la violence [The Future of Children in Haiti Regarding to Mistreatment, Oppression and Violence], in Le Nouvelliste, # 36466, Port-au-Prince, June 2002: 12-13 and 17.

Approche socio historique de la problématique des personnes âgées [Social and Historical Approach of the Issue of Elderly], in Le Nouvelliste, # 35962, Port-au-Prince, May 24, 2000: 16-17.

La participation des sociétaires de la coopérative de Saint-Jerôme à Petite Rivière de l'Artibonite [The Participation of the Members of Saint-Jerôme Cooperative in Petite Rivière de l?Artibonite], in Le Nouvelliste, No. 35865, Port-au-Prince, December 28, 1999: 18 and 22.

La fragilité des groupes de base de la plaine de Léogâne étudiée par le sociologue Yves SAINCINÉ [The Fragility of Grassroots in Léogâne Plains Studied by Sociologist Yves Sainciné], in Le Nouvelliste, # 355811, Port-au-Prince, October 22, 1998: 21.

Patrick Bellegarde-Smith

Research & Teaching Interests

Patrick Bellegarde-Smith is a professor emeritus of Africology at the University of Wisconsin-Milwaukee. He obtained a Ph.D. from The American University in international studies and taught in that field. Later, he taught courses in both African-American and Women's Studies. His scholarship presently is in the areas of African and neo-African religious thought and social philosophy, with an emphasis on national and cultural identities. Bellegarde-Smith has authored, edited and co-edited five books on these subjects, and a large number of articles, notably In The Shadows of Power: Dantes Bellegarde in Haitian Social Thought; Haiti: The Breached Citadel, and Fragments of Bone: Neo-African Religions in the New World. Some of this work has been translated into Spanish, Portuguese, and French.

Bellegarde-Smith is the recipient of the Medaille Jean Price-Mars, Universite d'Etat d'Haiti, and of the Lifetime Achievement Award for Scholarship from the Haitian Studies Association. Currently, he is the President of the Congress of Santa Barbara (KOSANBA), a scholarly association for the study of Haitian Vodou, and the Vice-President (and President-elect) of the Haitian Studies Association. Additionally, he is an associate editor of the Journal of Haitian Studies, a member of the international editorial board of Kalfou: A journal of Comparative and Relational Ethnic Studies, and a member of the editorial board of the Journal of Africana Religions. Also, Bellegarde-Smith is a oungan asogwe, a priest of Vodou.

Selected Publications

. "L'Occupation 1915-1934: Perspectives on Haiti and the US at the Centennial" Journal of Haitian StudiesEd. Sommers, Jeffrey W., Saint Jacques, Ermitte, and Bellegarde-Smith, Patrick D.(2015).

Bellegarde-Smith, Patrick D.Dans l'ombre des grandes puissances: Dantès Bellegarde dans la pensée sociale haïtienneMontréal: CÌDÌHCA. 2012.

. Vodu haitiano: espírito, mito e realidadeEd. Bellegarde-Smith, Patrick D., and Michel, Claudine. Rio de Janeiro: Editora PALLAS. 2011.

. Haitian Vodou: Spirit, Myth, RealityEd. Bellegarde-Smith, Patrick D., and Michel, Claudine. Bloomington, IL: University of Indiana Press. 2006.

. Invisible Powers: Vodou in Haitian Life and CultureEd. Michel, Claudine, and Bellegarde-Smith, Patrick D.New York: Palgrave/MacMillan. 2006.

. Fragments of Bone: Neo-African Religions in a New WorldEd. Bellegarde-Smith, Patrick D.Urbana, IL: Illinois University Press. 2005.

Bellegarde-Smith, Patrick D.Haiti: La cuidadela vulneradaSantiago: Oriente Editorial. 2004.

Bellegarde-Smith, Patrick D.Haiti: The Breached CitadelToronto: Canadian Scholars' Press. 2004.

Bellegarde-Smith, Patrick D.In the Shadow of Powers: Dantès Bellegarde in Haitian Social ThoughtAtlantic Highlands, NJ: Humanities Press International. 1985

https://uwm.edu/african-diaspora-studies/people/bellegarde-smith-patrick/

FOKAL

Created in 1995, the Fondation Connaissance et Liberté / Fondasyon Konesans Ak Libète (Foundation for Knowledge and Liberty), is a well recognized national foundation supported mainly by Open Society Foundations, OSF, a worldwide network of foundations and initiatives created by philanthropist George Soros for the promotion of democratic values. FOKAL also receives support from the European Union and the French cooperation.

https://fokal.org/index.php/en/fokal-en