UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL KARL GEILENFELD**,

    Defendant.

_____/

### ORDER TERMINATING (REQUEST)MOTION AND HEARING

THIS CAUSE came before the Court on a Sealed Request ("Motion") to Quash a Subpoena filed *pro se* by Mr. Paul Kendrick [ECF No. 92] and Orders setting a hearing on the matter and requiring responses by the parties [ECF Nos. 96, 97]. Subsequently, counsel for Defendant filed a Notice of Withdrawal of Trial Subpoena [ECF No. 99], whereby the Subpoena to Mr. Kendrick was withdrawn.

Being fully advised, having reviewed the submissions of the parties and the full record, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 92] is **RESOLVED AS MOOT**. Mr. Kendrick does not need to appear before this Court or retain counsel, and the hearing on the Motion (previously scheduled for February 13, 2025, at 4:30 p.m.) is CANCELLED.

**DONE AND ORDERED** in The Southern District of Florida, January 31, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       Mr. Paul Kendrick, *pro se*