UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL KARL GEILENFELD,

    Defendant.

_____/

## DEFENDANT'S MOTION IN LIMINE

MICHAEL GEILENFELD, by and through undersigned counsel and hereby files this Motion in Limine to exclude MV5 seeing or talking to either Michael Geilenfeld or Bill Nathan while incarcerated in a Haitian jail in 2013 and states:

1. In a prior statement to law enforcement, MV5 states in 2013 that he saw Michael Geilenfeld at a Port-au-Prince jail while being detained on a gun possession charge. (Government Discovery Bates 016652)

2. Michael Geilenfeld was being detained in the same facility as MV5 on suspicion of the same allegations in the present case before this Court.

3. In their statement, MV5 states that while incarcerated, Mr. Geilenfeld told MV5 to recant his allegations of abuse against Mr. Geilenfeld. (*Id.*)

4. MV5 went on to state that after MV5 was released from incarceration that they were approached by Bill Nathan who offered them $20-40 every time Mr. Nathan saw MV5 in an effort to have MV5 recant their allegations against Mr. Geilenfeld. (*Id.*)

1

5. This Court has previously held that there be no "evidence of, or reference to, the outcome of other investigations, litigation, or proceedings concerning allegations of abuse against the Defendant shall be permitted." (DE 49)

6. Eliciting this testimony would first be a violation of this Court's order. Second, this testimony is highly prejudicial. Mr. Geilenfeld was never convicted of these allegations in Haiti and was released from Haitian custody after investigation from the Haitian authorities. Any testimony concerning MV5 seeing Mr. Geilenfeld in a Haitian jail, any testimony concerning Mr. Geilenfeld asking MV5 to recant his allegations, or any testimony in regards to Bill Nathan allegedly offering payment to MV5 to recant his allegations should be excluded as it violates Federal Rule of Evidence 403 and a prior order of this Court.

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY:     *s/Jean-Pierre Gilbert*
        Jean-Pierre Gilbert
        Assistant Federal Public Defender
        Florida Bar No. 115468
        150 W. Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        (305) 530-7000/(305) 536-4559, Fax
        E-Mail: jean-pierre_gilbert@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **February 9, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive

electronically Notices of Electronic Filing.

*s/Jean-Pierre Gilbert*
Jean-Pierre Gilbert
