UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-DSL(s)(s)

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

Defendant.
_____/

**ORDER ON DEFENDANT'S *ORE TENUS* MOTION TO HAVE DEFENSE WITNESSES PAROLED INTO THE UNITED STATES**

**THIS CAUSE** came before the Court upon the Defendant's *Ore Tenus* Motion to have Defense Witnesses Paroled Into the United States. The Court considered the arguments of the parties and is otherwise advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Homeland Security Investigations is **ORDERED** to parole Fritzner Pierre and Walnes Cangas ("Defense Witnesses") into the United States for the purpose of testifying in the instant matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of February 2025.

HONORABLE DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record
Homeland Security Investigations
Federal Bureau of Investigations