UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20008-CR-DSL

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

MICHAEL KARL GEILENFELD,

    Defendant.

_____/

## NOTICE OF APPEARANCE

ALBERT Z. LEVIN, P.A., hereby files this, his Notice of Appearance (as CJA co-counsel) on behalf of the Defendant, MICHAEL KARL GEILENFELD, in connection with the above styled matter.

Respectfully submitted,

By: /s/ ALBERT Z. LEVIN

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

By: /s/ ALBERT Z. LEVIN

ALBERT Z. LEVIN, P.A.
Courthouse Center
40 NW 3rd Street, PH1
Miami, Florida 33128
Telephone: (305) 379-7101
Florida Bar No. 316581
albert@albertlevinlaw.com

1