UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MICHAEL KARL GEILENFELD**,

    Defendant.

_____/

## ORDER APPOINTING COUNSEL

**THIS CAUSE** came before the Court during the Defendant's trial hearing held Thursday, February 13, 2025. Having heard from the parties, it is **ORDERED AND ADJUDGED** that Albert Z. Levin, Esq., is hereby appointed as Criminal CJA Representation to represent Defendant, Michael Karl Geilenfeld, as co-counsel with Mr. Houlihan and Mr. Gilbert in this matter.

The court finds that this case presents extraordinary difficulty and complexity and that the interest of justice therefore requires the appointment of Mr. Levin as co-counsel for the Defendant to satisfy the limited purposes stated on the record at today's hearing. To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this Order, those rulings are binding on the parties as set forth on the record. The Court thanks Mr. Levin for his prompt appearance and willingness to exercise these duties on short notice.

**DONE AND ORDERED** in the Southern District of Florida on February 13, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record