UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **24-20008-CR-LEIBOWITZ(s)(s)**

**UNITED STATES OF AMERICA**

vs.

**MICHAEL KARL GEILENFELD,**

    **Defendant.**
_____/

**UNITED STATES' SUPPLEMENTAL PROPOSED JURY INSTRUCTION**

The United States respectfully requests that the Court provide the following jury instruction prior to deliberations:

**Prior Consistent Statements**

You have heard evidence that Victim L and Victim N[1] each made statements on previous occasions and that these statements may be consistent with their testimony here at trial. These earlier statements were brought to your attention to help you in evaluating their credibility and as evidence in this case. If you find that the earlier statement is consistent with the witness's present testimony in court, you may consider this consistency in judging the credibility of the witness here at trial and as proof that what was said in the earlier statement was true. It is for you to decide whether a witness made a statement on an earlier occasion and whether it was in fact consistent with the witness's in-court

---

[1] Victim L and Victim N are identified by pseudonym only for purposes of this filing. The government requests that they be identified by name in this Court's final instructions to the jury.

testimony here.[2]

Such an instruction is warranted here because Victim L and Victim N's prior consistent statements have been admitted as substantive evidence in this case pursuant to Fed. R. Ev. 801(d)(1)(b).  *See* Government's Trial Exhibits 48, 49, 51, and 52.  The jury needs to be instructed on how they can consider Victim L and Victim N's prior consistent statements since "a witness's earlier testimony or statements are not *ordinarily* offered or received as evidence of their truth or accuracy."  *See* Eleventh Circuit Pattern Instruction T2 (2024) (emphasis added).

Moreover, appellate courts have approved instructions similar to the government's proposed instruction here.  *See* Third Circuit Pattern Criminal Jury Instructions § 2.15 (Prior Consistent Statements)[3]; *see also United States v. Ward*, 21 F.3d 264, 265 (8th Cir. 1994) ("Defendant complains, first, about the instruction that prior consistent statements of certain witnesses could be considered 'as evidence of the truth of the matters contained in' them. Defendant asserts that this direction improperly emphasized a particular piece of evidence and improperly commented on the weight to be given the relevant testimony. We reject this contention. The instruction was an unarguably correct statement of the law and the jury was entitled to know what the law was.").  Likewise, such an instruction is appropriate here.

                                              Respectfully submitted,

                                              HAYDEN O'BYRNE
                                              UNITED STATES ATTORNEY

                               By:   */s/ Lacee Elizabeth Monk*
                                   Lacee Elizabeth Monk
                                   Assistant United States Attorney

---

[2] The proposed instruction is based upon 1 Criminal Jury Instructions for DC Instruction 2.217 (2024).

[3] The Third Circuit's pattern jury instructions are available at https://www.ca3.uscourts.gov/model-criminal-jury-table-contents-and-instructions.

Florida Bar No. 100322
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132-2111
Telephone: (305) 961-9427
Email: lacee.monk@usdoj.gov

*/s/ Jessica L. Urban*
Jessica L. Urban
Florida Special Bar ID No. A5503222
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 353-4146
Email: Jessica.Urban@usdoj.gov

*/s/ Eduardo Palomo*
Eduardo Palomo
Florida Special Bar ID No. A5503186
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Eduardo.Palomo2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2025, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

*/s/ Lacee Elizabeth Monk*
Lacee Elizabeth Monk
Assistant United States Attorney