UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.24-CR-20008 -LEIBOWITZ
USA v. MICHAEL KARL GEILENFELD

# JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

Can we see a transcript of the testimony of ▇▇▇▇▇▇▇▇ taken on February 11th or February 12th?

SIGNED ▇▇▇▇▇▇▇▇    DATE: 02/20/25    TIME: 12:46PM
Person of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

SIGNED: _____    DATE: _____    TIME: _____
DAVID LEIBOWITZ
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20008 -LEIBOWITZ
USA v. MICHAEL KARL GEILENFELD

## JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

Can we get the testimony of ___starting at the question "met with Homeland Security in 2020"; and ending with "you showed me the document and refreshed my memory." during the cross examination of Mr. Gilbert.

SIGNED: _____   DATE: 2/20/25   TIME: 2:25 PM
Foreperson of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

SIGNED: _____   DATE: _____   TIME: _____
DAVID LEIBOWITZ
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20008 -LEIBOWITZ
USA v. MICHAEL KARL GEILENFELD

## JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

Please cancel our last request.

SIGNED: _____  DATE: 2/20/25  TIME: 3:04 PM
Foreperson of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

SIGNED: _____  DATE: _____  TIME: _____
DAVID LEIBOWITZ
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20008 -LEIBOWITZ
USA v. MICHAEL KARL GEILENFELD

## JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

The jury is ready.

SIGNED: _____   DATE: 02/20/25   TIME: 3:08PM
    Foreperson of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

SIGNED: _____   DATE: _____   TIME: _____
    DAVID LEIBOWITZ
    UNITED STATES DISTRICT JUDGE