UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-20008-CR-LEIBOWITZ(s)(s)</u>
18 U.S.C. § 2423(b)
18 U.S.C. § 2423(c)
18 U.S.C. § 2428

**UNITED STATES OF AMERICA**

vs.

**MICHAEL KARL GEILENFELD,**

     **Defendant.**
_____/

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Traveling in Foreign Commerce with the Purpose of Engaging in Illicit Sexual Conduct
### 18 U.S.C. § 2423(b)

From in or around May 2005, through in or around December 2010, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

**COUNT 2**
**Engaging in Illicit Sexual Conduct in a Foreign Place**
**18 U.S.C. § 2423(c)**

From in or around 2007, through in or around 2010, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 1, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

**COUNT 3**
**Engaging in Illicit Sexual Conduct in a Foreign Place**
**18 U.S.C. § 2423(c)**

In or around 2009, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 2, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 4
**Engaging in Illicit Sexual Conduct in a Foreign Place**
**18 U.S.C. § 2423(c)**

From in or around 2008, through in or around 2009, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 3, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 5
**Engaging in Illicit Sexual Conduct in a Foreign Place**
**18 U.S.C. § 2423(c)**

From in or around 2005, through in or around 2010, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 5, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

**COUNT 6**
**Engaging in Illicit Sexual Conduct in a Foreign Place**
**18 U.S.C. § 2423(c)**

From in or around May 2005, through on or about April 17, 2006, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 6, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

**COUNT 7**
**Engaging in Illicit Sexual Conduct in a Foreign Place**
**18 U.S.C. § 2423(c)**

From in or around 2007, through in or around 2009, in Haiti and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 7, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).