## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**MICHAEL KARL GEILENFELD**,

      Defendant.

_____/

### ORDER SETTING DATE, TIME, AND

### PROCEDURES FOR SENTENCING HEARING

THIS CAUSE came before the Court upon the conclusion of the Defendant's Jury Trial.  It is hereby **ORDERED AND ADJUDGED** that a sentencing hearing is set in this matter for **Monday May 5, 2025, at 10:00 a.m.** in the Miami Division, Courtroom 12-1, before Judge David Leibowitz.

### SENTENCING PROCEDURES

1. The Probation Office shall disclose the Draft Presentence Investigation Report ("PSR") no later than **35 days** prior to the sentencing hearing.

2. Each party shall file its objections, if any, to the Draft PSR and any motions for sentencing departures or variances no later the **14 days** after the disclosure of the Draft PSR.  The non-moving party will then have **7 days** to respond.

3. The Probation Office shall disclose the Final PSR and Addendum no later than **15 days** before the sentencing hearing.  Each party shall, no later than **10 days** before the sentencing hearing, file a notice of setting forth all previously filed objections that have been resolved and all objections that remain outstanding.

4. The Court has set aside **120 minutes in total** for this hearing.  If any party requires more time, counsel for that party shall file, no later than **10 days** prior to the hearing, a

CASE NO. 24-20008-CR-LEIBOWITZ

motion for more time in which the moving party shall lay out exactly how much time will be needed and why (including but not limited to the need to submit evidence at the hearing or the need to accommodate any victims, witnesses, or supporters of the Defendant who wish to be heard at the hearing).

**DONE AND ORDERED** in Southern District of Florida on February 24, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record