UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL KARL GEILENFELD**,

    Defendant.

_____/

**ORDER ON VALERIE DICKERSON'S MOTION TO QUASH WITNESS SUBPOENA**

THIS CAUSE came before the Court on Motion to Quash Witness Subpoena by Valerie Dirksen [ECF No. 130].  Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **DENIED** as **MOOT**.

**DONE AND ORDERED** in the Southern District of Florida this February 24, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record