UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ(s)(s)

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

Defendant.
_____/

### GOVERNMENT'S INDEX OF ADMITTED TRIAL EXHIBITS

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files this Index of Admitted Trial Exhibits that are being electronically filed ("e-filed") with the Clerk of the Court for retention.

Government's admitted trial exhibits 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 15, 20, 28, 32, 34, 35, 36, 37, 40, 41, 42, 44, 46, 47, 48, 49, 50, 51, and 52 are attached.

| GOVERNMENT EXHIBIT NO. | FILING TYPE | DESCRIPTION OF EXHIBITS |
|---|---|---|
| 1 | Electronic | St. Joseph Family Sponsorship Program brochure |
| 2 | Electronic | St. Joseph Family Educational Sponsorship page for Minor Victim 1 |
| 3 | Electronic | St. Joseph Family Sponsorship page for Minor Victim 1 |
| 4 | Electronic | St. Joseph Family Educational Sponsorship page for Minor Victim 2 |
| 5 | Electronic | St. Joseph Family Sponsorship page for Minor Victim 2 |
| 7 | Electronic | Lekol Sen Trinite sponsorship page for Minor Victim 7 |
| 8 | Electronic | St. Joseph Family Educational Sponsorship page for Minor Victim 7 |

| GOVERNMENT EXHIBIT NO. | FILING TYPE | DESCRIPTION OF EXHIBITS |
|---|---|---|
| 9 | Electronic | St. Joseph Family Sponsorship page for Minor Victim 7 |
| 10 | Electronic | St. Joseph Family Educational Sponsorship page for Witness 2 |
| 11 | Electronic | St. Joseph Family Sponsorship page for Witness 2 |
| 12 | Electronic | Photos of Minor Victim 2 |
| 13 | Electronic | Photo including Minor Victim 6 |
| 15 | Electronic | SJF photo |
| 20 | Electronic | Photo of Chapel |
| 28 | Electronic | Newspaper article regarding Victim K |
| 32 | Electronic | Newspaper article regarding Victim N |
| 34 | Electronic | Michael Geilenfeld's birth certificate |
| 35 | Electronic | CBP records for Michael Geilenfeld's travel |
| 36 | Electronic | CBP records for Minor Victim 6's travel |
| 37 | Electronic | DHS records for Minor Victim 6's travel |
| 40 | Electronic | I-94 records for Victim K |
| 41 | Electronic | Photo including Victim K |
| 42 | Electronic | Photo of Victim K |
| 44 | Electronic | Photo of Victim K's credentials |
| 46 | Electronic | Stipulation regarding identities |
| 47 | Electronic | Passport of Victim K |
| 48 | Electronic | Prior statement of Victim N at U.S. Embassy |
| 49 | Electronic | Letter from Victim N and Victim L to Michael Geilenfeld |

| GOVERNMENT EXHIBIT NO. | FILING TYPE | DESCRIPTION OF EXHIBITS |
|---|---|---|
| 50 | Electronic | Stipulation regarding Michael Geilenfeld's arrest |
| 51 | Electronic | Prior statement of Victim L at U.S. Embassy |
| 52 | Electronic | Email from Victim L to Michael Geilenfeld |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   **Lacee Elizabeth Monk**
LACEE ELIZABETH MONK
Assistant United States Attorney
Florida Bar No. 100322
U.S. Attorney's Office
99 N.E. 4th Street, Suite 500
Miami, Florida 33132-2111
Telephone: (305) 961-9427
Email: Lacee.Monk@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the **February 28, 2025**, the undersigned electronically filed

the foregoing document, with the Clerk of the Court using CM/ECF.

**Lacee Elizabeth Monk**
LACEE ELIZABETH MONK
Assistant United States Attorney