

## St. Joseph Family Educational Sponsorship Program
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2008-2009
### STUDENT SPONSORSHIP INFORMATION



For more information about the sponsorship program please contact R▓▓▓ at ▓▓▓▓@hotmail.com

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Full name:** ▓▓▓▓▓▓▓▓▓▓▓▓

**Birth date:** ▓▓▓▓, 1994
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Fourth grade

**When joined SJF:** 2006
**Previous SJF residences:** Trinity House
**Activities involved in at SJF:** Boy Scouts, dance

**Favorite activities:** Soccer and school
**Favorite foods:** Rice with bean sauce, chicken
**Favorite subject in school:** French and history
**Dreams for the future:** To be a plumber



▓▓▓▓▓▓▓▓▓▓▓ is known by the nickname ▓▓▓▓▓▓. That nickname was given to him by the nuns who ran the orphanage he lived in before he came to the St. Joseph Family.

▓▓▓▓▓▓▓ was born in Port-au-Prince. His mother could not care for him and he lived with his aunt. His father abandoned him. He has six brothers. His aunt had a hard time caring for him because she had many children of her own, so when he was five-years-old she took him to an orphanage. In 2006, ▓▓▓▓▓▓▓ came to the St. Joseph Family, along with ▓▓▓▓▓▓ and ▓ because there was a problem at the other orphanage and it closed.

▓▓▓▓▓▓▓ is very happy to now be a member of the St. Joseph Family. He is a quiet and serious young man.

▓▓▓▓▓▓▓ loves going to school, mainly because he knows that by getting an education he will be ready to take care of himself when he becomes an adult.



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 2