


GOVERNMENT EXHIBIT

CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 3



## St. Joseph Family Sponsorship Program
Providing for the educational needs of the young men living at St. Joseph's Home for Boys and Trinity House

### 2013-2014
Student Sponsorship Information

For more information please contact R▮▮▮ at ▮▮▮▮@hotmail.com



**Full name:**
**Nickname:**

**Birth date:** ▮▮▮ 1994
**Residence:** Trinity House
**School:** Condensé Leroy
**Class:** Ninth grade

**When joined SJF:** 2006
**Previous SJF residences:** St. Joseph's Home for Boys

**Favorite activities:** Soccer, school
**Favorite foods:** Rice with bean sauce, chicken
**Favorite subject in school:** French, history, geography
**Dreams for the future:** He wants to be a professional soccer payer or an actor

▮▮▮▮ is known by the nickname ▮▮▮▮. That nickname was given to him by the nuns who ran the orphanage he lived in before he came to the St. Joseph Family.

▮▮▮▮ was born in Port-au-Prince. His mother could not care for him and he lived with his aunt. His father abandoned him. He has six brothers. His aunt had a hard time caring for him because she had many children of her own, so when he was five-years-old she took him to an orphanage. In 2006, ▮▮▮▮ came to the St. Joseph Family, along with two other boys because there was a problem at the other orphanage and it closed.

▮▮▮▮ is very happy to now be a member of the St. Joseph Family. ▮▮▮▮ loves going to school, mainly because he knows that by getting an education he will be ready to take care of himself when he becomes an adult.

▮▮▮▮ loves to act an tell jokes. He often finds opportunities to perform his skits for visitors and around Jacmel.

▮▮▮▮ was able to skip sixth grade because when he finished the school year at Trinity House following the earthquake in 2010 he took the state exam at the end of his fifth year that normally would be taken at the end of sixth grade and he passed the exam.

▮▮▮▮'s grandmother was killed in the January 12, 2010, earthquake.