


## St. Joseph Family Sponsorship Program
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2013-2014
Student Sponsorship Information

For more information please contact R▓▓ at ▓▓▓▓▓@hotmail.com



**Full name:** ▓▓▓▓▓▓▓▓▓

**Birth date:** ▓▓▓▓, 1996
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau Collège Concordia
**Class:** Seventh grade

**When joined SJF:** 2008
**Previous SJF residences:** Trinity House

**Favorite activities:** Soccer, basketball, singing
**Favorite foods:** Cornmeal with bean sauce and fish, plantains
**Favorite subject in school:** Science, math, biology
**Dreams for the future:** He wants to be a soccer player or a mechanical or computer technician

▓▓▓▓▓▓ is sometimes known by the nickname ▓▓▓▓.

▓▓▓▓ is from Fermathe, the village where Wings of Hope is located. His family is very poor and had a hard time caring for him. ▓▓▓▓'s family attends St. Jacques Catholic Church in Fermathe. ▓▓▓▓ attended a catechism class at the church which was taught by Sr. ▓▓, the nun who lives at Wings of Hope. His family asked Sr. ▓▓ to help them find a place for ▓▓▓▓ to live and go to school. Sr. ▓▓ asked the St. Joseph Family to take ▓▓▓▓ in.

▓▓▓▓ is happy to be in a place where he is well-cared for and supported.

