

# LEKÒL SEN TRINITE
## JACMEL, HAITI

A school for the children of Jacmel based on the community outreach model at Trinity House, a member of the St. Joseph's Family

### 2006-2007
### STUDENT SPONSORSHIP INFORMATION

For more information about the sponsorship program please contact R▮▮▮ at ▮▮▮@hotmail.com
For more information about Lekòl Sen Trinite please contact A▮▮▮ at ▮▮▮@yahoo.com



▮▮▮ is a ten-year-old boy. He lives with his aunt in the neighborhood surrounding Trinity House. He has one sister and four brothers, all of whom are older than he. He likes school, especially learning to read and speak well. He says that he likes coming to school because he knows it will put him ahead in his life. He also likes the fact that the school is clean. ▮▮▮ has excellent penmanship and likes to practice writing in both Kreyol and English. Outside of school, ▮▮▮ likes painting and drawing and wants to be an artist when he grows up. He also wants to learn to play the guitar.

GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 7