

## St. Joseph Family Educational Sponsorship Program
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2008-2009
### STUDENT SPONSORSHIP INFORMATION

For more information about the sponsorship program please contact ▆▆▆ at ▆▆▆@hotmail.com





**Full name:** ▆▆▆▆▆▆

**Birth date:** ▆▆▆▆▆▆, 1996
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Fourth grade

**When joined SJF:** April 2007
**Previous SJF residences:** Trinity House
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Soccer, piano, dance, art and singing
**Favorite foods:** Cornmeal, rice, bean sauce
**Favorite subject in school:** French, math and science
**Dreams for the future:** Plumber, house builder and mechanic

▆▆▆ came to the St. Joseph Family as a student at Lekòl Sen Trinite. At that time he lived with his mother in Jacmel and attended Lekòl Sen Trinite. He has five brothers and two sisters. His father abandoned him when he was very young.

In the spring of 2007 ▆▆▆'s mother died and he went to live with an aunt, but she did not treat him well. There was no one else who could take care of him, so the leadership at Trinity House invited him to live there and to become a member of the St. Joseph Family. During the summer of 2007 he moved to St. Joseph's Home for Boys.

▆▆▆ is active in the St. Joseph's Boy Scout troop. He is emerging as one of the young leaders of the house. He is a quiet but friendly young man. ▆▆▆ also loves to sing and often sings solos at the Sunday worship service at St. Joseph's.



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 8