


## St. Joseph Family Sponsorship Program

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2012-2013
### Student Sponsorship Information

For more information please contact R███ at ███████@hotmail.com





**Full name:** ███████████

**Birth date:** ███████, 1993
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau Collège Concordia
**Class:** Second level of secondary school

**When joined SJF:** 2006
**Previous SJF residences:** Trinity House

**Favorite activities:** Piano, studying, reading, practicing French and English
**Favorite foods:** Rice and beans with vegetables
**Favorite subject in school:** French, English and biology
**Dreams for the future:** He wants to work with computer technology and teach English

██████ was born in Carrefour, an area near downtown Port-au-Prince. When he was five-years-old he ████████████████████████. His parents took him to a hospital and after he was treated they took him to an orphanage and abandoned him there. The people who ran the other orphanage took ██████ to France, where he lived for three years before returning to Haiti. Several years after he came back to Haiti there was a problem at the orphanage and it had to close. ██████, along with two other boys, came to the St. Joseph Family.

██████ is a quiet young man with a glowing smile. He likes to play piano. ██████ likes going to school, mainly because he knows it will help to prepare him for the future.



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 11