# Garrigan's Homecoming Makes Happy Memories

Crisp fall weather, high-spirited youngsters, a few spooks and goblins thrown in for good measure, and you have a taste of Garrigan's 1984 homecoming.

The spooks surfaced in the Friday afternoon parade. They had as much fun as the marching band, the drill team, the cheerleaders and the football players as they all marched down State Street. The queen and her court sat on the backs of convertibles, waving and shivering in the chilly wind.

D T and C S reigned over the festivities as queen and king. They were crowned during the Thursday evening pep rally.

Earlier in the week, Garrigan students got in the swing of things by having "clash day". They vied with each other to see who could come up with the most outlandish outfit for the day. The halls of Garrigan fairly quivered with plaids, stripes, and wild prints, all worn together.

The traditional homecoming liturgy was held Friday afternoon in the Garrigan gym with Father R B former assistant at St. Cecelia's, the celebrant.

The annual celebration climaxed with a victory Friday night as the Golden Bears topped previously unbeaten Winterset 10-7. The game marked the 9th time Coach L W has presented returning alums with a win to cheer about on homecoming.



The winning field goal is kicked by with J second quarter and provided the margin of victory for the holding. The 24-yard boot came early in the Bears.



███████ didn't like football when he first came here from Port-au-Prince, Haiti, via Los Angeles. Now he's a kicker on the Garrigan team, illustrating the adaptability of the young.

The 15-year-old is living with M████ and H██ G██████ this year, trying hard to improve his English. He came to this country with the G██████'s son, Brother Michael, who spent time in Haiti as a missionary. Brother Michael is in Los Angeles now after arranging for ████ to live with ████████ and attend Garrigan.

At home, ████'s father works in a hospital and his mother helps in the church. He has 3 brothers and 2 sisters.

████ loves biking, frisbie, golf and volleyball, in addition to his new-found enjoyment of football.

To these youngsters, we say "Welcome to Algona".