

DATE:   Monday        February 05, 2024

A. I HEREBY CERTIFY that the annexed documents listed or described below, as redacted to remove sensitive personal identifying information (PII) of CBP employees and/or sensitive internal security codes, are true and correct copies of official records (or extracts there from) maintained _____TECS_____ and that I am the custodian thereof: Information on the following for __January 01, 1999__ through __December 31, 2023__:

Michael Karl GEILENFELD, DOB ____/1952
   Person Encounter History                       120 Records
   Travel Document Number 701970625        87 Records



Signature

Custodian of Record
Title

B. I HEREBY CERTIFY that ___B___ G_____ who signed the foregoing certificate was at the time of signing __Designated Custodian of Record__ and as such, was the legal custodian of the above listed documents, and that full faith and credit should be given to such a certificate.



IN TESTIMONY WHEREOF I have hereunto set my hand, and caused the seal of the U. S. Customs and Border Protection, Department of Homeland Security to be affixed this ____fifth____ day of ____February____ Two Thousand and Twenty-Four.

By direction of the Secretary, U.S. Department of Homeland Security:





GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 35



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:40 EST
Page 1 of 8

### Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 01/01/1999 | 12/31/2023 | | 23:59 |

| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
|---|---|---|---|
| | | | |

### Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
|---|---|---|---|---|
| GEILENFELD* | MICHAEL | | /1952 | |

| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
|---|---|---|---|---|---|---|
| Not Selected | | | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | | | 03/19/2020 00:00 | AA | 1971 | O | | | APIS | NOT ON BOARD | | | PUJ | CLT |
| GEILENFELD | MICHAEL KARL | 1952 | P | 506310209 | 12/21/2019 22:30 | UA | 1934 | I | A534 | | APIS | ON BOARD | | CUSTOMS | IAH | PUJ |
| GEILENFELD | MICHAEL KARL | 1952 | | | 12/21/2019 00:00 | UA | 1933 | O | | | APIS | ON BOARD | | | PUJ | IAH |
| GEILENFELD | MICHAEL | 1952 | P | 506310209 | 05/08/2019 09:29 | AA | 1317 | I | A520 | | APIS | ON BOARD | | MANY | MIA | PUJ |
| GEILENFELD | MICHAEL KARL | 1952 | P | 506310209 | 05/07/2019 17:39 | AA | 2593 | O | A520 | | APIS | | | | PUJ | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 506310209 | 05/07/2019 00:00 | AA | 1971 | O | | | APIS | NOT ON BOARD | | | PUJ | CLT |
| GEILENFELD | MICHAEL KARL | 1952 | P | 506310209 | 04/17/2019 18:28 | DL | 901 | I | A471 | | APIS | ON BOARD | | INS | JFK | SDQ |
| GEILENFELD | MICHAEL KARL | 1952 | | | 04/12/2019 00:00 | DL | 985 | I | | | APIS | NOT ON BOARD | | | JFK | SDQ |
| GEILENFELD | MICHAEL KARL | 1952 | P | 506310209 | 01/10/2017 00:00 | UA | 1663 | O | | | APIS | ON BOARD | | | PUJ | ORD |
| GEILENFELD | MICHAEL | 1952 | P | 506310209 | 03/06/2016 17:54 | DL | 324 | I | A171 | | APIS | ON BOARD | | | ATL | SDQ |
| GEILENFELD | MICHAEL | 1952 | P | 506310209 | 02/28/2016 00:00 | AA | 987 | O | | | APIS | ON BOARD | | | SDQ | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 506310209 | 02/23/2016 18:19 | AA | 535 | I | A263 | | APIS | ON BOARD | | | PHX | SJD |
| GEILENFELD | MICHAEL | 1952 | P | 506310209 | 02/09/2016 00:00 | AA | 534 | O | | | APIS | ON BOARD | | | SJD | PHX |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:40 EST                                                                                                         Page 2 of 8

