

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**



01/16/2020 10:39 EST    Generated By: ▮▮▮▮    Page 1 of 2

### Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 01/01/2001 | 01/07/2020 | 00:00 | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbound-Outbound Indicator** |
|  |  |  |  |

### Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ |  | ▮▮/▮▮/1994 |  |
| **Stolen Document Search** | **Document Number From** | **Document Number To** | **Carrier Code** | **Flight/Vessel Number** | **Gender** | **Citizenship** |
| Not Selected |  |  |  |  |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮▮/▮▮/1994 | P | ▮▮▮▮7830 | 07/26/2009 00:00 | AA | 1729 | O |  | Name No Name N | APIS |  |  | PAP | MIA |
| ▮ | ▮ | ▮▮/▮▮/1994 | P | ▮▮▮▮7830 | 07/02/2009 12:20 | AA | 816 | I | A524 | ▮▮▮▮ | APIS |  |  | MIA | PAP |
| ▮ | ▮ | ▮▮/▮▮/1994 | P | ▮▮▮▮7830 | 05/04/2009 00:00 | AA | 803 | O |  | Name No Name N | APIS |  |  | PAP | MIA |
| ▮ | ▮ | ▮▮/▮▮/1994 | VN | ▮▮▮▮7830 | 04/28/2009 13:49 | MQ | 4603 | I | A794 | ▮▮▮▮ | APIS |  |  | BOS | YYZ |
| ▮ | ▮ | ▮▮/▮▮/1994 | P | ▮▮▮▮7830 | 09/25/2007 00:00 | AA | 807 | O |  | Name No Name N | APIS |  |  | PAP | FLL |
| ▮ | ▮ | ▮▮/▮▮/1994 | P | ▮▮▮▮7830 | 09/19/2007 15:59 | AA | 822 | I | A524 | ▮▮▮▮ | APIS |  |  | MIA | PAP |
| ▮ | ▮ | ▮▮/▮▮/1994 | P | ▮▮▮▮7830 | 09/27/2006 15:43 | AA | 822 | I | A524 | ▮▮▮▮ | APIS |  |  | MIA | PAP |
| ▮ | ▮ | ▮▮/▮▮/1994 | V | ▮▮▮▮8074 | 05/15/2006 00:00 | AA | 803 | O |  | Name No Name N | APIS |  |  | PAP | MIA |
| ▮ | ▮ | ▮▮/▮▮/1994 | P | ▮▮▮▮7830 | 04/17/2006 15:59 | AA | 822 | I | A520 | ▮▮▮▮ | APIS |  |  | MIA | PAP |

Total Number of Records: 9

### Legend

#### Loc

| Codes | Value |
|---|---|
| MIA | MIAMI INTL, FL |
| BOS | BOSTON / LOGAN INTL |
| FLL | FORT LAUDERDALE, FL |
| YYZ | TORONTO, PEARSON INTERNATIONAL |
| PAP | PORT AU PRINCE, MAIS GATE |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/16/2020 10:39 EST                    Generated By: ███████████                    Page 2 of 2

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |
| V | V - VISA |
| VN | VN - VISA NON-IMMIGRANT |

| Site Code | |
|---|---|
| **Codes** | **Value** |
| A524 | A524 - CBP-MIAMI, AIRPORT CNTRL TERML |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A794 | A794 - TORONTO CD, PEARSON, TERM 3 |

016613

**For Official Use Only / Law Enforcement Sensitive**