

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Travel Documents List**

07/22/2019 15:39 EDT          Generated By: J███ O███          Page 1 of 1

| Last Name | First Name | Date of Birth | Gender | Doc Number | Doc Type | Country of Issue | Expiry Date | Status | Photo Ind |
|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | 1994 | M | ███924 | VN - NON-IMMIGRANT VISA | HTI | 11/29/2006 | P - PRINTED | Y |
| ███ | ███ | 1994 | M | ███948 | VN - NON-IMMIGRANT VISA | HTI | 10/11/2007 | P - PRINTED | Y |
| ███ | ███ | 1994 | M | ███719 | VN - NON-IMMIGRANT VISA | HTI | 08/16/2009 | P - PRINTED | Y |
| ███ | ███ | 1994 | M | ███074 | VN - NON-IMMIGRANT VISA | HTI | 08/16/2006 | P - PRINTED | Y |
| ███ | ███ | 1994 | M | ███291 | VN - NON-IMMIGRANT VISA | HTI | 05/16/2009 | P - PRINTED | Y |

Total Number of Records: 5

For Official Use Only / Law Enforcement Sensitive



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 37









