1/7/25, 2:06 PM    Inspection Details

Case 1:24-cr-20008-DSL   Document 142-21   Entered on FLSD Docket 02/28/2025   Page 1 of 12

019581

GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 40

4 of 4

# I-94 Arrival/Departure Record

Admission Number: ▮▮▮▮0000    TECS ID: ▮▮▮▮9556

**Table of Contents**

- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

## Arrival Record

| | |
|---|---|
| Last Name: | ▮▮▮▮ |
| First Name: | ▮▮▮▮ |
| Birth Date: | ▮▮/▮▮/1966 |
| Citizenship: | HAITI (HTI) |
| Sex: | Male |
| Passport: | ▮▮▮▮7812 |
| Country of Residence: | HAITI (HTI) |
| Nationality: | UNK |
| City Boarded From: | — |
| Admission Number: | ▮▮▮▮0000 |
| SAVI Indicator: | None |
| Visa Class: | TEMPORARY VISITOR FOR PLEASURE/TOURISM (B2) |
| Visa Issue City: | PTP - PORT AU PRINCE |
| Date Issued: | ▮▮/▮▮/1987 |
| Date Admission Expires: | ▮▮/▮▮/1988 |
| Conveyance: | EA |
| Arrival Date: | ▮▮/▮▮/1987 |
| Arrival Port: | 019581 |

UNCLASSIFIED — FOR OFFICIAL USE ONLY

MIAMI, FL (MIA)

| Departure Record | 4 of 4 |

## I-94 Arrival/Departure Record

**Admission Number:** ▮▮▮▮0000   **TECS ID:** ▮▮▮▮9556

**Departure Port:** MIAMI, FL (MIA)

**Conveyance:**

EA —

**Departure Date:**

▮▮▮1987

**File Group:**

—

**Length of Stay:**

8

**Scheduled Airline/Flight #:**

— —

**Scheduled Departure Date:**

—

**Overstay Status:**

—

## Primary Inspection

—

**Date Referred:**

—

**Reason Referred:**

—

**Inspector:**

—

**Notation Text:**

## Addresses while in US

| Type | Address |
| --- | --- |
| DESTINATION ADDRESS | ▮▮▮▮ MIAMI FL |

## Other Information

UNCLASSIFIED — FOR OFFICIAL USE ONLY         019582

**Table of Contents**

Arrival Record
Departure Record
Primary Inspection
Addresses while in US
Other Information

| | |
|---|---:|
| | **Permanent Resident?:** |
| — | |
| | **Occupation:** |
| — | |
| | **Alien Registration #:** |

## I-94 Arrival/Departure Record

4 of 4 ⏮ ◀ ▶ ⏭

Admission Number: ████0000  TECS ID: ████9556 ⧉

| | |
|---|---:|
| | **Petition Number:** |
| — | |
| | **Employment Authorization?:** |
| — | |
| | **Worker Indicator:** |
| — | |
| | **Fee Exempted?::** |
| — | |
| | **Itinerary/Comments:** |
| — | |
| | **Case Number:** |
| — | |
| | **Mode:** |
| ADMITTED INTO U.S. | |
| | **Waivers:** |
| 0 | |
| | **Field Officer:** |
| — | |
| | **Program Number:** |
| — | |
| | **Employment Authorization Date:** |
| — | |
| | **Prospective Student:** |
| — | |
| | **Ticket Number:** |
| 0000000000000 | |
| | **TWOV Number:** |
| — | |
| | **Batch Number:** |
| — | |

### Table of Contents
- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information





## Primary Inspection

| | |
|---|---|
| Date Referred: — | Inspector: — |
| Reason Referred: — | Notation Text: — |

3 of 4

### I-94 Arrival/Departure Record

Admission Number: ▇▇▇3800   TECS ID: ▇▇▇8262

### Addresses while in US

| Type | Address |
|---|---|
| DESTINATION ADDRESS | ▇▇▇ WEBSTER GROVES MO |

**Table of Contents**

Arrival Record
Departure Record
Primary Inspection
Addresses while in US
Other Information

