**Embassy of the United States of America**

## CONFESSION FORM

5022

I, ████████████████, bearer of passport # DL from the states confess that Michael Geilenfeld had sexually abused me from 1981-86. I was in the States for about 19 years during which time I did my schoolings. However I went on a Student Visa which I overstayed and because I overstayed, they had me ordered deported. The reason why also was because I had missed a court date which I heard the date wrong so I was therefore ordered deported behind my back since "93". Thank you

Date: 9/25/006

Michael Geilenfeld sexually abused me while I was in the PJ orphanage and also the time when I spent with his parents in Algona Iowa.

Susbscribed and sworn to before me

This _____ day of _____, 19

Consular Investigator

GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 48

017914