UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ(s)(s)

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

Defendant.
_____/

## TRIAL STIPULATION

COMES NOW, the United States of America, through Hayden O'Byrne, United States Attorney for the Southern District of Florida, and Assistant United States Attorney Lacee Monk, Trial Attorneys Jessica L. Urban and Eduardo Palomo, the Defendant, Michael Karl Geilenfeld, and defense counsel for Defendant, D'Arscy Houlihan and Jean-Pierre Gilbert, who hereby stipulate and agree, for the purpose of trial, to the following:

With respect to Counts Two through Seven of the Second Superseding Indictment, charging violations of 18 U.S.C. § 2423(c) with respect to Minor Victim 1, Minor Victim 2, Minor Victim 3, Minor Victim 5, Minor Victim 6, and Minor Victim 7, the defendant was arrested in Miami-Dade County, in the Southern District of Florida.

Respectfully submitted,

HAYDEN O'BYRNE
UNITED STATES ATTORNEY

By: _____
Lacee Elizabeth Monk
Assistant United States Attorney



GOVERNMENT EXHIBIT
CASE NO. 24-20008-CR-DSL(s)(s)
EXHIBIT NO. 50

_____
Jessica L. Urban
Trial Attorney

_____
Eduardo Palomo
Trial Attorney

_____
Michael Karl Geilenfeld
Defendant

_____
Raymond D'Arsey Houlihan
Counsel for Defendant

_____
Jean-Pierre Gilbert
Counsel for Defendant