017913



**Embassy of the United States of America**

## CONFESSION FORM

I, ███████ , bearer of passport # ███████ , confess

that Michael Geilenfeld

I had been leaving with Michael Geilenfeld since 1983. He had seply abuse me many times. He had never say sorry for what he did to me

Michael had seely abuse many time when I was leaving with him at St. Joseph's Home Boys. He had sexly o

9/25/06
Date

Signature ███████

--------------------------------------------------

Susbscribed and sworn to before me

This _____ day of _____, 19

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 51

Consular Investigator

017913