UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24cr20008-DSL

UNITED STATES OF AMERICA

Plaintiff(s),

vs.

Michael Karl Geilenfeld

Defendant(s).
_____/

FILED BY MC D.C.

MAR 12 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives

Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Government Paper Exhibits Re 142

[✓] Attachments
(Exhibit list, Order of Court)

Signature: *Andrea Samper*
Print Name: Andrea Samper
Agency or Firm: U.S. Attorney's Office
Address: 99 NE 4th Street
Miami, FL 33132
Telephone: 305-961-9162
Date: 3/12/2025

Exhibits Released by: *MCO*

Records/Intake
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record