UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-20008-CR-LEIBOWITZ(s)(s)</u>

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

    Defendant.
    _____/

**CONSENT MOTION TO SEAL PREVIOUSLY FILED DEFENSE EXHBIITS**
**(ECF NO. 144)**

The parties hereby move to seal the unredacted version of the Defendant's filed Trial Exhibits (ECF No. 144) and to replace the publicly available version with the proposed redacted version attached hereto, pursuant to 18 U.S.C. §§ 3509(d) and 3771 and Federal Rule of Criminal Procedure 49.1. In support of this motion, the parties state as follows:

1. Pursuant to 18 U.S.C. § 3509(d), "all documents that disclose the name or *any other information concerning a child [victim or witness]*" must be kept "in a secure place to which no person who does not have reason to know their contents has access." § 3509(d)(1) (emphasis added). Moreover, "[a]ll papers to be filed in court that disclose the name or any other information concerning [such] a child shall be filed under seal without necessity of obtaining a court order," and a "redacted" copy of "the paper with the portions of it that disclose the name of or other information concerning [such] a child" shall be used for "the public record." § 3509(d)(2). Furthermore, all crime victims have "[t]he right to be treated with fairness and with respect for the victim's dignity and privacy." § 3771(a)(8). This Court, among others, has recognized such sealing and redactions as a means of protecting victims' rights. *See, e.g.*, Protective Order (ECF No. 23) ("Should either party need to file something with the Court that

would have the effect of identifying any victim, or that discusses any sensitive matters that would impact any victim, witness, or other civilian's dignity or privacy, such filings shall be submitted to the Court under seal.").

2. The Defendant's Trial Exhibits, filed electronically on March 5, 2025, as ECF No. 144, contained the name, email address, and other identifying information about one of the Rule 413/414 witnesses who testified to being sexually abused as a child. The Government accordingly reached out to the Clerk's Office and requested that ECF No. 144 be sealed; the Clerk's Office agreed to temporarily restrict the document from public access, but stated that an order from the Court is required for continued sealing.

3. The Government has conferred with counsel for the Defendant, who agree with the request for sealing. The parties further agree that the attached redacted version of the Defendant's trial exhibits may be publicly docketed.

For the foregoing reasons, the parties respectfully request that the Motion be granted and that the proposed redacted version of the Defendant's Trial Exhibits that is attached hereto be adopted as the publicly available version.

    Respectfully submitted,

    HAYDEN O'BYRNE
    UNITED STATES ATTORNEY

By:   */s/ Lacee Elizabeth Monk*
    Lacee Elizabeth Monk
    Assistant United States Attorney
    Florida Bar No. 100322
    U.S. Attorney's Office
    99 N.E. 4th Street
    Miami, FL 33132-2111
    Telephone: (305) 961-9427
    Email: lacee.monk@usdoj.gov

*/s/ Jessica L. Urban*
Jessica L. Urban
Florida Special Bar ID No. A5503222
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 353-4146
Email: Jessica.Urban@usdoj.gov

*/s/ Eduardo Palomo*
Eduardo Palomo
Florida Special Bar ID No. A5503186
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Eduardo.Palomo2@usdoj.gov

BY: *s/R. D'Arsey Houlihan*
R. D'Arsey Houlihan
Supervisory Assistant Federal Public Defender
Florida Bar No. 100536
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
(305) 536-4559, Fax
E-Mail:  d'arsey_houlihan@fd.org

*/s/Jean-Pierre Gilbert*
Jean-Pierre Gilbert
Assistant Federal Public Defender
Special A Number: A5502879
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000
Fax: 305-536-4559
Jean-Pierre_Gilbert@fd.org

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

*/s/ Jessica L. Urban*
Jessica L. Urban
Trial Attorney
