**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>24-20008-CR-LEIBOWITZ(s)(s)</u>**

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL KARL GEILENFELD,**

  **Defendant.**
_____/

**[PROPOSED] ORDER ON CONSENT MOTION TO SEAL PREVIOUSLY FILED**
<u>**DEFENSE EXHIBITS (ECF NO. 144)**</u>

THIS CAUSE came before the Court upon the parties' Consent Motion to Seal Previously Filed Defense Exhibits (ECF No. 144). For the reasons set forth in the Motion, which the Court adopts, it is hereby ORDERED that the Motion is GRANTED; that ECF No. 144 is and shall remained SEALED; and that the redacted version of the Defense Exhibits that accompanied the Motion shall be used for the public record.

**DONE** and **ORDERED** this ____ day of March 2025, in Miami, Florida.


_____
HONORABLE DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

1