AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES

V.

MICHAEL KARL GEILENFELD

**EXHIBIT LIST**

Case Number: 24-20008-CR-Leibowitz

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David S. Leibowitz | AUSA's Urban, Palomo, Monk | AFPD's Houlihan and Gilbert |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| February 3, 2025 | Quanincia Hill | Iris Alexander |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 3 | 2/5/2025 |  | Yes | Email |
|  | 4 | 2/5/2025 |  | Yes | Email |
|  |  |  |  |  |  |
|  |  |  |  | No | Demonstrative A - Floorplan |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

From: ▮
To: ▮
Subject: RE:
Date: Sun, 13 Oct 2013 14:02:44 -0500

#11

014047

**DEFENDANT'S EXHIBIT 3**

Hello ▮

I am sorry to hear of your difficulties. Life is also hard for us here in Haiti. I do not know what you are talking about in referring to $18,000. It seems you and ▮ are of one heart. I do not know what you are reading about Jacmel but that has nothing to do with me. I am no longer running things here.

Do what you feel you need to do. Making threats to me will not make a difference.

Peace and all that is good -----Michael

From: ▮
To: ▮
Subject:
Date: Sun, 13 Oct 2013 14:34:39 +0100

Good Morning Michael!

How are you? I hope you well and are continuing to be good by the Grace of God! I wanted to thank you for the money you sent me a few months back. It was very helpful, as I have had some unexpected expenses. I was wondering if I could ask you a favor. As you know, I have had to move to ▮ to try to get a fresh start with my life. I have had a difficult time here, and I really would like to start a new chapter with my life. While I have good skills, like computering, mechanical and cooking, I am not at a good job, and have trouble to make ends meet with the small pension I get from the government, and the small wage I earn from my job.

Well, I would like to set up my own business here in ▮. As I do not have the credit, I am unable to get any loans. Years ago when I came here, you said you would help support me, and aside from the

Page 1 of 2

014047

money you just sent me, I haven't really gotten any. I believe you owe me (if you remember you gave me a reference to that efect to get to [REDACTED], not sure I think you said $18,000). Is it possible you send me some or all of this so I can get on with my life? I have read all about the work you are doing to expand your operations, especially in Iacmel.

I have been having bad dreams lately, and feel all this time, I have been quite depressed about all the things I have experienced in my life. Perhaps this is because I am a Grandfather now, and I have been trying very hard to reunited with my lovely daughter after all these years. I have experienced so very much pain in my life. More pain than any human can endure. I am still looking for my parents. I really need your help with that. Now that I have family here, they really need to know as well.

have been praying a lot lately, that you are able to fulfill your commitment to me that you made many years ago, as I believe I have always been faithful to you with all the things you asked me to do.

I hope to hear from you soon.

god bless

[REDACTED]



DEFENDANT'S EXHIBIT 4

Peace and all that is good -----Michael

(14) p1

From: ▇▇▇▇▇▇▇
To: sjfamilyhaiti@hotmail.com
Subject: RE: Regards
Date: Tue, 15 Jan 2013 16:43:54 +0000

Good afternoon Michael,
thanks again for replying so soon, I must say, am paticularly bless to have had you in my life thats for sure, and am very fortunate and greatfull. from reading your email I can certaindly see you still have the same spirit and your emails always lift up my own spirit after reading them, my spirit alow me to see more clearly now then ever before but nonetherless, sometime one do needs a little lift up with they own spirit and you certaindly do that Michael. you are right, we were mean to meet for a reason and a purpose, and both also have been fullfild, one of which, to help me survive through life, that has been fullfild for real Michael, and the other, to show love and compassion and that also have been fullfild.
the thruth is I feel now its me that should have been in a position to provides you with a litle help and I do hope that am soon in a position to help as am planing to use this money toward a business, so if you sure then considered that this is a loan.
I have made some inquiries about the western union, and they said that its you who needs to fill out a form with your details and given them my name ▇▇▇▇▇▇▇ at your end, and they will give you a 10 digit number which you most email me in order to obtaind the amount.
I thank you very much Michael, thanks for always been there for me.

speak soon and please carying on keeping me in your prayers Michael
god bless with love always

▇▇▇▇

---

From: sjfamilyhaiti@hotmail.com
To: ▇▇▇▇▇▇▇
Subject: RE: Regards
Date: Sun, 13 Jan 2013 18:42:34 -0600

Hello ▇▇▇---

    I see the spirit of this email you sent is much more positive. I know it is not easy to keep focused on the positives. You have had a very difficult life growing up in Haiti and then being transplanted to ▇▇▇ has been yet another challenge. You are a survivor. You are not a bad person. You are a beloved child of God. We learn life lessons as we live on this earth. Our true identity is spirit. We are spiritual beings here on earth for the learning experience that comes from living here. I celebrate the long history you and I have together. I thank God that we continue to be in communication with one another. We are family. We are blessed to have each other in our lives. God brought us together for a reason▇▇▇

    Let us do this ▇▇▇---You email the info on how I can send you money via Western Union. Then I will wire you $500 this month via Western Union and $500 next month. This is my personal money and I want to give it to you. It is an outward sign of my continued love for you. I am an old man now ▇▇▇ but my spirit is

14 p2

still strong. I spend most of my time alone with God in prayer. Know that my prayers embrace you daily. I believe in the good that is within you. In fact I only see good in you.

