UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHARL KARL GEILENFELD**,

    Defendant.

_____/

### ORDER GRANTING CONSENT MOTION TO SEAL PREVIOULY FILED DEFENSE EXHIBIT ECF NO. 144

THIS CAUSE came before the Court on the Consent Motion to Seal Previously Filed Defense Exhibits ECF No. 144 [ECF No. 149]. Being fully advised, having reviewed the submission of the parties, and for the reasons stated in the Motion, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defense exhibit entered at ECF No. 144 is and shall remained Sealed. The redacted version of the Defense Exhibits that accompanied the Motion shall be used for the public record.

**DONE AND ORDERED** in the Southern District of Florida on March 27, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record