**Diane Albright**
**1411 Deerwood Ct**
**Eagan, Mn 55122**
**Satrianodee@hotmail.com**
**651-983-7501**
**April 4, 2025**

```
FILED BY_____D.C.
  APR 23 2025
 ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.
```

**Honorable Judge David S. Leibowitz**
**District Judge**
**United States District Court**
**Southern District of Florida**
**U.S. Federal Building and Courthouse**
**299 East Broward Boulevard**
**Courtroom 202A, Chambers 202B**
**Case # 1:24-cr-20008 S. D. Fla**
**Fort Lauderdale, Florida 33301**

Dear Judge Leibowitz,

My name is Diane Albright, and I have known Michael Geilenfeld for 23 years. I am writing to you today to ask for leniency in the sentencing of Mr. Geilenfeld.

Michael has always been a person of good character. I met Michael in February 2002 on the first of my numerous mission trips to Haiti. I always stayed at St. Joe's Home for Boys when in Haiti where I witnessed first-hand the support Michael gave all the boys that were former street children. Without Michael giving these boys a roof over their head, food, clothing, an education and cultural exposure they would have either died or turned to a life of crime living on the streets. Thanks to Michael many of these boys are now living in the United States and have families and are gainfully employed. Never once did any of the boys, including those involved in this lawsuit, several whom I knew well and even called me mom, express any dissatisfaction with Michael; instead, they only had praise for him. I also never witnessed any mistreatment by Michael to any of the boys, only love and support for them. He has made a positive impact on hundreds of street children in Haiti by giving them a loving home and a chance at a better life. So, imagine my surprise when I heard he was found guilty especially since the perpetrator of these charges had never met any of these boys during this timeframe nor had met Michael or stayed at St. Joe's.

I am aware of the events surrounding Michael's arrest for illicit sexual conduct and I understand the seriousness of the offenses, but I believe that a harsh sentence would not serve justice. Michael is a 73-year-old man of God who has devoted his life to serving God and helping others. I do not believe he is a threat to society, but rather we would all be better off with Michael continuing to serve God outside of prison.

Thank you for your time and consideration. I am available to provide any additional information you may require.

Sincerely,

*Diane Albright*
Diane Albright

Albright
1411 Deerwood Ct
Eagan, MN 55122-1884

SAINT PAUL MN 550
18 APR 2025 PM 8 L



FOREVER / USA

Honorable Judge David S Leibowitz
District Judge
United States District Court
Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Blvd.
Courtroom 202A, Chambers 202B
Fort Lauderdale, Florida, 33301