UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL KARL GEILENFELD,

    Defendant.

_____/

## PSI OBJECTIONS

MICHAEL GEILENFELD, by and through undersigned counsel and hereby files these objections to the Presentence Investigation Report and states:

¶¶ 8 – 58 – Mr. Geilenfeld objects to the allegations in these paragraphs, including allegations made concerning individuals for which there was no evidence presented at trial and maintains his innocence.

¶¶ 60 – 68 – Mr. Geilenfeld objects to the restitution claims listed in the PSI. He maintains his innocence, asserts that he did not cause the damages the individuals claim and objects to the claims themselves as unsupported by any evidence.

Mr. Geilenfeld further agrees with the government's objection that 18 U.S.C. §3663A is not applicable to his case.

¶¶ 77 – 84 – Mr. Geilenfeld objects to the inclusion of this calculation. There was no evidence presented at trial to demonstrate that Minor Victim 4, JJM, was a victim of any offense by Mr. Geilenfeld.

¶¶ 78, 86, 94, 103, 111, 119, 127 – The PSI applies a four-pint enhancement under U.S.S.G. §2A3.1(b)(1).  Mr. Geilenfeld objects that there was insufficient evidence to support the application of this enhancement.

¶ 149 – Mr. Geilenfeld's father lived and worked in Algona, until moving to a care facility in Oelwein near the end of his life.  Mr. Geilenfeld's mother lived in Algona, until her passing.  She never lived in Oelwein.


Houlihan.

                              Respectfully Submitted,

                              HECTOR A. DOPICO
                              FEDERAL PUBLIC DEFENDER

                              BY:  *s/R. D'Arsey Houlihan*
                                    R. D'Arsey Houlihan

>Supervisory Assistant Federal Public Defender
>Florida Bar No. 100536
>150 W. Flagler Street, Suite 1700
>Miami, Florida 33130-1556
>(305) 530-7000
>(305) 536-4559, Fax
>E-Mail: d'arsey_houlihan@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **May 2, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>*s/R. D'Arsey Houlihan*
>R. D'Arsey Houlihan

3