**CALL US**

**MESSAGE US**



# How Much Does Counseling Cost Without Insurance in Florida?

In Florida, the cost of counseling without insurance can vary depending on the counselor's qualifications, the type of treatment offered, and the location of the counseling center. On average, individual counseling sessions in Florida can range from $50 to $150 per session. However, some counselors offer sliding scale fees based on income or provide discounted rates for those without insurance.

The Sylvia Brafman Mental Health Center is a treatment facility in Florida that provides counseling services for those without insurance. Located near Fort Lauderdale, this center offers comprehensive mental health services, which include individual counseling, group therapy, and medication management. The center also offers an affordable, low-cost fee structure, making services accessible to those with varying financial means. Additionally, The Sylvia Brafman Mental Health Center provides comprehensive care and tailored treatment services to help meet patient needs and ensure accessibility to mental health care, regardless of insurance status.

**Call Now: (877) 958-9212**
CONTACT US TODAY



Sylvia Brafman Mental Health Center

Hey there, how can I help you?

Please ask us anything.

Privacy · Terms





## Discover Counseling Programs in Florida

Florida treatment centers offer counseling programs tailored to meet the needs of its residents. Whether individuals are seeking counseling services for personal growth, career development, or mental health support, Florida boasts numerous accredited institutions and counseling centers so people can get the mental health support they need.

Florida is home to various community-based counseling programs that cater to specific populations or issues. With access to a wealth of counseling resources to support their personal growth and emotional well-being, Florida residents have a lot to consider. At The Sylvia Brafman Mental Health Center, we treat patients from all over the state of Florida. Our experienced team of psychiatry specialists offers tailored treatment options for depression, anxiety, sleep disorders, bipolar disorder, schizophrenia, and PTSD (Post Traumatic Stress Disorder). Through evidence-based therapies such as psychotherapy, Cognitive Behavioral Therapy (CBT), and mindfulness interventions, they aim to treat all psychiatric disorders holistically.

✚  **Statistics on Counseling in Florida (FL)**

## What are the Average Out of Pocket Costs for Counseling in Florida?

The average out-of-pocket costs for counseling in Florida can vary depending on the counselor's qualifications, the type of counseling offered, and the location of the counseling center. Generally, individual counseling sessions in Florida may range from $50 to $150 per session without insurance coverage. However, some counselors may offer affordable fees based on income for those without insurance.

So, just how much does counseling cost in Florida? The cost of counseling in Florida depends on the specific counseling services needed and the duration of treatment. Group therapy sessions or workshops may be available at lower costs compared to individual counseling sessions. Additionally, some counseling centers offer package deals or discounts for individuals who commit to multiple sessions upfront. Overall, while the out-of-pocket costs for counseling in Florida can vary, there are many ways to pay available to accommodate different financial situations, ensuring that everyone has access to mental health care.



At The Sylvia Brafman Mental Health Treatment Center in Fort Lauderdale, Florida, our committed team of professionals is prepared to guide you on your path to recovery. Not only do we offer a multitude of individually tailored programs to suit your unique needs, but we also understand your concerns about the cost of mental health counseling. That's why we're here to assist you with cost-effective counseling solutions. So don't delay, call us today or complete the form below to request a callback and learn more about our affordable mental health services.

"*" indicates required fields

**First Name** *

**Last Name** *

**Email** *

example@gmail.com

**Phone** *

555-555-5555

**Seeking Help For** *

Myself

**Additional Details** *

**Preferred Contact Method**

Phone Call

Please let us know your preferred way for us to contact you.

CAPTCHA

**SUBMIT**



## South Florida Mental Health Recovery Centers That Offer Payment Plans for Counseling

The Sylvia Brafman Mental Health Center provides support for people in South Florida seeking mental health treatment. The center offers competitive pricing and payment plans for counseling. Situated near Fort Lauderdale, FL, the center provides comprehensive mental health counseling at a reasonable cost.

With a commitment to accessibility, The Sylvia Brafman Mental Health Center understands the financial constraints individuals may face. That's why the center offers flexible payment options to ensure quality mental health care is within reach for everyone. For those in need of compassionate and effective mental health support, The Sylvia Brafman Mental Health Center invites individuals to reach out for assistance.

