```
              ITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

           CASE NO.  24-20008-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**MICHAEL KARL GEILENFELD,**

    Defendant.

_____/

**ORDER GRANTING UNITED STATES' MOTION FOR ADDITIONAL TIME**

THIS CAUSE came before the Court on the United States' Motion for Additional Time During May 23, 2025, Sentencing Hearing [ECF No. 156]. Being fully advised and for the reasons stated in the Motion, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Court has set aside three (3) hours for the sentencing hearing.

**DONE AND ORDERED** in the Southern District of Florida on May 14, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record