Bonnie Yarbrough Elam<br>
1611 Park Drive Raleigh, North Carolina 27605<br>
(919) 786-4468<br>
May 12, 2025

Honorable Judge David S. Leibowitz
District Judge
United States District Court
Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 202A, Chambers 202B
Fort Lauderdale, Florida 33301
Case # 24-20008-DR_LEIBOWITZ(s)(s)



FILED BY _____ D.C.
MAY 19 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Dear Judge Leibowitz,

In 1998, my husband and I met Micheal Geilenfeld who brought two twelve-year-old boys to perform at my churches' annual Family Retreat in North Carolina. One boy Walnas, performed a long, strenuous dance, to the beat of African drums, while Sony, who had spastic cerebral palsy, was required to twirl and dance. When Sony would fall Michael would have the audience clap until Sony was able to regain his footing. At that time, we did not realize these performances were part of month-long tours, where the boys were not in school, and were forced to perform up to several times a day. Mr. Geilenfeld and some of his associates scheduled multiple tours each year with young boys and youth performing throughout the United States and Canada.

My husband, I, and many friends were initially impressed by Mr. Geilenfeld poignant story: he studied with Mother Theresas' Sisters of Charity and became a Brother who moved to Hati to provide safe shelter, strong family, and education for young, vulnerable boys and youth.

After our initial meeting with Mr. Geilenfeld, we lead several trips to Saint Joseph Home for Boys and we noticed guest rooms had electricity with fans while boys slept in a storage room off the kitchen with no cross ventilation. Guests had a buffet of fresh fruit, eggs, and pastries for breakfast in the dining room, while the boys crowded around a picnic table in the kitchen with bowls of gray gruel and unfiltered water. For dinner, guests had entrees, fresh fruit vegetables, and desserts, while the boys again had again a bowl of gray gruel. We did notice that Michael Geilenfeld never ate or drank in the house. Boys and youth on dance tours did not receive their education.

While I did not see Mr. Geilenfeld sic his dog Mickey on the boys, I did see scars on their arms, legs, and buttocks. While I did not see Mr. Geilenfeld sexually abuse a boy, I did seem them shrink when he approached them, wince when he poked them in the ribs or jabbed them in the back, verbally chastise them, and saw the fear and pain in their eyes.

While Mr. Geilenfeld presented a façade of charisma, we observed that he was cunning, cruel, and abused the children in a variety of ways. My recommendation is that Mr. Geilenfeld be held accountable for the pain and suffering he inflicted on vulnerable children that were supposed to be under his care and protection. To give credence to those who suffered the cruelties of Mr. Geilenfeld and to those who wanted to testify but could not, to honor the memory of those who died under unusual circumstances, and to protect other vulnerable, handicapped children from Mr. Geilenfeld actions. I think it is imperative that he is incarcerated and remain in prison.

Yours truly,
*[signature]*

Bonnie Yarbrough Elam

CC: Lacee Elizabeth Monk, Assistant United States Attorney, Jessica L. Urban, Trial Attorney, Eduardo Palomo, Trial Attorney

B.Y. Elam
1611 Park Dr.
Raleigh, NC 27605

RALEIGH NC 275
Research Triangle Region
15 MAY 2025 PM 3 L

Honorable Judge David S. Leibowitz
District Judge
United States District Court
Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 202A Chambers 202B
Fort Lauderdale, Florida 33301

33301-194499