UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-20008-CR-WILLIAMS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MICHAEL KARL GEILENFELD,

     Defendant.

_____/

## NOTICE OF FILING LETTERS IN SUPPORT OF SENTENCING

     The Defendant, Michael Karl Geilenfeld, through undersigned counsel,

respectfully files the attached letters for consideration at his sentencing.[1]

     Respectfully Submitted,

     HECTOR A. DOPICO
     FEDERAL PUBLIC DEFENDER

     BY:     *s/R. D'Arsey Houlihan*
          R. D'Arsey Houlihan
          Supervisory Assistant Federal Public Defender
          Florida Bar No. 100536
          150 W. Flagler Street, Suite 1700
          Miami, Florida 33130-1556
          (305) 530-7000/(305) 536-4559, Fax
          E-Mail:  d'arsey_houlihan@fd.org

---

[1] The letters of support have been redacted to remove addresses, phone numbers and email addresses as individuals who have supported Mr. Geilenfeld have been doxed and severely harassed on-line.  Defense counsel can provide unredacted copies of these letters of support for the Court.

## CERTIFICATE OF SERVICE

I HEREBY certify that on **May 22, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


<u>s/R. D'Arsey Houlihan</u>
R. D'Arsey Houlihan