

Anita Haynes

March 31, 2025

Honorable Judge David S. Leibowitz
District Judge
United States District Court
Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 202A, Chambers 202B
Fort Lauderdale, Florida 33301

Re: Michael Karl Geilenfeld, #95534510; Case # 1:24-cr-20008 S. D. Fla

Dear Judge Leibowitz:

My name is Anita Haynes; my husband and I have enjoyed 45 years of marriage. We are established residents in an upper middle class neighborhood in L████, C████. In our retirement, we teach classes about faith in our Catholic community. I am responsible for the management and administration of our prayer ministry that involves approximately 350 members. We are active with family, neighbors, community and ministry.

I write this letter on behalf of Michael Karl Geilenfeld requesting leniency and/or a reduced sentence. I have known Michael for the past 8 years. I met him at our Church in L████, C████. In my conversations with Michael, he shared his love and passion for people. Michael impressed me as a man of courage who gave his life to improve and assist the poorest people, those with health challenges, the elderly, the rejected. He sees dignity in all those around him.

In my observations of Michael, I have come to know him as a gentleman with integrity, respectful, humble, and devout. He has been reliable walking everywhere, always smiling, joyful with kind and encouraging words for me and others. This man is an amazing blessing wherever God places him. His obedience and surrender to God's plan for him is evident even from the confines of the Miami Federal Detention Center walls, as I have received daily journals from him. His faithful routine allows him to pray, read, converse with other inmates helping and encouraging them to be better men, to make better choices. Michael is a beacon of hope as he demonstrates mercy, patience and charity in all circumstances.

I would ask you to provide the greatest leniency for the shortest sentence possible. At Michael's age of 73 years old, I would welcome him back to our Community confident of his good character.

Thank you for your time and consideration. May God bless you and guide you in your sentencing of Michael Geilenfeld.

Respectfully,

*Anita Haynes*
Anita Haynes

**Diane Albright**



April 4, 2025

**Honorable Judge David S. Leibowitz**
**District Judge**
**United States District Court**
**Southern District of Florida**
**U.S. Federal Building and Courthouse**
**299 East Broward Boulevard**
**Courtroom 202A, Chambers 202B**
**Case # 1:24-cr-20008 S. D. Fla**
**Fort Lauderdale, Florida 33301**

Dear Judge Leibowitz,

My name is Diane Albright, and I have known Michael Geilenfeld for 23 years. I am writing to you today to ask for leniency in the sentencing of Mr. Geilenfeld.

Michael has always been a person of good character. I met Michael in February 2002 on the first of my numerous mission trips to Haiti. I always stayed at St. Joe's Home for Boys when in Haiti where I witnessed first-hand the support Michael gave all the boys that were former street children. Without Michael giving these boys a roof over their head, food, clothing, an education and cultural exposure they would have either died or turned to a life of crime living on the streets. Thanks to Michael many of these boys are now living in the United States and have families and are gainfully employed. Never once did any of the boys, including those involved in this lawsuit, several whom I knew well and even called me mom, express any dissatisfaction with Michael; instead, they only had praise for him. I also never witnessed any mistreatment by Michael to any of the boys, only love and support for them. He has made a positive impact on hundreds of street children in Haiti by giving them a loving home and a chance at a better life. So, imagine my surprise when I heard he was found guilty especially since the perpetrator of these charges had never met any of these boys during this timeframe nor had met Michael or stayed at St. Joe's.

I am aware of the events surrounding Michael's arrest for illicit sexual conduct and I understand the seriousness of the offenses, but I believe that a harsh sentence would not serve justice. Michael is a 73-year-old man of God who has devoted his life to serving God and helping others. I do not believe he is a threat to society, but rather we would all be better off with Michael continuing to serve God outside of prison.

Thank you for your time and consideration. I am available to provide any additional information you may require.

