| | | |
|---|---|---|
| Date: 05/18/2025 | | 019877 |
| Time: 01:59 PM | | Location: DC |

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
#### Sensitive But Unclassified

| Reg #: ▓▓▓ | Start Date: 3/1/2024 | End Date: 5/15/2025 | | | |
|---|---|---|---|---|---|
| ☑ Money Received | ☑ Money Sent | ☐ Contact List | ☐ Addresses | ☐ Phone List | ☐ Calls |
| ☐ Email List | ☐ Messages | ☐ Visitor List | ☐ Visits | ☐ Timeline | |

## Money Received

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/2025 1:07:10 PM | MIM | Money Gram | $30.00 | DIETRICH, RENEE | ▓▓▓ | CEDAR RAPIDS | IA | 52405 | ▓▓▓ |
| 4/18/2025 7:07:13 AM | MIM | Money Gram | $250.00 | HEATHMAN, LINDA | ▓▓▓ | LITTLETON | CO | 80127 | ▓▓▓ |
| 4/1/2025 6:07:04 PM | MIM | Money Gram | $30.00 | DIETRICH, RENEE | ▓▓▓ | CEDAR RAPIDS | IA | 52405 | ▓▓▓ |
| 3/28/2025 1:06:55 PM | MIM | Money Gram | $60.00 | DIETRICH, RENEE | ▓▓▓ | CEDAR RAPIDS | IA | 52405 | ▓▓▓ |
| 3/27/2025 7:07:31 AM | MIM | Money Gram | $250.00 | HEATHMAN, LINDA | ▓▓▓ | LITTLETON | CO | 80127 | ▓▓▓ |
| 3/6/2025 1:06:43 PM | MIM | Money Gram | $200.00 | HEATHMAN, LINDA | ▓▓▓ | LITTLETON | CO | 80127 | ▓▓▓ |
| 3/2/2025 8:07:14 PM | MIM | Money Gram | $30.00 | DIETRICH, RENEE | ▓▓▓ | CEDAR RAPIDS | IA | 52405 | ▓▓▓ |
| 2/9/2025 6:06:54 PM | MIM | Money Gram | $50.00 | DIETRICH, RENEE | ▓▓▓ | CEDAR RAPIDS | IA | 52405 | ▓▓▓ |
| 1/26/2025 4:07:03 PM | MIM | Money Gram | $200.00 | HEATHMAN, LINDA | ▓▓▓ | LITTLETON | CO | 80127 | ▓▓▓ |
| 1/2/2025 1:07:11 PM | MIM | Money Gram | $30.00 | DIETRICH, RENEE | ▓▓▓ | CEDAR RAPIDS | IA | 52405 | ▓▓▓ |
| 12/26/2024 3:06:42 PM | MIM | Money Gram | $250.00 | HEATHMAN, LINDA | ▓▓▓ | LITTLETON | CO | 80127 | ▓▓▓ |
| 12/3/2024 7:08:10 AM | MIM | Money Gram | $70.00 | DIETRICH, RENEE | ▓▓▓ | CEDAR RAPIDS | IA | 52405 | ▓▓▓ |
| 11/26/2024 1:07:02 PM | MIM | Money Gram | $180.00 | HEATHMAN, LINDA | ▓▓▓ | LITTLETON | CO | 80127 | ▓▓▓ |
| 11/1/2024 9:06:56 PM | MIM | Money Gram | $150.00 | HEATHMAN, LINDA | ▓▓▓ | LITTLETON | CO | 80127 | ▓▓▓ |
| 11/1/2024 2:07:10 PM | MIM | Money Gram | $30.00 | DIETRICH, RENEE | ▓▓▓ | CEDAR RAPIDS | IA | 52405 | ▓▓▓ |
| 10/1/2024 5:07:15 PM | MIM | Money Gram | $50.00 | DIETRICH, RENEE | ▓▓▓ | CEDAR RAPIDS | IA | 52405 | ▓▓▓ |

| Date: | 05/18/2025 | | | | | | | 019878 |
|---|---|---|---|---|---|---|---|---|
| Time: | 01:59 PM | | | | | | | Location: DC |

## Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 9/15/2024 4:07:25 PM | MIM | Money Gram | $100.00 | HEATHMAN, LINDA | ███ | LITTLETON | CO | 80127 | ███ |
| 9/12/2024 6:06:38 PM | MIM | Money Gram | $30.00 | DIETRICH, RENEE | ███ | CEDAR RAPIDS | IA | 52405 | ███ |
| 9/12/2024 7:09:09 AM | MIM | Western Union | $100.00 | DEMAY, PATRICE | ███ | LAKE JUNALUSKA | NC | 28745 | ███ |
| 8/23/2024 7:07:26 AM | MIM | Money Gram | $100.00 | HEATHMAN, LINDA | ███ | LITTLETON | CO | 80127 | ███ |
| 8/3/2024 4:07:10 PM | MIM | Money Gram | $35.00 | DIETRICH, RENEE | ███ | CEDAR RAPIDS | IA | 52405 | ███ |
| 7/6/2024 8:07:10 PM | MIM | Money Gram | $45.00 | DIETRICH, RENEE | ███ | CEDAR RAPIDS | IA | 52405 | ███ |
| 6/5/2024 12:07:29 PM | MIM | Western Union | $100.00 | DEMAY, PATRICE | ███ | LAKE JUNALUSKA | NC | 28745 | ███ |
| 5/23/2024 8:06:33 PM | MIM | Money Gram | $50.00 | DIETRICH, RENEE | ███ | CEDAR RAPIDS | IA | 52405 | ███ |
| 5/23/2024 7:06:44 PM | MIM | Money Gram | $100.00 | HEATHMAN, LINDA | ███ | LITTLETON | CO | 80127 | ███ |
| 4/16/2024 9:07:21 PM | MIM | Money Gram | $100.00 | HEATHMAN, LINDA | ███ | LITTLETON | CO | 80127 | ███ |
| 4/16/2024 8:07:16 PM | MIM | Money Gram | $50.00 | DIETRICH, RENEE | ███ | CEDAR RAPIDS | IA | 52405 | ███ |
| 4/1/2024 5:09:37 AM | MIM | Lockbox - CD | $53.49 | | POB ███ | DIVIDE | CO | 80814 | |
| 3/14/2024 4:05:55 PM | ENG | Western Union | $100.00 | HEATHMAN, LINDA | ███ | LITTLETON | CO | 80127 | ███ |
| 3/1/2024 4:05:53 PM | ENG | Western Union | $100.00 | HEATHMAN, LINDA | ███ | LITTLETON | CO | 80127 | ███ |

### Money Sent

| Transaction Date | Loc | Trans Type | Amount | Recipient Nm | Address | City | St | Zip |
|---|---|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

User ID: ███