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | 506310209 | 11/27/2015 12:25 | AA | 1026 | I | A520 | | APIS | ON BOARD | | | MIA | SDQ |
| GEILENFELD | MICHAEL | 1952 | P | 506310209 | 07/25/2015 00:00 | B6 | 1709 | O | | | APIS | ON BOARD | | | PAP | FLL |
| GEILENFELD | MICHAEL KARL | 1952 | P | 720363933 | 06/09/2015 10:51 | AA | 1154 | I | A520 | | APIS | ON BOARD | | | MIA | SDQ |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 08/13/2014 00:00 | DL | 685 | O | | | APIS | ON BOARD | | | PAP | ATL |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 08/10/2014 16:51 | DL | 684 | I | A174 | | APIS | ON BOARD | | | ATL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 05/20/2014 00:00 | AA | 1665 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 05/18/2014 11:41 | AA | 377 | I | A520 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 03/01/2014 00:00 | AA | 1665 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 02/28/2014 00:00 | AA | 201 | O | | | APIS | NOT ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 02/24/2014 12:21 | AA | 377 | I | A520 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 486961538 | 01/21/2014 00:00 | AA | 377 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 486961538 | 01/20/2014 19:20 | BA | 209 | I | A520 | | APIS | ON BOARD | | | MIA | LHR |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 01/17/2014 19:41 | AA | 201 | I | A520 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 486961538 | 01/17/2014 00:00 | BA | 204 | O | | | APIS | ON BOARD | | | LHR | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 10/09/2013 00:00 | AA | 1665 | I | | | APIS | NOT ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 01/28/2013 00:00 | AA | 377 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 01/27/2013 00:00 | AA | 1462 | I | A52B | | APIS | ON BOARD | | | MIA | PAP |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:40 EST                                                                 Page 3 of 8

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 09/17/2011 00:00 | AA | 813 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/30/2011 13:16 | AA | 1988 | I | A522 | | APIS | ON BOARD | | | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/07/2011 00:00 | AA | 809 | O | | | APIS | | | | STT | |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/03/2011 12:03 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/11/2011 00:00 | AA | 809 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 04/29/2011 12:00 | AA | 816 | I | A524 | | AIRLINE (NOT API) | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/29/2011 00:00 | AA | 816 | I | ABFT | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/26/2011 00:00 | AA | 377 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 03/16/2011 15:12 | AA | 822 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/25/2011 00:00 | AA | 1291 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/21/2011 13:07 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/14/2010 00:00 | AA | 803 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 12/07/2010 15:35 | AA | 1042 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 11/07/2010 00:00 | AA | 837 | O | | | APIS | | | | PAP | JFK |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 11/04/2010 13:44 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/09/2010 00:00 | AA | 1729 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 07/30/2010 15:46 | AA | 1004 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/06/2010 00:00 | AA | 1291 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/29/2010 12:50 | OW | 4807 | I | A492 | | APIS | ON BOARD | | | SJU | SDQ |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/23/2010 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/19/2010 12:14 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/26/2010 00:00 | AA | 1291 | O | | | APIS | ON BOARD | | | PAP | MIA |

016572                                                                                                                   016572

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:40 EST                                                                                    Page 4 of 8

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/22/2010 12:21 | AA | 880 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 01/06/2010 00:00 | AA | 625 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/30/2009 15:26 | AA | 866 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 12/30/2009 00:00 | AA | 866 | I | A52B | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/16/2009 00:00 | AA | 625 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/10/2009 19:46 | AA | 1908 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | VN | | 12/10/2009 00:00 | AA | 1908 | I | ABFT | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 12/09/2009 00:00 | AA | 1908 | I | ABFT | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KERL | /1952 | P | 701970625 | 10/13/2009 00:00 | AA | 803 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KERL | /1952 | P | 701970625 | 09/25/2009 13:09 | AA | 1988 | I | A522 | | APIS | ON BOARD | | | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/04/2009 00:00 | AA | 803 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/23/2009 15:01 | AA | 822 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/26/2009 00:00 | AA | 1291 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/20/2009 00:00 | AA | 822 | I | ABFT | | APIS | PASSENGER | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 11/19/2008 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 10/31/2008 16:56 | AA | 822 | I | A524 | | APIS | PASSENGER | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 11/15/2007 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 10/31/2007 17:04 | AA | 822 | I | A524 | | APIS | PASSENGER | | MANY | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 09/25/2007 00:00 | AA | 807 | O | | | APIS | PASSENGER | | | PAP | FLL |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 09/11/2007 16:03 | AA | 822 | I | A520 | | APIS | PASSENGER | | MANY | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 09/03/2007 00:00 | AA | 377 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/29/2007 14:34 | AA | 1988 | I | A522 | | APIS | PASSENGER | | CUSTOMS | FLL | PAP |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:40 EST                                                                                   Page 5 of 8