### Other Information

| | | | |
|---|---|---|---|
| Permanent Resident?: | — | Mode: | ADMITTED INTO U.S. |
| Occupation: | — | Waivers: | 0 |
| Alien Registration #: | 00000000 | Field Officer: | — |
| Petition Number: | — | Program Number: | — |
| Employment Authorization?: | — | Employment Authorization Date: | — |
| Worker Indicator: | — | Prospective Student: | — |
| Fee Exempted?:: | — | Ticket Number: | 0000000000000 |
| Itinerary/Comments: | — | TWOV Number: | — |
| Case Number: | — | Batch Number: | — |

1/7/25, 2:06 PM   Case 1:24-cr-20008-DSL   Document 142-21   Entered on FLSD Docket 02/28/2025   Page 6 of 12
Inspect Query Details
019586

2 of 4  |◄◄  ◄  ►  ►►|

# I-94 Arrival/Departure Record

**Admission Number:** ▇▇▇9600    **TECS ID:** ▇▇▇9083



| Table of Contents | Arrival Record | |
|---|---|---|
| Arrival Record | | **Last Name:** |
| Departure Record | ▇▇▇ | |
| Primary Inspection | | **First Name:** |
| Addresses while in US | ▇▇▇ | |
| Other Information | | **Birth Date:** |
| | ▇▇▇1966 | |
| | | **Citizenship:** |
| | HAITI (HTI) | |
| | | **Sex:** |
| | Male | |
| | | **Passport:** |
| | ▇▇▇7812 | |
| | | **Country of Residence:** |
| | HAITI (HTI) | |
| | | **Nationality:** |
| | UNK | |
| | | **City Boarded From:** |
| | --- | |
| | | **Admission Number:** |
| | ▇▇▇9600 | |
| | | **SAVI Indicator:** |
| | None | |
| | | **Visa Class:** |
| | TEMPORARY VISITOR FOR PLEASURE/TOURISM (B2) | |
| | | **Visa Issue City:** |
| | PTP - PORT AU PRINCE | |
| | | **Date Issued:** |
| | ▇▇▇1989 | |
| | | **Date Admission Expires:** |
| | ▇▇▇1989 | |
| | | **Conveyance:** |
| | PA | |
| | | **Arrival Date:** |
| | ▇▇▇1989 | |
| | | **Arrival Port:** |

019587

MIAMI, FL (MIA)

| Departure Record | 2 of 4 | ⏮ ◀ ▶ ⏭ |

### I-94 Arrival/Departure Record

**Admission Number:** ▮▮▮▮9600  **TECS ID:** ▮▮▮▮9083 ↗

**Departure Port:** MIAMI, FL (MIA)

**Conveyance:** PA ---

**Departure Date:** ▮▮▮▮1989

**File Group:** ---

**Length of Stay:** 111

**Scheduled Airline/Flight #:** --- ---

**Scheduled Departure Date:** ---

**Overstay Status:** ---

**Table of Contents**

Arrival Record
Departure Record
Primary Inspection
Addresses while in US
Other Information

### Primary Inspection

**Date Referred:** ---

**Reason Referred:** ---

**Inspector:** ---

**Notation Text:** ---

### Addresses while in US

| Type | Address |
| --- | --- |
| DESTINATION ADDRESS | ▮▮▮▮ ST LOUIS MO |

### Other Information

UNCLASSIFIED — FOR OFFICIAL USE ONLY

019587

## I-94 Arrival/Departure Record

**Admission Number:** ██████9600  **TECS ID:** ██████9083

|  | |
|---|---|
| Permanent Resident?: | — |
| Occupation: | — |
| Alien Registration #: | — |
| Petition Number: | — |
| Employment Authorization?: | — |
| Worker Indicator: | — |
| Fee Exempted?:: | — |
| Itinerary/Comments: | — |
| Case Number: | — |
| Mode: | ADMITTED INTO U.S. |
| Waivers: | 0 |
| Field Officer: | — |
| Program Number: | — |
| Employment Authorization Date: | — |
| Prospective Student: | — |
| Ticket Number: | 0000000000000 |
| TWOV Number: | — |
| Batch Number: | — |