God bless you always ▓ Know that my love and prayers will be my gift to you for eternity.

Peace and continued good -----Michael

---

From: ▓
To: sjfamilyhaiti@hotmail.com
Subject: RE: Regards
Date: Sun, 13 Jan 2013 12:40:05 +0000

Good morning Michael,
Thank you for answering so quickly, and am sory for my negative thought but I must say, that is the affect of the mental torment and all the racist that going on here and some time I realy do wish that I never came here in ▓ at all, its like people like myself who came to leave there are not suposed to suvived or have anything of value and the fact the I made some mistake when I was a young boy that seem to distroying whereever I go and trying to make a life for myself geting job is out of the question due to my pass am just not sure what they expect me to do or how they expect me to leave, all I would like to do is been able to do something, earn in income so that am able to visit home from time to time, what with some of my family whom I have not seen in years who maybe dying, am not giiven any chance to do anything here and thats what make me mostly frustrated michael, after all these living here and yet, not one chance to make a life. Thank you very much Michael for still willing to help but I cant accept the $1,000 from you if you are in so much debt, it wont be fair of me to accept it, but thank you, it is good to know that you would still help, perhaps when you are not in so much dept I may accepted it.
I honestly dont mean to be negative about life but some people make it so you think like that, but I could send goods to you perhaps you could sale them for me in your shop? if you let me know what sort of goods that would more likely to be sold, then I can send them to you and earn a litle money that way, but really, it wont be fair me taken this $1,000 from you right now.
by the way, please dont not answer me because you trying to figure out how you can help, replying to an email could do more help then you can think, even if you cant help at all though, thanks again Michael. speak soon

god bless, with love!

▓

---

From: sjfamilyhaiti@hotmail.com
To: ▓
Subject: RE: Regards
Date: Sat, 12 Jan 2013 11:02:33 -0600

Good morning ▓,

As you know today is the anniversary of the horrible earthquake in Haiti. As you also

14 P3

St. Joseph's but we still owe the builders $160,000 US. That means that we are in debt by $160,000. Money we do not have---and we still have to rebuild Wings of Hope, our home for children with physical and mental challenges. Life is very difficult for us in Haiti now. I have not even been able to pay the school bill for our children this month. As you can see life is hard for us too.

Your last email is filled with your frustration and I can understand that. You think that I have abandoned you but that is not true. Did I think God had abandoned me when we lost everything in the earthquake? It felt like God had abandoned me by taking away everything just when we were going to celebrate our 25th anniversary of the starting of St. Joseph's. Things are not the same as when you were last living in Haiti. We are doing all we can to keep going and not shut down.

I do not answer my phone unless I know who is calling because most people just call to ask for money. That gets very tiring. If you really wanted to talk with me you would call me through my driver as everyone else does---or you need to send me your phone number so when I see it I will know it is you. But I think it is too expensive for you to call me and is much cheaper to use email.

I do not think bad things about you ▇▇▇. I am very proud of how you have managed to survive in a foreign country all of these years. The reason I have not replied to your email is that I am trying to figure out where I can get money to send to you. At this time I can send you $1,000---and to do that is a huge sacrifice with all the other bills we have here. I am sorry you are feeling so negative and I pray that God will help you find a way to focus on the positives of your life and help you to be more thankful. Being negative never helps us but only hurts us and others.

Please let me know the best way to get the $1,000 to you.

Peace love and all that is good ------Michael

---

From: ▇▇▇
To: sjfamilyhaiti@hotmail.com
Subject: Regards
Date: Sat, 12 Jan 2013 15:57:37 +0000

Good afternoon Michael, I hope all is well, am ok but the weather is really up here in ▇▇▇ so am spending a lot of time indoors, you haven,t reply to my email regarding the help I seek of you Michael, so I,ll Assumed that this is out of the question? I would appreciate very much if you would let me know whether you can help me one last time Michael, as am now getting old and there isn,t really anyone to ask for help, and the true is I do now Realised I one of the few that ever get much help from you but surely I wasn,t the worst out of everybody and sadly it seems am the only one who has been abandon and Forgeting about, even for me to speak with you by phone I have to go through your driver I understand? what this is all mean Michael? am no longer part of the family is that it? the thruth is, you know I would give my life for you and st joseph, because its the family I ever known, now things start to make sense abit, my daughter dont see me as a father clearly because I never had one there myself, so thats clearly the effect, now you abandon me, what am I Suposed to do? you forget one thing, ▇▇▇ was the only one I ever know here in ▇▇▇, after our separation I had to suvived on own with suport from anyone whatsoever, as said, if I was in the state perhaps my life would,ve turn out a litle better as I would have others that I know or even some Haitian friend etc, so right now I feel like the bigest loser in life Basicaly, thats why am asking for help Michael, now the least you could do is let me

14 P4

through a email and reply to it, as I said, I wasn,t the worst at st joseph and also remember helping out quite a lot, to the where I nearly lose my life if you remember Michael, now is the time in life where a little help would be most appreciated please Michael, now I do know you very busy, but I dont think you busy to the point where you cant answer an email though, I do hope that you will be able to feel what am feeling through this email Michael.
hopefully yours

with kind regard & love

From: sifamilyhaiti@hotmail.com

14 p. 5

Subject: views from the top
Date: Wed, 5 Oct 2011 21:02:35 -0500

Here are some Hallelujah views from the newly cemented 6th and final floor of the new St. Joseph's.