Located at 7710 NW 71st Ct, Tamarac, FL 33321, United States, the center encourages potential patients to call below to inquire about the cost of counseling programs and available payment plans. Those in need of counseling can also schedule a free mental health assessment to initiate the treatment process. If you or a loved one is wondering "how much is therapy in Florida?" Please contact us below and our dedicated team will be ready to help.

Call Now: (877) 958-9212
GET MENTAL HEALTH COUNSELING



## Common Types of Mental Health Programs That Include Counseling

Seeking mental health in Florida support often involves exploring various types of treatment programs, each tailored to address specific conditions and needs. Counseling stands as a cornerstone in many of these programs, providing individuals with essential therapeutic support and guidance.

There are several types of mental health programs in Florida that incorporate counseling to address prevalent conditions such as anxiety, depression, borderline personality disorder, and dual diagnosis. Through a comprehensive understanding of these programs and their associated costs, individuals can make informed decisions about their mental health journey.

+ Counseling as Part of A Florida Depression Treatment Program

+ Counseling as Part of a Florida Anxiety Treatment Program

+ Counseling as Part of a Florida Borderline Personality Disorder Treatment Program

+ Counseling as Part of a Florida Dual Diagnosis Treatment Program

## How Much Do Florida Counseling Programs Cost With Health Insurance?

The cost of Florida counseling programs with health insurance coverage varies depending on the plan, cost of deductibles, copayments, and coverage limitations. Typically, individuals with health insurance can expect to pay a copayment for each counseling session, which costs around $20 to $50 per session, depending on the insurance provider and the type of plan.

So, how much is counseling with insurance coverage? It depends on the factors listed above. Additionally, individuals may need to meet their annual deductible before insurance coverage kicks in, and some plans may have limitations on the number of sessions covered per year. Overall, having health insurance can significantly reduce the average cost of behavioral health programs in Florida, making mental health treatment services more accessible to those who need support.

If you're considering counseling in Florida and have questions about the cost of treatment with your health insurance coverage, contact us at The Sylvia Brafman Mental Health Center. We can help navigate your plan and verify your insurance coverage for counseling. By reaching out, you can ensure you have a clear understanding of your financial responsibilities and access the mental health support you need.

## What Determines the Cost of a Counseling Program in Florida?

The cost of a counseling program in Florida can vary based on factors that influence the overall treatment experience and quality of care. These factors range from the type of counseling needed, to the location of the facility and the extent of insurance coverage.

Understanding what determines the cost of counseling in mental health treatment is essential for individuals seeking treatment and navigating their options effectively. The cost of a counseling program in Florida is determined by various factors, including:

- **Severity and type of addiction**: More severe addictions or specialized treatment approaches may result in higher costs.
- **Program duration**: Longer-term or residential programs typically incur higher expenses than shorter outpatient options.
- **Intensity of treatment**: More intensive programs with frequent counseling sessions may require additional resources and staff, affecting the overall cost.
- **Medical services and staff expertise**: Facilities with medical staff or specialized services may have higher operating costs, influencing pricing.
- **Facility amenities and accommodations**: The availability of amenities such as private rooms and recreational facilities can impact program costs.
- **Location**: Programs in desirable or affluent areas may have higher prices due to the cost of living and demand.
- **Insurance coverage benefits**: The amount of insurance coverage for mental health benefits can significantly offset program costs for insured individuals.

The cost of a counseling program in Florida is influenced by a variety of factors, including the severity of addiction, program duration, intensity of treatment, availability of medical services, facility amenities, location, and insurance coverage. Understanding the cost of counseling is essential for patients seeking treatment, as it allows them to make more informed decisions about their care.

At The Sylvia Brafman Mental Health Center, we deliver comprehensive and personalized treatment services to address individual needs, prioritizing accessibility to mental health care for all, irrespective of insurance coverage. For more about the treatment programs we offer, please contact us online or call (877) 958-9212.

## What are the Ways to Pay For Counseling Mental Health Treatment Programs in Florida?

Navigating the payment options for counseling mental health treatment programs in Florida is a crucial step for those seeking support. From health insurance coverage to out-of-pocket payments and assistance programs, understanding the available avenues for payment can help individuals access the counseling services they need.