Sincerely,

*Diane Albright*

Diane Albright

To the Honorable Judge Leibovitz:

I have known Michael K. Geilenfeld since 1977. I lived across the street from him + the other Brothers in a poor part of Los Angeles, CA. I worked with him in Haiti when he was sent there as a M.C. Brother. I knew him well + found him to be a man of integrity + prayer. Always putting those he served, their needs + welfare, first. I lived in Haiti 3 mos. in the '80s working with the M.C. Brothers + Sisters. Mother Teresa's religious order. Hence, I know better than most what Haiti is like. As I understand it these alleged "victims" were offered the opportunity to stay in the U.S.A. if they could convict Michael. That should have been questioned + pointed out that poor Haitians would easily lie to escape their blighted country + culture. A culture of Vodoun + bondage. I wasn't in court because I live on the west coast + can't easily travel. But just who witnessed this so-called "sexual assault"? Many lies have been told about Michael over the years. These lies told by those envious, those seeking money + a chance to live in America. I'm amazed a jury could be so naive + dumb as to not be able to see through the Haitian men's lies. I'm a family nurse practitioner so I've had to have a certain amount of discernment in my life. I would trust my life to Michael's integrity + faith in God. People do not change character over the years, a character is formed early in life + remains the base upon which all other virtues or vices are built. What Michael was when we first met, 44 years ago, is still very obvious. There are some "sins" a man like Michael could not commit. Sexual assault on a child or teenager is one of them.





Kim Raber

April 1, 2025

Honorable Judge David S. Leibowitz
District Judge
United States District Court
Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 202A, Chambers 202B
Fort Lauderdale, Florida 33301

Re: Michael Karl Geilenfeld, #95534510; Case # 1:24-cr-20008 S. D. Fla

Dear Judge Leibowitz:

My name is Kim Raber and I have been married for 15 wonderful years. My husband and I are retired and are very involved in different ministries at our Catholic church. I am writing on behalf of Michael Geilenfeld. Michael was a member of the same church community that we are in. Although I don't know Michael personally, I have heard so many wonderful things about him.

I learned from a friend about Michael's situation and have been following his case and the outcome via emails received from that friend who knows Michael very well. She forwards to me almost daily the emails she receives directly from Michael. I am compelled to write to you because in reading these incredible emails it is revealed of the immense love for God and other human beings that Michael really has. He is truly a man of God.

Please consider Michael's character as seen through the eyes of someone who has never personally met him but through his writings have come to know him. I am asking for leniency in Michael Geilenfeld's sentencing and a short sentence for him. He is 73 years old and would be welcomed back into our community with open arms. Thank you in advance for taking the time to read my plea. I am praying for you and for the decision that you make.

Respectfully,

*Kim Raber*

Kim Raber

Case number 1:24-cr-2008 S.D.Fla

Honorable Judge David Leibowitz,

I would like to let you know I have known Michael Geilenfeld since January 1985. I went to Haiti as a nurse with a friend who knew Michael's family in Algona, Ia. He had returned to Haiti a week before we visited him. He was living in a two-room house with 5 boys he had ministered to when he was there as a Brother of Charity. I witnessed a loving happy family, living a happy simple life. And we prayed with them.

In 1986 when we visited them again Michael was asked to open a guest house for visitors. He did that in a rental house. By this time, he had had several more boys he was helping with school and how to live in community.

I visited once a year as I came to Haiti as a nurse. Because of my enthusiasm my husband, Gary, started to travel with me. He was impressed with Michael and how he guided the young boys he had living with him. He was very much like a father guarding and guiding these boys. Every day ended with a prayer service with singing and the boys witnessing what they did that day. As the years passed. The family grew and prospered. He was encouraged to bring the boys to the US so others could witness what he was doing with these boys. He encouraged the boys to dance and sing Haitian songs so they could perform to those communities that invited them to visit their church or community.

We hosted Michael and the boys for several of these trips. I never saw anything that I thought was inappropriate. He guarded and guided these boys here in the US as he did in Haiti. I became friends with many of the boys and I am sure if they needed help, they would have asked for it.

Michael has visited my home many times and I have enjoyed his friendship all these years.

Sincerely,

*Lucy Dietrich*

Lucy Dietrich

April 23, 2025



The Honorable Judge David S. Leibowitz
District Judge
United States District Court
Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 202 A, Chambers 202B
Fort Lauderdale, Florida 33301

RE: Case #1:24-cr-20008 S.D. Fla

Dear Judge Leibowitz:

This letter comes as a part of the information that I hope you will consider in deciding an appropriate sentence for Michael Geilenfeld when he appears before you on May 23. I have known Michael for over thirty years and have no hesitation in providing this letter of support for him despite the serious crimes he stands convicted of.