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/05/2007 00:00 | AA | 1291 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/01/2007 12:42 | AA | 816 | I | A524 | | APIS | PASSENGER | | CUSTOMS | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 11/06/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 10/25/2006 14:05 | AA | 1988 | I | A522 | | APIS | | | | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 10/06/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 09/27/2006 15:29 | AA | 822 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | PPS001510 | 06/08/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/31/2006 13:27 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/07/2006 13:03 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 10/28/2005 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 10/09/2005 14:12 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/13/2005 00:00 | AA | 807 | O | | | APIS | | | | PAP | FLL |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/03/2005 18:44 | AA | 1908 | I | A520 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/01/2004 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 10/23/2004 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 10/08/2004 12:41 | AA | 1646 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 09/06/2004 00:00 | AA | 657 | O | | | APIS | | | | PAP | JFK |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 08/17/2004 12:49 | AA | 1646 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/04/2004 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 07/17/2004 15:38 | AA | 822 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/14/2004 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/13/2004 10:30 | NW | 1840 | I | A354 | | APIS | | | | MSP | YXE |

016574

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:40 EST                                                                                           Page 6 of 8

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/06/2004 12:59 | AA | 788 | I | A522 | | APIS | | | | FLL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 02/05/2004 12:12 | AA | 328 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/27/2003 00:00 | AA | 703 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/07/2003 12:02 | AA | 328 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/20/2003 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/01/2003 15:10 | AA | 1646 | I | A524 | | APIS | | | CUSTOMS | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 07/25/2003 00:00 | AA | 703 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 06/16/2003 19:42 | AA | 808 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/26/2003 00:00 | AA | 657 | O | | | APIS | | | | PAP | JFK |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/14/2003 18:48 | AA | 1272 | I | A473 | | APIS | | | | JFK | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/11/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/11/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/03/2002 15:35 | AA | 1646 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/22/2002 00:00 | AA | 1291 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/16/2002 18:04 | AA | 1908 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/14/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/28/2002 12:16 | AA | 328 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 034121975 | 09/27/2001 19:41 | AA | 1908 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 034121975 | 07/06/2001 18:01 | AA | 1908 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 034121975 | 06/22/2001 18:44 | AA | 1908 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 034121975 | 10/30/2000 18:20 | AA | 1292 | I | | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 034121975 | 08/15/2000 00:00 | AA | 1292 | I | | | APIS | | | | MIA | PAP |

016575

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:40 EST                                                                                           Page 7 of 8

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL KARL | /1952 | P | 034121975 | 12/08/1999 00:00 | AA | 1646 | I | | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | 034121975 | 03/11/1999 17:18 | AA | 1292 | I | 5206 | | APIS | | | | MIA | PAP |

Total Number of Records: 120

### Legend

#### Loc

| Codes | Value |
|---|---|
| ORD | O'HARE INTERNATIONAL |
| SDQ | SANTO DOMINGO, LAS AMERICAS |
| PHX | SKY HARBOR INTL, PHOENIX |
| PUJ | PUNTA CANA, DOM REP |
| MIA | MIAMI INTL, FL |
| FLL | FORT LAUDERDALE, FL |
| YXE | SASKATOON, CANADA |
| CLT | DOUGLAS, CHARLOTTE |
| MSP | ST PAUL INTL |
| SJD | LOS CABOS |
| JFK | JOHN F KENNEDY INTL |
| IAH | HOUSTON INTERCONTINENTAL |
| STT | C.E. KING |
| LHR | LONDON / HEATHROW INTL |
| ATL | WILLIAM B HARTSFIELD |
| PAP | PORT AU PRINCE, MAIS GATE |
| SJU | SAN JUAN, LUIS MUNOZ MARIN INTL |

#### Doc Type

| Codes | Value |
|---|---|
| P | P - PASSPORT |
| VN | VN - VISA NON-IMMIGRANT |

#### Site Code

016576

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:40 EST                                                                                 Page 8 of 8

| Codes | Value |
|---|---|
| A524 | A524 - CBP-MIAMI, AIRPORT CNTRL TERML |
| A522 | A522 - CBP-FT LAUDERDALE, INTL APT T4 |
| A534 | A534 - CBP-HOUSTON, BUSH INTL AIRPORT |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A354 | A354 - CBP-MINNEAPOLIS, LINDBERGH TERMINAL T1 |
| A263 | A263 - CBP-PHOENIX, SKY HARBOR INTL |
| ABFT | ABFT - INS-MIAMI OGC *HIST* |
| A473 | A473 - NEW YORK, JFK AIRPORT, TERM 8 |
| A492 | A492 - CBP-SAN JUAN, MUNOZ MARIN IAP |
| A471 | A471 - NEW YORK, JFK AIRPORT, TERM 4 |
| A174 | A174 - CBP-ATLANTA, HARTSFIELD TERM F |
| A171 | A171 - CBP-ATLANTA, HARTSFIELD INTLAP |
| A52B | A52B - MIAMI, AIRPORT, GEN AVIATION |
| 5206 | 5206 - 5206 |