**Table of Contents**
- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

1 of 4  |◄◄  ◄  ►  ►►|

## I-94 Arrival/Departure Record

**Admission Number:** ███8101   **TECS ID:** ███4118 ↗

| | |
|---|---|
| Table of Contents | Arrival Record |

**Table of Contents**
- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

| | |
|---|---|
| ███ ↗ | **Last Name:** |
| ███ | **First Name:** |
| ███1966 | **Birth Date:** |
| HAITI (HTI) | **Citizenship:** |
| Male | **Sex:** |
| ███7812 | **Passport:** |
| HAITI (HTI) | **Country of Residence:** |
| UNK | **Nationality:** |
| --- | **City Boarded From:** |
| ███8101 | **Admission Number:** |
| None | **SAVI Indicator:** |
| | **Visa Class:** |
| TEMPORARY VISITOR FOR PLEASURE/TOURISM (B2) | **Visa Issue City:** |
| PTP - PORT AU PRINCE | **Date Issued:** |
| ███1989 | **Date Admission Expires:** |
| ███1990 | **Conveyance:** |
| AA | **Arrival Date:** |
| ███1989 | **Arrival Port:** |

UNCLASSIFIED — FOR OFFICIAL USE ONLY

NEW YORK CITY, NY (NYC)

| Departure Record | 1 of 4 |
|---|---|

## I-94 Arrival/Departure Record

**Admission Number:** ███8101   **TECS ID:** ███4118  

**Departure Port:** —

**Conveyance:** —

**Departure Date:** —

**File Group:** N/A

**Length of Stay:** ——

**Scheduled Airline/Flight #:** —

**Scheduled Departure Date:** —

**Overstay Status:** —

### Table of Contents
- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

## Primary Inspection

**Date Referred:** —

**Reason Referred:** —

**Inspector:** —

**Notation Text:** —

## Addresses while in US

| Type | Address |
|---|---|
| DESTINATION ADDRESS | ███ BROOKLYN NY |

## Other Information

**Permanent Resident?:**

019591

## I-94 Arrival/Departure Record

1 of 4 ⏮ ⏭

Admission Number: ########8101  TECS ID: ########4118

**Table of Contents**

Arrival Record
Departure Record
Primary Inspection
Addresses while in US
Other Information

| Field | Value |
|---|---|
| Occupation: | — |
| Alien Registration #: | — |
| Petition Number: | 00000000 |
| Employment Authorization?: | — |
| Worker Indicator: | — |
| Fee Exempted?: | — |
| Itinerary/Comments: | — |
| Case Number: | — |
| Mode: | — |
| Waivers: | AUTOMATED PASSPORT CONTROL (APC) KIOSK GENERATED I-94/I-94W |
| Field Officer: | 0 |
| Program Number: | — |
| Employment Authorization Date: | — |
| Prospective Student: | — |
| Ticket Number: | — |
| TWOV Number: | 0000000000000 |
| Batch Number: | — |

| Name | DOB | Sex | Citizenship | Arrival Date | Departure Date | Document | Admission # | Admission Expires | Admission Class | Overstay |
|---|---|---|---|---|---|---|---|---|---|---|
| ▬▬▬ | ▬/1966 | Male | HAITI (HTI) | ▬/1989 | --- | ▬7812 | ▬8101 | ▬/1990 | (B2) TEMP… | --- |
| ▬▬▬ | ▬/1966 | Male | HAITI (HTI) | ▬/1989 | ▬/1989 | ▬7812 | ▬9600 | ▬/1989 | (B2) TEMP… | --- |
| ▬▬▬ | ▬/1966 | Male | HAITI (HTI) | ▬/1988 | ▬/1988 | ▬7812 | ▬3800 | ▬/1989 | (B2) TEMP… | --- |
| ▬▬▬ | ▬/1966 | Male | HAITI (HTI) | ▬/1987 | ▬/1987 | ▬7812 | ▬0000 | ▬/1988 | (B2) TEMP… | --- |