When seeking to pay for counseling mental health treatment programs in Florida, individuals have several options to consider:

- **Health Insurance**: Many insurance plans offer coverage for mental health treatment, including counseling services.
- **Out-of-Pocket Payment**: Paying for counseling services directly without insurance coverage may be suitable for some individuals.
- **Sliding Scale Fees**: Some counseling centers offer fees based on income level, providing affordability for those facing financial constraints.
- **Payment Plans**: Flexible payment arrangements allow individuals to pay for counseling services in installments over time.
- **Employee Assistance Programs (EAP)**: Some employers offer counseling services as part of workplace benefits, providing confidential support for employees.
- **Government Assistance Programs**: Medicaid, Medicare, and other government programs may cover counseling services for eligible individuals.
- **Family Support**: Financial assistance from loved ones can help cover the costs of counseling.
- **Scholarships or Grants**: Counseling centers or community organizations may offer financial assistance to individuals in need of counseling services.

At The Sylvia Brafman Mental Health Center, our mission is to deliver comprehensive and personalized treatment services. We prioritize accessibility to mental health care for all, regardless of insurance coverage.

＋ Facility Admissions and Treatment Costs in South Florida

**+** Guide to Other Insurance Providers That Cover Mental Health Treatment

**+** Florida Statistics on Counseling Treatment



EVIDENCE-BASED

## Mental Health Treatment

[Get Help Today](#)

DUAL-DIAGNOSIS

## Substance Abuse Treatment

[Get Help Today](#)

## Recent Posts



Helping Someone Get Help

[Read More](#)



Seasonal Affective Disorder Has A Summer Version Too

[Read More](#)



Back To School Triggers Onset Of Ambivalence

[Read More](#)



'It's a Man's World' – Loneliness and Suicide Challenge Old Truism

[Read More](#)



**Our Florida Location:** 7710 NW 71st Ct, Tamarac, FL 33321

**Our Georgia Location:** 8025 Majors Rd, Cumming, GA 30041

   

CALL FOR IMMEDIATE HELP
**(877) 958-9212**

Copyright © 2025 The Sylvia Brafman Mental Health Center. All Rights Reserved.

Privacy Policy     Terms & Conditions     Sitemap

For quicker availability, book your appointment with Katrina today!    ×





Learn More    Our Specialties    Current Clients

Group Therapy    For Therapists    Blog

Get Started

# How Much Does a Therapist Cost in Georgia?

Feb 22    ●    Written By Britni Brown

**Takeaway:** Deciding to start therapy for the first time can feel daunting. In addition to the thoughts and emotions you might be having, there are also logistical factors to consider. Here, my goal is to demystify the cost of therapy in Georgia so you can get the information you need to know before jumping in.

As with medical services, there is a lack of clear information about the cost of mental health services. While this is likely due to several factors, I recognize the importance of straightforward, accessible information, especially when it comes to both your finances and your mental health.



While there is no straightforward number about the cost of therapy in Georgia, I've done my own research to provide you with the information here. Plus, as a therapist and private practice owner myself, I have plenty of firsthand experience discussing finances with my clients.

Here, I'll shed light on the average cost of a therapist in Georgia. Plus, I'll explain the factors that can contribute to the cost of a therapy session and give my expert opinion on why therapy is worth it.

Let's dive in.

## Average cost of therapy in Georgia

The exact cost of therapy can depend on several different elements that we'll discuss in depth later in this post. With that being said, the average cost of a therapist in Georgia seems to range between $45-$250 per session.

Here, I took a look at therapists' rates across the state. The figures below reflect the average of 25 therapists' rates for individual counseling in each city. While they may not reflect the exact price you'll pay per session, they can provide a helpful estimate.

| City | Average Cost of a Therapy Session |
|---|---|
| Athens | $126 |
| Atlanta | $131 |
| Augusta | $112 |
| Columbus | $118 |
| Macon | $93 |
| Sandy Springs | $151 |
| Savannah | $107 |

Remember, these numbers are averages, so they may not directly reflect the rate of any one specific therapist in that area. Each therapist sets their own rates, and some therapists also offer a sliding fee scale. I recommend inquiring with each provider you're interested in working with to get more information about how much they charge.