I am a 95-year-old retired social worker, non-profit executive, and university professor, who is also a mother. My longevity and professional experience have provided me significant insights about Michael as I have witnessed how his initial efforts in establishing St. Joseph's Home in Port au Prince Haiti provided the impetus for two additional homes where indigent, marginalized, sometimes handicapped and, unwanted children could find food, clothing, guidance, and structure for their lives even while living in Haiti which is the poorest country in the western hemisphere.

Because of my years working with, talking to, interacting with, and truly getting to understand Michael, I know that Michael Geilenfeld is a kind, mature, altruistic, honest, spiritual, giving, and forgiving person who has spent the

majority of his life in service helping and providing for others. This decades-long journey started in 1974, when Michael became a brother with the Missionaries of Charity, which led to him doing volunteer work in Iowa, Los Angeles, Cambodia, El Salvador, and India with Mother Teresa, and finally in Haiti. It was in Haiti that Michae left the Missionaries of Charity and began St. Joseph's Orphanage in Port au Prince in 1985.

I started going to St. Joseph's Home in 1986 after learning about Michael and St. Joseph's from a representative of the Catholic Diocese here in Richmond, Virginia, where I reside. While not being a follower of the Catholic faith, an early personal aspiration was to become a missionary. This desire was accomplished later in life after a successful career in social work, as a practitioner, as a professor, and an agency executive director.

Despite the difficult living conditions at the home in the early days, primarily related to the harsh economic realities of Haiti, Michael and his staff operated a clean, well-organized, Christian-focused home that provided the only safe place that these children would ever know. Because of the quality of the operation and my desire to have a positive influence in the lives of these children, to follow my Christian faith, and to support Michael, I returned there every year to work with the children as a voluntary missionary using vacation time from my job. After retiring, I would stay at home from January until March. It was during these 90-day stays that I gained a greater perspective of the total operation of the orphanage and how Michael administered it. Over the years, I have witnessed children come to St. Joseph's as lively and rambunctious boys who, through the structure, discipline, guidance, and moral teachings as provided by Michael and others, developed and matured into adulthood, many of whom now have families of their own. Three young men in particular assumed leadership roles at the St. Joseph Home to further the work of the home and to pay forward the blessings they received there.

The years of excellent work that Michael did result in, both, the expansion of the original St. Joseph's Home in Port – au – Prince and the creation of another facility called Wings of Hope.

From our previous discussions, I know that Michael's desire had been that the close of his life would be in Haiti, where he wished to be buried. However, now

as a senior citizen, he appears before the court convicted of a serious federal crime. This conviction and its subsequent sentence could result in Michael spending his remaining days and years in a federal prison, dying there. Michael is now a convicted felon, a stain he will carry for the rest of his life. This designation alone must be painful for someone who has spent a lifetime helping a range of people.

As you contemplate his sentence, which will involve considering evidence from the prosecution and defense attorneys, I am respectfully asking you, the court, to consider balancing justice with redemption, as justice does not have to mean a sentence of total incarceration. In consideration of the fact that Michael does not have a criminal record, the years he spent that did make a positive difference in the lives of untold numbers of indigent children in Haiti, the months he was held pending trial, the fact that he is 73 years old, and the low risk he presents for recidivism, a sentence including probation with mandated electronic monitoring and counseling, perhaps a lengthy stay in a half way house, and mandatory long term community service would be a reasonable alternative to a sentence of decades in prison which would be just retribution without providing any opportunity for redemption.

Judge Leibowitz, I realize that my suggested sentence for Michael is unique, but having lived 95 years, I have seen individuals redeem and rehabilitate themselves from horrendous situations if given the opportunity to do so. This is what I am respectfully asking of the court.

Thank you for your time and consideration.

Sincerely,

*[signature]*

(Mrs.) Willie Jones Dell

https://richmond.com/archive/article_56a2f1a6-0a55-504b-b58b-dea6b87b0d7d.html

# Making a Difference: Willie Dell has 'stood up for right all her life'

**Karin Kapsidelis**

Dec 21, 2011



Willie Jones Dell has been doing missionary work in Haiti every year for the past 25 years.
P. KEVIN MORLEY/TIMES-DISPATCH

Karin Kapsidelis

She's 81, but Willie Jones Dell prefers to push her age ahead slightly.