016577

016577

**For Official Use Only / Law Enforcement Sensitive**

Case 1:24-cr-20008-DSL   Document 142-18   Entered on FLSD Docket 02/28/2025   Page 10 of 15



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:48 EST                                                                                           Page 1 of 6

### Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 01/01/1999 | 12/31/2023 | 00:00 | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
|  |  |  |  |

### Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
|---|---|---|---|---|
|  |  |  |  | USA - UNITED STATES |
| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
| Not Selected | 701970625 |  |  |  |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 09/17/2011 00:00 | AA | 813 | O |  |  | APIS | ON BOARD |  |  | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/30/2011 13:16 | AA | 1988 | I | A522 |  | APIS | ON BOARD |  |  | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/07/2011 00:00 | AA | 809 | O |  |  | APIS |  |  |  | STT |  |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/03/2011 12:03 | AA | 816 | I | A524 |  | APIS | ON BOARD |  |  | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/11/2011 00:00 | AA | 809 | O |  |  | APIS | ON BOARD |  |  | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 04/29/2011 12:00 | AA | 816 | I | A524 |  | AIRLINE (NOT API) | ON BOARD |  |  | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/29/2011 00:00 | AA | 816 | I | ABFT |  | APIS | ON BOARD |  |  | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/26/2011 00:00 | AA | 377 | O |  |  | APIS | ON BOARD |  |  | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 03/16/2011 15:12 | AA | 822 | I | A524 |  | APIS |  |  |  | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/25/2011 00:00 | AA | 1291 | O |  |  | APIS | ON BOARD |  |  | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/21/2011 13:07 | AA | 816 | I | A524 |  | APIS | ON BOARD |  |  | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/14/2010 00:00 | AA | 803 | O |  |  | APIS | ON BOARD |  |  | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 12/07/2010 15:35 | AA | 1042 | I | A524 |  | APIS | ON BOARD |  |  | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 11/07/2010 00:00 | AA | 837 | O |  |  | APIS |  |  |  | PAP | JFK |

**For Official Use Only / Law Enforcement Sensitive**

Case 1:24-cr-20008-DSL   Document 142-18   Entered on FLSD Docket 02/28/2025   Page 11 of 15



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:48 EST                                                                                       Page 2 of 6

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 11/04/2010 13:44 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEINFELD | MICHAEL | /1952 | P | 701970625 | 10/06/2010 00:00 | AA | 9250 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEINFELD | MICHAEL | /1952 | P | 701970625 | 10/05/2010 00:00 | AA | 575 | O | | | APIS | NOT ON BOARD | | | PAP | MIA |
| GEINFELD | MICHAEL | /1952 | P | 701970625 | 09/07/2010 12:56 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/09/2010 00:00 | AA | 1729 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 07/30/2010 15:46 | AA | 1004 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/06/2010 00:00 | AA | 1291 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/29/2010 12:50 | OW | 4807 | I | A492 | | APIS | ON BOARD | | | SJU | SDQ |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/23/2010 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/19/2010 12:14 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/26/2010 00:00 | AA | 1291 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/22/2010 12:21 | AA | 880 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 01/06/2010 00:00 | AA | 625 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/30/2009 15:26 | AA | 866 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/16/2009 00:00 | AA | 625 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/10/2009 19:46 | AA | 1908 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KERL | /1952 | P | 701970625 | 10/13/2009 00:00 | AA | 803 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KERL | /1952 | P | 701970625 | 09/25/2009 13:09 | AA | 1988 | I | A522 | | APIS | ON BOARD | | | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/04/2009 00:00 | AA | 803 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/23/2009 15:01 | AA | 822 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILLENFELD | MICHAEL | /1952 | P | 701970625 | 03/27/2009 19:50 | AA | 1908 | I | | | APIS | REQUEST | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/26/2009 00:00 | AA | 1291 | O | | | APIS | PASSENGER | | | PAP | MIA |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:48 EST