## What determines the cost of a therapist in Georgia?

As I mentioned before, several factors influence the cost of talk therapy. While each provider ultimately chooses how much to charge, here's a look at what might determine their rate.

### Cost of living

Like other services, the cost of therapy can depend on the general cost of living in your area. Typically, metropolitan areas are more expensive to live in, so therapy prices will generally be higher. However,

with the wide availability of virtual therapy nowadays, this isn't always the case.

## Therapy setting

Where you access mental health treatment can also impact the price. For example, private practice therapists tend to charge more than community mental health agencies. Therapists with their own private practice can set their own rates, while agency workers are typically paid a salary by the company that employs them.

## Therapist's training and experience

Pre-licensed therapists may offer discounted rates compared to licensed mental health professionals since they have less experience. Also, licensed therapists who have specialized training in certain therapeutic modalities or who have experience working with niche populations may also charge more.

## Payment method

If you opt to use your mental health benefits, you may pay less out-of-pocket. While this can make therapy more affordable, it can also limit which providers you see. Alternatively, you can use your out-of-network benefits to see a wider range of therapists while still getting reimbursed for a significant portion of your care. I recommend contacting your health insurance company for more information about your specific mental health coverage.

# Is therapy worth it?

While the cost of a therapist can (unfortunately) deter some people from seeking mental health support, therapy **is** ultimately worth it. My practice, Atlanta Therapy & Wellness, was founded on the belief that wellness is possible and achievable for all people.

Here are just a few of the ways that therapy can help you and your loved ones.

### Get support for mental health concerns

If you live with a mental illness like depression, anxiety, or post-traumatic stress disorder



(PTSD), you know how painful it can be. Mental health providers use evidence-based practices to help you learn how to manage your symptoms and ultimately heal.

### Build stronger relationships

Therapy can also help you improve your relationships. Whether you want to get closer to your romantic partner, need help navigating challenging family dynamics, or even want to explore how you could be a better friend, working with a therapist can help.

### Learn how to feel more in control of your emotions

Coping with your emotions can be challenging, especially if you're going through a particularly challenging time in your life. Therapy can teach you specialized skills that can help you feel more confident and in control when it comes to managing your feelings.

### Navigate life stressors

You don't necessarily need emotional challenges, mental health issues, or relationship problems to benefit from therapy. Everyday life stressors, like moving, starting a new job, or coping with a loss in the family can take a toll, even if they seem like "normal problems." Working with a therapist can give you the emotional support you need to get through a hard time.

Keep in mind that these are just some of the benefits of therapy. You're a unique person with your own specific goals for therapy, and your clinician can help you get there.

## Get the professional support you need to find true wellness.

Ready to see for yourself how therapy can help? We're here for you.

We believe that everyone deserves to find wellness, and our diverse team can help you get there. We offer a variety of counseling services, including anxiety therapy, depression therapy, trauma therapy, DBT therapy, therapy for the Black community, couples therapy, and family therapy.



We're confident that we can provide you with the mental health care you need to thrive. Plus, in line with our mission, many of our clinicians accept insurance coverage. We want to make wellness as accessible as possible.

Connect with us today for more information about how we can help or to request your first session. We look forward to meeting you and supporting you!

Get in touch

‹  How Much Does a Therapist Cost in Atlanta?

How Much is Couples Therapy in Atlanta?  ›

Daytime appointments now available → ✕



Therapists
Services
Rates & Insurance
Specialties
Resources
Careers  Blog

Request an Appointment

# How Much Does Therapy Cost in Chicago?

**Takeaway:** The cost of therapy in Chicago varies based on factors like the type of therapy you're looking for, your therapist's expertise, and more. In this post, we'll explain the average cost of a counseling session in Chicago and explore whether it's worth it so you can make an informed decision about your care.

Starting therapy involves many important considerations, and for most Chicagoland residents, cost is at the top of that list. Beyond finding the right therapeutic match and aligning on logistics like scheduling availability the financial investment can significantly impact your decision to seek mental health support.