"I like to claim 82 so God will give me that next year," she said.

That's because Dell still has much on her to-do list. Next month, with open-heart surgery behind her, she'll head back to Haiti to resume the mission work she started 26 years ago.

Dell has been a college educator, a social worker and an advocate for senior citizens. She was the first black woman to serve on the Richmond City Council and was part of the council's first black majority.

But something she had wanted to do all her life eluded her until much later in her career.

"I always wanted to be a missionary," she said.

She thought she would just wait and join the Peace Corps after she retired, she said, as former President Jimmy Carter's mother, Lillian, did when she was 68.

## People are also reading…

1. **VCU basketball transfer updates: Tracey commits, Hill stays in huge night for Rams**
2. **Procurement reforms save $105 million, Youngkin's administration says**
3. **VDH confirms first measles case in state this year**
4. **VMI names NewMarket CEO as temporary head of the board**

"You don't have to wait," she recalls her husband, Nathan, a Presbyterian minister, telling her. "You can do what you can do now."

Since then, she has gone sometimes twice yearly to Haiti to do just that.

Normally, she goes at the beginning of January and stays three months. She's not sure why, but last January she made reservations to leave a bit later, on Jan. 21. Then the earthquake struck Jan. 12.

"I could have been there," she said. "I should have been there."

Heart trouble she didn't know she had kept her away the rest of the year, but she's eager to return next month to check on the people whose faces she came to know as she ventured out on her rounds.

"I've got to walk that same trail to see if my same people are still there," she said.

Dell, the retired executive director for the Richmond Community Senior Center, was honored in October by the Virginia Center for Inclusive Communities with the Jeffrey B. Spence Award for Interfaith Understanding.

In addition to volunteer activities at home, she was cited for her mission work in an outpatient clinic, a critical-care unit for babies and the hospice unit in Port-au-Prince.

"She's a very caring person," said longtime friend Allix James, the retired president of Virginia Union University. "It's part of her basic nature."

He said Dell was an important member of the City Council, taking the side of people who needed an advocate.

"She's just stood up for right all her life," he said.

Dell has "a wonderful story to tell about Richmond and the progress it's made," said Audrey Brown Burton, who has known her since the mid-1970s.

"She makes a statement when it comes to building character," she said. "I believe she's led a life that is enviable."

They serve together on the board of the Institute for Missions, which has raised funds for Haiti, as well as on a women's leadership roundtable, where Dell is the senior member, Burton said.

"She passes on wisdom," she said. "Willie is so good at sharing wisdom ... and bringing a spiritual perspective to the group."

She describes Dell as "a quiet warrior" for Richmond who has played many roles, from serving on the board of the Virginia Museum of Fine Arts to helping with voter registration and community outreach.

"I see her as being among this great cloud of witnesses that's doing great things here in Richmond and the rest of the world," she said.

\* \* \* \* \*

**Dell was a professor** in Virginia Commonwealth University's graduate social work program when she was appointed to the council in 1973. She went on to win election and served for nine years.

Her appointment to the council came as the result of the resignation of a member who was her pastor — who gave up his seat to become a missionary.

When Dell answered her call to mission work, she encountered some skeptics, including the head of a home for boys in Haiti who tried to discourage her from coming by recounting all the discomforts she would face.

"He said it was not like the Holiday Inn," she said.

But she finally convinced him and stays in the home's guesthouse during her trips.

She speaks neither Creole nor French, she said, but finds that is not a problem.

Caring for babies "doesn't require a language skill — it just requires human contact," she said. "I can understand baby talk."

Adults "respond in kind," she said, "if you treat them like another equal, like another human being, like somebody God created just as he did you."

A woman at her church recently told her she would be afraid to do such mission work. Dell said she doesn't see it as something to fear.

"The God I serve has got a passport, and wherever I am, God is. And there's nothing to be afraid of," she said. "If you don't move out of your comfort zone, if you continue to sit where you are, you see what you see."

In Haiti, every Saturday she would put water, a sandwich and a piece of fruit in her backpack and set out, she said.

"My thing was to go out and get lost, because if you get lost, you've got to find your way back home."