Page 3 of 6

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 02/20/2009 00:00 | AA | 822 | I | ABFT | | APIS | PASSENGER | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 11/19/2008 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/31/2008 16:56 | AA | 822 | I | A524 | | APIS | PASSENGER | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/15/2007 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 10/31/2007 17:04 | AA | 822 | I | A524 | | APIS | PASSENGER | | MANY | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/25/2007 00:00 | AA | 807 | O | | | APIS | PASSENGER | | | PAP | FLL |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/11/2007 16:03 | AA | 822 | I | A520 | | APIS | PASSENGER | | MANY | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/03/2007 00:00 | AA | 377 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/29/2007 14:34 | AA | 1988 | I | A522 | | APIS | PASSENGER | | CUSTOMS | FLL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/05/2007 00:00 | AA | 1291 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/01/2007 12:42 | AA | 816 | I | A524 | | APIS | PASSENGER | | CUSTOMS | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/06/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 10/25/2006 14:05 | AA | 1988 | I | A522 | | APIS | | | | FLL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/06/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/27/2006 15:29 | AA | 822 | I | A524 | | APIS | | | | MIA | PAP |
| GEINLENFELD | MICHAEL KARL | 1952 | P | 701970625 | 08/13/2006 00:00 | AA | 1291 | O | | | APIS | | | | PAP | MIA |
| GEINLENFELD | MICHAEL KARL | 1952 | P | 701970625 | 08/09/2006 13:36 | AA | 816 | I | A524 | | APIS | PASSENGER | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/31/2006 13:27 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MIKAEL KARL | 1952 | P | 701970625 | 05/15/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/07/2006 13:03 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/28/2005 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/09/2005 14:12 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |

**For Official Use Only / Law Enforcement Sensitive**

016580



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:48 EST                                                                                   Page 4 of 6

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/13/2005 00:00 | AA | 807 | O | | | APIS | | | | PAP | FLL |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/03/2005 18:44 | AA | 1908 | I | A520 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/01/2004 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 10/23/2004 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/08/2004 12:41 | AA | 1646 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 09/06/2004 00:00 | AA | 657 | O | | | APIS | | | | PAP | JFK |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 08/17/2004 12:49 | AA | 1646 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/04/2004 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 07/17/2004 15:38 | AA | 822 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/14/2004 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/13/2004 10:30 | NW | 1840 | I | A354 | | APIS | | | | MSP | YXE |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/07/2004 00:00 | NW | 1841 | O | | | APIS | | | | YXE | MSP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/06/2004 12:59 | AA | 788 | I | A522 | | APIS | | | | FLL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 02/05/2004 12:12 | AA | 328 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/27/2003 00:00 | AA | 703 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/07/2003 12:02 | AA | 328 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/20/2003 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/01/2003 15:10 | AA | 1646 | I | A524 | | APIS | | | CUSTOMS | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 07/25/2003 00:00 | AA | 703 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 06/16/2003 19:42 | AA | 808 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/26/2003 00:00 | AA | 657 | O | | | APIS | | | | PAP | JFK |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/14/2003 18:48 | AA | 1272 | I | A473 | | APIS | | | | JFK | PAP |

**For Official Use Only / Law Enforcement Sensitive**

016581



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:48 EST                                                                                                          Page 5 of 6

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/11/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/11/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/03/2002 15:35 | AA | 1646 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/22/2002 00:00 | AA | 1291 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/16/2002 18:04 | AA | 1908 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/14/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/28/2002 12:16 | AA | 328 | I | 5206 | | APIS | | | | MIA | PAP |

Total Number of Records: 87

### Legend

**Loc**

| Codes | Value |
|---|---|
| SDQ | SANTO DOMINGO, LAS AMERICAS |
| STT | C.E. KING |
| MIA | MIAMI INTL, FL |
| FLL | FORT LAUDERDALE, FL |
| YXE | SASKATOON, CANADA |
| MSP | ST PAUL INTL |
| PAP | PORT AU PRINCE, MAIS GATE |
| JFK | JOHN F KENNEDY INTL |
| SJU | SAN JUAN, LUIS MUNOZ MARIN INTL |

**Doc Type**

| Codes | Value |
|---|---|
| P | P - PASSPORT |

**Site Code**

016582

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/30/2024 15:48 EST                                                                 Page 6 of 6

| Codes | Value |
|-------|-------|
| ABFT | ABFT - INS-MIAMI OGC *HIST* |
| A473 | A473 - NEW YORK, JFK AIRPORT, TERM 8 |
| A492 | A492 - CBP-SAN JUAN, MUNOZ MARIN IAP |
| A524 | A524 - CBP-MIAMI, AIRPORT CNTRL TERML |
| A522 | A522 - CBP-FT LAUDERDALE, INTL APT T4 |
| 5206 | 5206 - 5206 |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A354 | A354 - CBP-MINNEAPOLIS, LINDBERGH TERMINAL T1 |

016583

**For Official Use Only / Law Enforcement Sensitive**