As an experienced therapist in Chicago, I've noticed that pricing uncertainty often prevents people from taking that initial step. While therapy costs vary from practice to practice, many prospective clients find it challenging to get clear, upfront information about what to expect.

That's why I created this guide. Here, my goal is to break down the costs of therapy across

Chicago's metropolitan area. We'll examine typical session rates, explore the factors that influence pricing, and discuss various payment options available to Chicago residents.

My goal is to provide straightforward information about therapy costs in Chicago, removing some of the mystery from the process. Understanding the financial aspect of therapy can help you make an informed decision about your mental health care.

Let's dive in.

## What's the average cost of mental health services in Chicago?

Therapy in Chicago generally costs between $70-$275 per session.

These price ranges reflect current market data, but individual therapy costs in Chicago can fall outside these averages depending on several key factors we'll discuss below.

To provide a clearer picture, I analyzed the rates of 25 therapists offering different therapy services across Chicago. While these figures represent averages rather than specific providers' rates, they offer a baseline understanding of therapy costs throughout the city. Keep in mind that factors like specialization, experience level, and practice location can all influence a therapist's fee structure.

| Type of Therapy | Average Cost of a Therapy Session |
|---|---|
| Individual therapy | $155 |
| Couples therapy | $162 |
| Group therapy | $46 |

Again, these rates are averages and don't reflect the rates of any one particular provider. It's always best to reach out to a practice directly if you want more information about their fees.

How Much Does Therapy Cost in Chicago? | Feel Good Counseling

# Does in-person therapy in Chicago cost the same as online therapy?

With the growing popularity of online therapy, it's natural to wonder about potential cost differences between virtual sessions and traditional in-person therapy. Like the cost of therapy in general, this information isn't always straightforward, and several factors influence pricing across both formats.

Generally, Chicago-based private practitioners charge similar rates whether they're meeting clients in-office or through a secure video platform. This consistency reflects the equal time, expertise, and care provided in both settings.

However, larger nationwide telehealth platforms often offer lower rates through subscription models and higher-volume practices. While online therapy through these platforms may be more affordable through these providers, it's important to consider the trade-offs.

With local private practices, you're not just a number. Living and working in the same community, we truly care about each one of our clients and are committed to providing excellent mental health services. We're more familiar with Chicago-specific resources and can provide referrals within the local healthcare network. As a bonus, we also offer the flexibility to seamlessly transition between in-person and virtual visits based on your needs.

## Why is therapy so expensive?

Many first-time therapy seekers experience sticker shock when researching mental health services. Understanding the various elements that contribute to therapy costs in the Chicagoland area can help shed some light on the "why" behind the cost.

### Specialized training and expertise

Different therapeutic approaches require specific certifications and ongoing education. For instance, therapists offering specialized treatments like EMDR invest significant time and resources in advanced training and supervision. This expertise is often reflected in

their session rates, as these evidence-based treatments require additional skills beyond traditional talk therapy.

## Session format and duration

Pricing is also influenced by the type of therapy service you're seeking. Couples counseling and family therapy typically come with higher rates than individual sessions due to the complexity of managing multiple relationships and perspectives. Process groups, which aren't as in-depth as one-on-one therapy sessions, generally cost less than traditional sessions.

## Chicago market factors

Location plays a crucial role in therapy pricing throughout Chicago. Practitioners in in-demand areas may charge higher rates as a result of higher overhead costs. Meanwhile, practices in outlying neighborhoods might offer more moderate pricing while maintaining the same quality of care. Insurance networks and local competition also influence fee structures across different parts of the city.

# Is therapy worth it?

While cost is a major factor to consider, the value of therapy goes beyond the financial investment. Working with a mental health professional can have significant short- and long-term benefits for your well-being, relationships, and overall quality of life.

Through my years of providing therapy, I've seen firsthand how impactful the process can be. I've witnessed countless clients heal from painful experiences, navigate challenging times and come out stronger on the other side, and reach goals that they thought may be impossible.

The benefits of therapy are also backed by research:

- This literature review highlights how cognitive behavioral therapy (CBT) can help people with anxiety, ADHD, depression, eating disorders, and more.

- This study explores how emotionally-focused therapy, a form of couples therapy, can help partners increase intimacy in their relationship.

- This study demonstrates how therapy can help improve adults' self-esteem.

These are just a few examples of how therapy may be able to help you and your loved ones.

## How can I pay for therapy?

Thinking of taking the next step? Understanding your payment options can help you access the care you need while managing costs effectively. Here are the main ways that people pay for therapy in Chicago.

- **Health insurance coverage**: Review your plan's mental health benefits carefully before starting therapy. Check both in-network and out-of-network benefits, paying particular attention to copayments, deductibles, and session limits.

- **Direct payment**: While paying out-of-pocket may seem costly initially, it also has some advantages. Paying directly can give you a wider range of therapists to choose from, allows you to maintain complete confidentiality from insurance providers, and can help you avoid a formal diagnosis if you prefer.

- **Health savings accounts (HSAs) and FSAs**: These tax-advantaged accounts can cover therapy expenses, regardless of whether you're using insurance. While employers often sponsor these accounts, some banks also offer individual account options.

- **Employee assistance programs**: Many major employers provide EAPs that include confidential mental health services. These typically offer a few complimentary sessions and can serve as an entry point for ongoing care.

- **Community mental health centers**: Some community mental health agencies offer reduced-rate therapy based on income. These centers often accept various insurance plans, including Medicaid, and provide diverse treatment options.

- **Training clinics**: Many universities with counseling programs often provide reduced-cost services through supervised graduate clinicians. Current students at these institutions may qualify for free counseling through campus health services.

Understanding these payment options can help you take the next step—whether that's calling your insurance company, reaching out to a local clinic, or contacting a practice to discuss fees and payment arrangements.

## Investing in mental health care at Feel Good Counseling Center

At Feel Good Counseling Center, we value making therapy as accessible as possible. That's why we accept insurance, including:

- Blue Cross Blue Shield PPO
- Aetna Better Health
- AllKids
- Blue Cross Blue Shield Community Health
- County Care
- Meridian
- Molina
- Straight Medicaid

If you don't have one of these plans, you may also be able to use our out-of-network insurance benefits to work with us. We also offer a select number of sliding scale spots to those who qualify.

You can learn more about our fees and payment options here.

## Final thoughts on the cost of therapy in Chicago

Trying to figure out how much therapy costs can be confusing and overwhelming, but hopefully, you've gained some valuable information from this post.

If you still have questions, or if you're ready to take the next step, we encourage you to reach out.

As a robust counseling center in the Chicagoland area, we offer a wide variety of services for all members of the family. From one-on-one sessions to couples and family therapy to group sessions, we can help you and your loved ones navigate mental health issues, life challenges, relationship problems, and more. Our diverse team offers therapy in seven languages so you can find the best fit for you.

Contact us today to request an appointment with one of our clinicians. We look forward to meeting you and supporting you!

Request An Appointment

Katrina Gelazius, LCPC

Katrina Gelazius, LCPC, is the owner of Feel Good Counseling Center and a dedicated Licensed Clinical Professional Counselor. She specializes in providing compassionate care to individuals, couples, and families, focusing primarily on adults managing anxiety, depression, relationship challenges, trauma/PTSD, and substance abuse. Katrina is passionate about empowering her clients to increase their self-awareness and achieve personal growth, guiding them toward becoming the best version of themselves.

https://www.feelgoodcounseling.com/staff/katrina-gelazius

‹ Is Therapy Covered by Illinois Medicaid?



All therapy sessions are offered in person and online.

33 W Higgins Rd. Suite 610,
South Barrington, IL 60010

*Navigate*

Home
Therapists
Services
Contact
Specialties
FAQS

*Quick Links*

Rates + Insurance
Careers
Internships
Mental Health Links
Physical Health Links
Client Documents

intake@feelgoodcounseling.org
(773) 280-7405

*As Featured In:*





©2025 Feel Good Counseling Center | Legal | Site Credit



Book a Demo          Start For Free

How to Build a Practice          Marketing Your Practice

Practice Financial Health          Client Engagement

Industry & News          Downloadable Resources

Webcasts

# Setting Private Practice Rates: Average Fees Per Session, By City

 By Owl Team          📅 05 Sep 2024

Setting therapy session fees is a critical part of private practice business management, since it can influence both your potential clientele and take-home income. Your fee range might depend on external factors like cost of living and rent; what services you offer, including years of experience and specialized training; and your level of brand awareness, built through marketing, positioning, and personal networks.

In addition to these, an important factor to consider when setting your private practice fees is **what other therapists charge in your city** – this gives you a benchmark of what your colleagues charge for comparable services, as well as what localized prospective clients understand to be the average cost of therapy.

To find out how much therapists charge in each city, we analyzed average session fees across three cities – New York City, Boston,

and Providence). Read on to find out how much therapists charge in your city!



# 1. Therapy session fees by city

## Average therapy fees by city

Therapy session fees vary by city, and (unsurprisingly) reflect the cost of living in each city.

**Average therapy sessions by city (medians):**

- **New York City:** $220 per session
- **Boston:** $175 per session
- **Providence:** $150 per session



Source: Median averages among Zencare member therapists as of March 2019

## Therapy fee ranges by city

Additionally, session fees tend to be concentrated in a fairly narrow range:

- **New York City:** Over 60% of therapists charge $175 – $250 per session
- **Boston:** Nearly 60% of therapists charge $150 – $200 per session
- **Providence:** Over 60% of therapists charge $100 – $150 per session



Based on private pay rates of private practice Zencare member therapists.

# 2. Fees by provider type and by city

While experts generally agree that continuing education, supervision, and training – particularly in niche specialties – are

most important in a provider's quality of care, there is a marked difference in costs per session across degree types, and by city.

Psychiatrists are generally the highest charging (and highest earning) mental health professional, generally followed by psychologists, social workers, and counselors.

As perhaps expected, New York providers charge the most per session: Median session fees in NYC range from $150 (for social workers) to $400 (for psychiatrists). Boston rates are slightly lower at $145 (for mental health counselors) to $325 (for psychiatrists). Providence per-session rates skew the lowest, reflecting the more affordable cost of living and rent in the city, ranging from an average of $125 (for social workers) to $300 (for psychiatrists).

## NYC therapy fees by provider type

With higher living and office costs, therapists in New York City charge higher prices than therapists in most other cities in the U.S.

Within NYC, the median session fee varies widely by provider type as well: psychiatrists on average charge $400 per session, while the average for mental health counselors is $150 per session.

**Median NYC therapy costs by provider:**

- **NYC Psychiatrists:** $400 per session
- **NYC Psychologists:** $250 per session
- **NYC Social Workers:** $200 per session
- **NYC Mental Health Counselors:** $150 per session

# NYC Average Therapy Cost by Provider Type



Note: Based on private pay rates among private practice Zencare therapist members in NYC.



## Boston therapy fees by provider type

As in NYC, Boston rates vary widely across provider types, with psychiatrists charging an average of $300 per session, double the $150 rate of social workers.

**Median Boston therapy costs by provider:**

- **Boston Psychiatrists:** $325 per session
- **Boston Psychologists:** $180 per session
- **Boston Social Workers:** $155 per session
- **Boston Mental Health Counselors:** $145 per session

# Boston Average Therapy Cost by Provider Type



$145 Counselor   $155 Social Worker   $180 Psychologist   $325 Psychiatrist

Note: Based on private pay rates among private practice Zencare therapist members in Boston.



## Providence therapy fees by provider type

Providence residents are in luck – therapy is more affordable in the Ocean State, and the difference in fees between different types of providers is not as drastic as in the other two cities we examined.

While psychiatrists do charge markedly more ($300 per session on average), average fees among counselors, social workers, and psychologists range from $125 – $150, a relatively small range.

**Median Providence therapy costs by provider:**

- **Providence Psychiatrists:** $300 per session
- **Providence Psychologists:** $150 per session
- **Providence Social Workers:** $125 per session
- **Providence Mental Health Counselors:** $135 per session

## Providence Average Therapy Cost by Provider Type





# 3. Sliding scale offered by city

Interestingly, sliding scales are offered at a consistent rate across cities: Nearly half of therapists in New York City, Boston, and Providence offer sliding scale fees.

## Frequency of sliding scales offered by city

- **New York City:** 47% of therapists offer sliding scale fees
- **Boston:** 46% of therapists offer sliding scale fees
- **Providence**: 44% of therapists offer sliding scale fees





It's important to note, however, that the sliding scale in each city is reflective of its overall average regional cost per session. A sliding

scale in NYC, for example, might refer to $175 – $225 per session, while in Providence it's more common to see sliding scales ranging between $100 and $150 per session.

*Related:* *All set on set fees, but figuring out how to better manage billing and session notes? Learn about the most popular therapist billing and practice management tools and how to choose the right platform for you.*

## 4. Private pay vs. in-network therapy by city

The starkest contrast in session fees is the percentage of private pay only vs. in-network therapists by city.

While 80% of therapists in Providence are in-network with at least one health insurance, only 20% of NYC therapists take any insurance. Boston therapists, meanwhile, are almost half and half, with 40% of therapists in-network with at least one insurance.

**In-network vs. private pay ratios:**

- **NYC therapists**: 80% private pay, 20% in-network
- **Boston therapists:** 60% private pay, 40% in-network
- **Providence therapists:** 20% private pay, 80% in-network

*\*Note: In-network here below implies the therapist is in-network with at least one health insurance company. Percentages have been rounded.*





*Related:* Questioning whether to accept health insurance or not? Here's our breakdown of the pros and cons of in–network vs. private pay.

Now that you know how much your colleagues charge for therapy sessions in your location, learn how to build up your practice through private practice branding. Still not sure how to launch a stellar online presence? Zencare can help.

*The findings presented in this article are based on an analysis of 508 private practice therapists in the Zencare network (272 NYC therapists, 93 Boston therapists, and 143 Providence therapists).*

*Median is used throughout to account for a non–normal distribution of session fees.*

*Disclaimer: Since our findings solely reflect the rates of Zencare providers – all of whom have been vetted to ensure excellent training – the figures might be skewed toward upper market prices.*



# Get paid with Owl Practice.

Learn more

*Reduce clinical administrative tasks and transform more lives with Owl Practice. Owl Practice provides all the tools you need to make your practice successful. Join the thousands of care professionals using Owl to run their practice every day.*

Session Rates

Share This Post   



Written by:

## Owl Team

# Keep Learning



Practice Finance

## How to Set Your Rates with Confidence as a New Therapist

Confidently set your therapy rates with this step-by-step guide for new therapists. Learn how to charge sustainably and ethically.



**New to Private Practice**

## How to Choose an AI Notes Solution for Your Practice

Compare top AI notes tools for therapists. Learn how to choose secure, compliant solutions like Upheal and Blueprint for your practice.



**Grow Your Practice**

## The Continuing Education Guide for Therapists

Stay ahead in your therapy career with our comprehensive guide to continuing education for therapists. Learn about CE requirements, top courses, and how to maximize your learning for professional growth.



# Get your practice humming with Owl Practice Suite

Start For Free     Book A Demo

For Therapists



  

## Solutions

Connect With Clients

Manage Your Practice

Get Paid

## Getting Started

Book A Demo

Start For Free

Pricing

Switch to Owl

## Who We Serve

New Practices

Solo Practice

Group Practices

Private Pay Practices

Nonprofit

## Features

Client Matching

Marketing Services

Scheduling & Reminders

Client Records & Notes

Telehealth Video Sessions

Secure Messaging

Measurement-Based Care

Billing & Payments

Insurance Claim Filing

Private Pay Booster

Courtesy Claims

## Resources

Help Center

Contact Support

System Status

Privacy & Security

Live Q&A Sessions

Higher Education

Office Hours With Hilary

Marketplace

Referral Program

## Practice Wisdom

Meet Snowy

How to Build a Practice

Marketing Your Practice

Practice Financial Health

Client Engagement

Industry & News

## Company

About Us

Leadership Team

Careers

Contact Us

## For Therapy Seekers

---

# ZENCARE

 

Find A Therapist

File an Out-of-network claim

The Couch: Mental Wellness Online Magazine

Privacy Policy                                  Business Associate Agreement

Terms of Use                                    Accessibility Statement



© Owl Practice Suite 2025

 NitroPack | Automated page speed optimizations for fast site performance